# EXHIBIT A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 3,221,808

Registered Mar. 27, 2007

### SERVICE MARK
### PRINCIPAL REGISTER



SAN DIEGO COMIC CONVENTION (CALIFOR-
NIA CORPORATION)
8340 ALLISON AVENUE
LA MESA, CA 91941

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ORGANIZING AND CON-
DUCTING CONVENTIONS IN THE FIELDS OF
ANIMATION, COMIC BOOKS AND POPULAR
ART, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-1-1995; IN COMMERCE 7-1-1995.

OWNER OF U.S. REG. NOS. 1,675,405 AND
2,218,236.

SEC. 2(F).

SER. NO. 78-740,332, FILED 10-25-2005.

SHANNON TWOHIG, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 3,219,568

## United States Patent and Trademark Office

Registered Mar. 20, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# COMIC-CON

SAN DIEGO COMIC CONVENTION (CALIFOR-
NIA CORPORATION)

8340 ALLISON AVENUE

LA MESA, CA 91941

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ORGANIZING AND CON-
DUCTING CONVENTIONS IN THE FIELDS OF
ANIMATION, COMIC BOOKS AND POPULAR
ART, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-1-1970; IN COMMERCE 8-1-1970.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,675,405 AND
2,218,236.

SEC. 2(F).

SER. NO. 78-714,077, FILED 9-15-2005.

SHANNON TWOHIG, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,218,236

**United States Patent and Trademark Office**

Registered Jan. 19, 1999

Corrected

OG Date July 26, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## COMIC CON INTERNATIONAL

SAN DIEGO COMIC CONVENTION, INC.
(CALIFORNIA CORPORATION)
311 FOURTH AVENUE, #512
SAN DIEGO, CA 92101

   OWNER OF U.S. REG. NO. 1,675,405.

   SEC. 2(F).

FOR: EDUCATION AND ENTERTAIN-
MENT SERVICES, NAMELY, ORGANIZ-
ING AND CONDUCTING
CONVENTIONS IN THE FIELDS OF
ANIMATION, COMIC BOOKS AND POP-
ULAR ART, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

   FIRST USE 7-0-1995; IN COMMERCE
7-0-1995.

   SER. NO. 75-288,062, FILED 5-7-1997.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on July 26, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# United States of America
## United States Patent and Trademark Office

# ANAHEIM COMIC-CON

**Reg. No. 4,425,806**

**Registered Oct. 29, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SAN DIEGO COMIC CONVENTION (CALIFORNIA CORPORATION)
8340 ALLISON AVENUE
LA MESA, CA 91941

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, ORGANIZING AND CONDUCTING CONVENTIONS IN THE FIELDS OF ANIMATION, COMIC BOOKS AND POPULAR ART, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-16-2012; IN COMMERCE 3-16-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F) AS TO "COMIC-CON".

OWNER OF U.S. REG. NOS. 1,675,405, 3,221,808, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ANAHEIM", APART FROM THE MARK AS SHOWN.

SN 77-802,149, FILED 8-11-2009.

ANDREA HACK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

# EXHIBIT B



SLCC 2014 Logo Men's
V-Neck T-Shirt
$24.99



SLCC 2014 Logo Women's
V-Neck T-Shirt
$19.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Men's
V-Neck T-Shirt
$24.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
V-Neck Dark T-Shirt
$26.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Men's
V-Neck T-Shirt
$24.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Fitted
T-Shirt
$22.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Girl's Tee
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Dark
T-Shirt
$26.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Dark T-Shirt
$27.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Kids Dark
T-Shirt
$23.69



SLCC 2014 Logo White
T-Shirt
$23.99



SLCC 2014 Logo Women's
T-Shirt
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Men's Fitted
T-Shirt (dark)
$28.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Fitted T-Shirt (dark)
$27.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Junior
Jersey T-shirt (dark)
$27.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Long
Sleeve T-Shirt
$28.99



