CALLIE A. BJURSTROM (STATE BAR NO. 137816)
PETER K. HAHN (STATE BAR NO. 165692)
MICHELLE A. HERRERA (STATE BAR NO. 209842)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA  92101-3575
Telephone: (619) 234-5000
Facsimile No.: (619) 236-1995
Email:    callie.bjurstrom@pillsburylaw.com
          peter.hahn@pillsburylaw.com
          michelle.herrera@pillsburylaw.com

Attorneys for Plaintiff, San Diego Comic Convention

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>          Defendant. | No. **'14CV1865 AJB  JMA**<br><br>PLAINTIFF SAN DIEGO COMIC CONVENTION CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff San Diego Comic Convention is a California non-profit corporation, discloses that it has no parent company and that no publicly held company owns 10% or more of San Diego Comic Convention's stock.

Dated: Aug. 7, 2014          PILLSBURY WINTHROP SHAW PITTMAN LLP


                              By */s/ Callie A. Bjurstrom*
                                 Callie A. Bjurstrom
                                 Attorneys for Plaintiff
                                 SAN DIEGO COMIC CONVENTION

602333139v1                    - 1 -
                                                    Case No. _____