UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>            Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company, et al.,<br><br>            Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM.<br>_____ | Case No. 14-CV-1865-AJB (JMA)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

A Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **November 23, 2015** at **9:30 a.m.**, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California.  Although the submission of statements is <u>not</u> required in advance of the Settlement Conference, parties may submit concise statements <u>not exceeding five (5) pages in length</u> if desired.  If a statement is submitted, it shall be provided to chambers by no later than **November**

**16, 2015**.[1]  If the parties submit statements in connection with the conference, they may either do so on a confidential basis or may exchange their statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.  <u>The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).</u>**

**The failure of any counsel, party or authorized person to appear at the Settlement Conference as required shall be cause for the immediate imposition of sanctions.**  All conference discussions will be informal, off the record, privileged, and confidential.

**IT IS SO ORDERED**.

DATED:  October 28, 2015

                                           Jan M. Adler
                                           U.S. Magistrate Judge

---

[1] Statements may be e-mailed to efile_adler@casd.uscourts.gov, faxed to (619) 702-9939, or delivered to chambers via the Office of the Clerk of Court at 333 West Broadway, Suite 420, San Diego, California.