UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual.<br><br>　　　　　　　　Defendants. | Case No. 14-cv-1865 AJB (JMA)<br><br>ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE A MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANT DAN FARR PRODUCTIONS, LLC |

- 1

Case No. 14-cv-1865 AJB (JMA)

1 | The Court has reviewed the parties' Joint Motion to Extend Date for Plaintiff to File a Motion to Compel Further Discovery Responses from Defendant Dan Farr Productions, LLC, filed on January 21, 2016. [ECF No. 47] Good cause appearing, the Joint Motion is hereby GRANTED.

The deadline for the parties to file a Joint Motion for Determination of Discovery Dispute[1] in relation to Plaintiff's request to compel Dan Farr Productions, LLC to provide further responses to Plaintiff's First Set of Requests for Production of Documents, is extended to **February 22, 2016**.

IT IS SO ORDERED this 22nd day of January, 2016.

_____
Hon. Jan M. Adler
United States Magistrate Judge

---

[1] See Chambers Rules of Magistrate Judge Jan M. Adler, posted on the Court's website.