SLCC 2014 Logo
Performance Dry T-Shirt
$37.49



MORE COLORS AVAILABLE
SLCC 2014 Logo
Performance Dry T-Shirt
$37.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Light
T-Shirt
$19.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Light T-Shirt
$21.19


SLCC 2014 Logo Green
T-Shirt
$19.99


SLCC 2014 Logo Yellow
T-Shirt
$19.99


SLCC 2014 Logo Men's
Sleeveless Tee
$19.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Cap Sleeve T-Shirt
$21.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Ringer T
T-Shirt
$19.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Jr. Ringer
T-Shirt
$23.69


SLCC 2014 Logo Value
T-shirt
$12.49


MORE COLORS AVAILABLE
SLCC 2014 Logo 3/4 Sleeve
T-Shirt (Dark)
$30.59


SLCC 2014 Logo 3/4 Sleeve
T-shirt
$30.59


SLCC 2014 Logo Women's
Long Sleeve T-Shirt
$30.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Long
Sleeve Dark T-Shirt
$31.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Long Sleeve Dark T-Shirt
$31.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Organic
Men's T-Shirt (dark)
$29.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Organic
Women's T-Shirt (dark)
$31.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Organic
Men's Fitted T-Shirt (dark)
$31.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Organic
Women's Fitted T-Shirt (dar
$28.69


SLCC 2014 Logo Organic
Men's Fitted T-Shirt
$26.19


SLCC 2014 Logo Organic
Women's Fitted T-Shirt
$26.19


SLCC 2014 Logo Organic
Men's T-Shirt
$28.69


SLCC 2014 Logo Organic
Women's T-Shirt
$28.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Organic
Kids T-Shirt (dark)
$29.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Organic
Toddler T-Shirt (dark)
$28.69



SLCC 2014 Logo Womens
Burnout Tee
$31.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Jr.
Spaghetti Tank
$22.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Racerback
Tank Top
$22.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Men's Dark
Tank Top
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Racerback
Tank Top
$21.19



SLCC 2014 Logo Men's Tank
Top
$18.69



SLCC 2014 Logo Women's
Tank Top
$19.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Maternity
Tank Top
$32.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Maternity
Tank Top
$32.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Maternity
Tank Top
$32.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Long
Sleeve Maternity T-Shirt
$33.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Long Sleeve
Maternity T-Shirt
$33.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Long
Sleeve Maternity T-Shirt
$33.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Maternity
Dark T-Shirt
$31.19



SLCC 2014 Logo Maternity
T-Shirt
$31.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Zip Hoodie
(dark)
$49.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Hoodie
(dark)
$43.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Zip Hoodie
$43.69


SLCC 2014 Logo Jr. Hoodie
$37.69


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Raglan Hoodie
$40.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Jr. Raglan
$22.49


SLCC 2014 Logo Zip Hoodie
$53.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Hooded
Sweatshirt
$43.69


MORE COLORS AVAILABLE
SLCC 2014 Logo Sweatshirt
(dark)
$37.49


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Sweatpants
$37.49


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Tracksuit
$49.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Baby
Bodysuit
$21.19


SLCC 2014 Logo Yoga Pants
$34.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Boy Brief
$17.49


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Boy Brief
$17.49


MORE COLORS AVAILABLE
SLCC 2014 Logo Boxer Brief
$19.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Boxer Brief
$19.99


SLCC 2014 Logo Boxer
Shorts
$16.19


SLCC 2014 Logo Classic
Thong
$11.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Men's Dark
Pajamas
$36.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Dark Pajamas
$36.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Men's Light
Pajamas
$36.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Light Pajamas
$36.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Nightshirt
$31.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Nightshirt
$31.19


SLCC 2014 Logo Mens
Rashguard
$33.69


SLCC 2014 Logo Ladies
Rashguard
$33.69


MORE COLORS AVAILABLE
SLCC 2014 Logo Baseball
Jersey
$22.49


MORE COLORS AVAILABLE
SLCC 2014 Logo Jr. Jersey
T-Shirt
$24.99


MORE COLORS AVAILABLE
SLCC 2014 Logo Jr. Football
T-Shirt
$22.49


SLCC 2014 Logo Golf Shirt
$23.69


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Plus Size V-Neck Dark T-Shi
$32.49


MORE COLORS AVAILABLE
SLCC 2014 Logo Women's
Plus Size Scoop Neck Dark T
$32.49


SLCC 2014 Logo Women's
Plus Size Scoop Neck T-Shir
$31.19


SLCC 2014 Logo Women's
Plus Size V-Neck T-Shirt
$31.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Flip Flops
$17.49


SLCC 2014 Logo Eyeglass
Case
$28.69


SLCC 2014 Logo Money Clip
$16.19


SLCC 2014 Logo Money Clip
$16.19


MORE COLORS AVAILABLE
SLCC 2014 Logo Military Cap
$24.99


MORE COLORS AVAILABLE
SLCC 2014 Logo
Stonewashed Cap
$22.49


SLCC 2014 Logo Black Cap
$18.69


MORE COLORS AVAILABLE
SLCC 2014 Logo Trucker Hat
$13.69






MORE COLORS AVAILABLE

SLCC 2014 Logo Cap
$18.69

SLCC 2014 Logo Men's Shoes
$34.99

MORE COLORS AVAILABLE

SLCC 2014 Logo Footed Pajamas
$62.49

SLCC 2014 Logo Necklace Circle Charm
$18.69






SLCC 2014 Logo Aluminum Photo Keychain
$8.69

SLCC 2014 Logo Flask Necklace
$18.69

SLCC 2014 Logo Silver Square Necklace
$43.69

SLCC 2014 Logo Silver Square Charm
$31.19








SLCC 2014 Logo Square Keychain
$24.99

SLCC 2014 Logo Cuff Bracelet
$16.19

SLCC 2014 Logo Dog Tags
$17.49

SLCC 2014 Logo Gym Bag
$16.89







MORE COLORS AVAILABLE

SLCC 2014 Logo Beach Tote
$24.99

SLCC 2014 Logo Reusable Shopping Bag
$21.19

SLCC 2014 Logo Messenger Bag
$36.19

MORE COLORS AVAILABLE

SLCC 2014 Logo Field Bag
$27.49






MORE COLORS AVAILABLE

SLCC 2014 Logo Cinch Sack
$21.19

SLCC 2014 Logo Clutch Bag
$49.99

SLCC 2014 Logo Kindle Sleeve
$32.49

SLCC 2014 Logo iPad Sleeve
$41.19



MORE COLORS AVAILABLE

SLCC 2014 Logo Shoulder
Bag
$87.49



SLCC 2014 Logo Coin Purse
$31.19



SLCC 2014 Logo Nook
Sleeve
$32.49



SLCC 2014 Logo Mens
Wallet
$37.49



SLCC 2014 Logo Mini Wallet
$32.49



SLCC 2014 Logo Toiletry Bag
$47.49



SLCC 2014 Logo Bucket Bag
$79.99



SLCC 2014 Logo Small
Luggage Tag
$6.19



SLCC 2014 Logo Large
Luggage Tag
$6.19



SLCC 2014 Logo Clasp
Wallet
$49.99



SLCC 2014 Logo Leather
Card Holder
$31.19



SLCC 2014 Logo Canvas
Lunch Tote
$16.19



SLCC 2014 Logo Canvas
Lunch Bag
$16.19



SLCC 2014 Logo Laundry
Bag
$19.99



SLCC 2014 Logo Square
Compact Mirror
$16.19



SLCC 2014 Logo Business
Card Case
$18.69



SLCC 2014 Logo Square Pill
Box
$13.69



SLCC 2014 Logo Neoprene
Lunch Bag
$31.19



SLCC 2014 Logo Wine Tote
Bag
$31.19



SLCC 2014 Logo Tote Bag
$16.19



MORE COLORS AVAILABLE
SLCC 2014 Logo iPad Mini
Case
$28.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Galaxy
Note 2 Case
$24.99



SLCC 2014 Logo iPhone 3G
Hard Case
$24.99



MORE COLORS AVAILABLE
SLCC 2014 Logo iPhone 4
Slider Case
$24.99



MORE COLORS AVAILABLE
SLCC 2014 Logo iPod Touch
2 Case
$18.69



MORE COLORS AVAILABLE
SLCC 2014 Logo iPod Touch
4 Case
$18.69



MORE COLORS AVAILABLE
SLCC 2014 Logo iPad2 Case
$41.19



SLCC 2014 Logo Laptop
Skins
$21.19



SLCC 2014 Logo iPad 2 Hard
Case
$49.99



SLCC 2014 Logo iPad 2
Cover
$62.49



MORE COLORS AVAILABLE
SLCC 2014 Logo Incredible 2
Phone Case
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Nexus S
Phone Case
$21.19



SLCC 2014 Logo Power Bank
$56.19



MORE COLORS AVAILABLE
SLCC 2014 Logo iPhone
Wallet Case
$24.99

MORE COLORS AVAILABLE
SLCC 2014 Logo iPhone
5/5S Snap Case
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo Galaxy S3
Case
$24.99



MORE COLORS AVAILABLE
SLCC 2014 Logo Galaxy
Note Case
$24.99



MORE COLORS AVAILABLE
SLCC 2014 Logo iPhone 4/4S
Switch Case
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo iPhone
5/5S Switch Case
$21.19



MORE COLORS AVAILABLE
SLCC 2014 Logo iPad Switch
Case
$34.99






MORE COLORS AVAILABLE | MORE COLORS AVAILABLE | MORE COLORS AVAILABLE | MORE COLORS AVAILABLE

SLCC 2014 Logo Galaxy S3 Switch Case **$21.19**   |   SLCC 2014 Logo iPad Mini Switch Case **$26.29**   |   SLCC 2014 Logo iPhone 5/5S Wallet Case **$31.29**   |   SLCC 2014 Logo iPod Touch 5 Case **$31.29**






MORE COLORS AVAILABLE

SLCC 2014 Logo Samsung Galaxy S4 Case **$24.99**   |   SLCC 2014 Logo 13" Laptop Sleeve **$30.00**   |   SLCC 2014 Logo 15" Laptop Sleeve **$30.00**   |   SLCC 2014 Logo 17" Laptop Sleeve **$30.00**






MORE COLORS AVAILABLE

SLCC 2014 Logo iPhone 4/4S Tough Case **$31.19**   |   SLCC 2014 Logo iPhone 5/5S Tough Case **$31.19**   |   SLCC 2014 Logo Mug **$13.69**   |   SLCC 2014 Logo Large Mug **$14.99**






SLCC 2014 Logo Cocktail Shaker **$23.69**   |   SLCC 2014 Logo Milk Bottle **$21.19**   |   SLCC 2014 Logo Teapot **$31.19**   |   SLCC 2014 Logo Sigg Water Bottle 1.0L **$31.19**






SLCC 2014 Logo Sigg Water Bottle 0.6L **$27.49**   |   SLCC 2014 Logo Stackable Mug Set (4 mugs) **$39.99**   |   SLCC 2014 Logo Stainless Water Bottle 0.6L **$15.59**   |   SLCC 2014 Logo Stainless Water Bottle 1.0L **$18.69**



SLCC 2014 Logo Large
Thermos Bottle
$41.19



SLCC 2014 Logo Thermos
Food Jar
$22.49



SLCC 2014 Logo Thermos
Bottle (12oz)
$22.49



SLCC 2014 Logo Thermos
Can Cooler
$18.69



MORE COLORS AVAILABLE
SLCC 2014 Logo Shot Glass
$8.69



SLCC 2014 Logo Drinking
Glass
$13.69



SLCC 2014 Logo Tea
Tumbler
$37.49



MORE COLORS AVAILABLE
SLCC 2014 Logo KOR Water
Bottle
$24.99



SLCC 2014 Logo Velcro Beer
Cooler
$8.69



SLCC 2014 Logo Flask
$21.19



SLCC 2014 Logo Bottle Wine
Chiller
$31.19



SLCC 2014 Logo Tea
Tumbler
$21.19



SLCC 2014 Logo Square
Wine Charm
$21.19



SLCC 2014 Logo Can
Insulator
$16.19




SLCC 2014 Logo Large
Insulated Beverage Bottle
$33.09



SLCC 2014 Logo Stainless
Steel Travel Mug
$24.99



SLCC 2014 Logo Stainless
Steel Travel Mug
$22.49



SLCC 2014 Logo Stein
$17.49



SLCC 2014 Logo Square
Cocktail Plate
$12.49



SLCC 2014 Logo
Rectangular Cocktail Plate
$12.49





SLCC 2014 Logo Cocktail Platter
$21.19

SLCC 2014 Logo Round Cocktail Plate
$12.49

SLCC 2014 Logo Small Tealight Candle Holder
$12.49

SLCC 2014 Logo Large Tealight Candle Holder
$12.49






SLCC 2014 Logo Throw Blanket
$81.89

SLCC 2014 Logo Blanket Wrap
$37.49

MORE COLORS AVAILABLE
SLCC 2014 Logo Suede Pillow
$47.49

SLCC 2014 Logo Shower Curtain
$49.99






SLCC 2014 Logo Pillow Case
$24.99

SLCC 2014 Logo Twin Duvet
$174.99

SLCC 2014 Logo Queen Duvet
$187.49

SLCC 2014 Logo King Duvet
$199.99






SLCC 2014 Logo Puzzle
$12.49

SLCC 2014 Logo Square Coaster
$6.19

SLCC 2014 Logo Round Coaster
$6.19

SLCC 2014 Logo Puzzle Coasters (set of 4)
$16.19






SLCC 2014 Logo Small Serving Tray
$43.69

SLCC 2014 Logo Large Serving Tray
$56.19

SLCC 2014 Logo Golf Balls
$11.19

SLCC 2014 Logo Luggage Handle Wrap
$8.69



SLCC 2014 Logo Frameless
Wall Clock
$62.49



SLCC 2014 Logo Key Hanger
$24.99



SLCC 2014 Logo Travel Valet
$31.19



MORE COLORS AVAILABLE

SLCC 2014 Logo Square
Canvas Pillow
$24.99



MORE COLORS AVAILABLE

SLCC 2014 Logo Rectangular
Canvas Pillow
$19.99

SLCC 2014 Logo Flour
Container
$49.99

SLCC 2014 Logo Cookie Jar
$43.69

SLCC 2014 Logo Sugar
Container
$21.19







SLCC 2014 Logo Glass
Cutting Board
$37.49

SLCC 2014 Logo Glass
Cutting Board
$31.19

SLCC 2014 Logo 3'x5' Area
Rug
$87.49

SLCC 2014 Logo 60"
Curtains
$62.49









SLCC 2014 Logo Woven
Blanket
$77.50

SLCC 2014 Logo Burlap
Throw Pillow
$31.19

SLCC 2014 Logo Woven
Throw Pillow
$28.69

SLCC 2014 Logo Dinner
Placemats
$12.49









SLCC 2014 Logo Beach
Towel
$37.49

SLCC 2014 Logo Wine
Stopper
$17.50

SLCC 2014 Logo Playing
Cards
$26.89

SLCC 2014 Logo Large Wall
Clock
$37.49











MORE COLORS AVAILABLE



SLCC 2014 Logo Modern
Wall Clock
$41.19

SLCC 2014 Logo Tile Coaster
$5.59

SLCC 2014 Logo Apron
$21.19

SLCC 2014 Logo Wall Clock
$13.69






MORE COLORS AVAILABLE

SLCC 2014 Logo Keepsake
Box
$24.99

SLCC 2014 Logo Throw
Pillow
$19.99

SLCC 2014 Logo Framed Tile
$10.59

SLCC 2014 Logo Mousepad
$13.69






SLCC 2014 Logo Clipboard
$23.69

SLCC 2014 Logo Gel
Mousepad
$20.59

SLCC 2014 Logo Calendar
Print
$4.99

SLCC 2014 Logo Journal
$11.89






SLCC 2014 Logo 3.5" Button
(10 pack)
$24.99

SLCC 2014 Logo 3.5" Button
(100 pack)
$174.99

SLCC 2014 Logo Car Magnet
20 x 12
$14.99

SLCC 2014 Logo Rectangle
Car Magnet
$4.39






SLCC 2014 Logo Round Car
Magnet
$4.39

SLCC 2014 Logo Square Car
Magnet 3" x 3"
$4.39

SLCC 2014 Logo 2.25"
Button
$3.69

SLCC 2014 Logo Magnet
$3.69



SLCC 2014 Logo 2.25"
Button (10 pack)
$17.49



SLCC 2014 Logo 2.25"
Button (100 pack)
$124.99



SLCC 2014 Logo 2.25"
Magnet (10 pack)
$17.49



SLCC 2014 Logo 2.25"
Magnet (100 pack)
$124.99



SLCC 2014 Logo Rectangle
Magnet
$4.39



SLCC 2014 Logo Rectangle
Magnet (10 pack)
$24.99



SLCC 2014 Logo Rectangle
Magnet (100 pack)
$174.99



SLCC 2014 Logo Mini Button
$1.89



SLCC 2014 Logo Mini Button
(10 pack)
$9.99



SLCC 2014 Logo Mini Button
(100 pack)
$87.49

SLCC 2014 Logo 3.5" Button
$4.39



SLCC 2014 Logo 3" Lapel
Sticker (48 pk)
$31.19



SLCC 2014 Logo Banner
$51.19



MORE COLORS AVAILABLE

SLCC 2014 Logo Square
Sticker 3" x 3"
$3.69



SLCC 2014 Logo Mylar
Balloon
$12.49



SLCC 2014 Logo Beer Label
$3.09



SLCC 2014 Logo Wine Label
$3.09




MORE COLORS AVAILABLE

SLCC 2014 Logo Dog Hoodie
$22.49

SLCC 2014 Logo Bone Pet
Tag
$6.19



SLCC 2014 Logo Large
Square Pet Tag
$24.99



SLCC 2014 Logo Small
Square Pet Tag
$21.19



SLCC 2014 Logo Small Pet
Bowl
$21.19



SLCC 2014 Logo Large Pet
Bowl
$24.99



SLCC 2014 Logo Dog T-Shirt
$21.19



SLCC 2014 Logo Rectangular
Hitch Cover
$13.69



SLCC 2014 Logo Car Flag
$24.99



SLCC 2014 Logo Sticky
Notepad
$22.49



SLCC 2014 Logo Small
Leather Notepad
$37.49





MORE COLORS AVAILABLE

SLCC 2014 Logo Customized
Felt Christmas Stocking
$16.19



SLCC 2014 Logo Picture
Ornament
$6.89



SLCC 2014 Logo Round
Ornament
$6.89



SLCC 2014 Logo Ornament
(Round)
$7.49

cafe
press

This shop is powered by CafePress Inc. Copyright © 1999- 2014 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information
Non-US currency rates are updated daily and may fluctuate.

# EXHIBIT C



