CALLIE A. BJURSTROM (STATE BAR NO. 137816)
PETER K. HAHN (STATE BAR NO. 165692)
MICHELLE A. HERRERA (STATE BAR NO. 209842)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: (619) 234-5000
Facsimile: (619) 236-1995
Email: callie.bjurstrom@pillsburylaw.com
        peter.hahn@pillsburylaw.com
        michelle.herrera@pillsburylaw.com

Attorneys for Plaintiff SAN DIEGO COMIC CONVENTION


STERLING A. BRENNAN (STATE BAR NO. 126019)
TYSON K. HOTTINGER (STATE BAR NO. 253221)
MASCHOFF BRENNAN LAYCOCK GILMORE
    ISRAELSEN & WRIGHT, PLLC
20 Pacifica, Suite 1130
Irvine, CA 92618
Telephone: (949) 202-1900
Facsimile: (949)453-1104
Email: sbrennan@mabr.com
        thottinger@mabr.com

C.J. VEVERKA (PRO HAC VICE)
RACHEL JACQUES (PRO HAC VICE)
MASCHOFF BRENNAN LAYCOCK GILMORE
    ISRAELSEN & WRIGHT, PLLC
1389 Center Drive, Suite 300
Park City, UT 84098
Telephone: (435)252-1360
Facsimile: (435)252-1361
Email: cveverka@mabr.com
        rjacques@mabr.com

Attorneys for Defendants DAN FARR PRODUCTIONS, LLC,
DANIEL FARR AND BRIAN BRANDENBURG

Case No. 14-cv-1865 AJB (JMA)

4818-6811-9084.v1

1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10 | SAN DIEGO COMIC                ) Case No. 14-cv-1865 AJB(JMA)
   | CONVENTION, a California non-  )
11 | profit corporation,           ) JOINT MOTION TO EXTEND
   |                               ) CERTAIN PRETRIAL DATES
12 |                               ) AND DATE FOR PLAINTIFF
   |                    Plaintiff,  ) AND DEFENDANTS TO FILE A
13 |                               ) JOINT MOTION FOR
   |        vs.                    ) DETERMINATION OF
14 |                               ) DISCOVERY DISPUTES
   | DAN FARR PRODUCTIONS, a Utah   )
15 | limited liability company;     )
   | NEWSPAPER AGENCY              )
16 | COMPANY, a Utah limited liability )
   | company; DANIEL FARR, an       )
17 | individual; and BRYAN          )
   | BRANDENBURG, an individual.    )
18 |                               )
   |                    Defendants. )
19 |                               )

20

21          Pursuant to Paragraphs 5-7 of the Scheduling Order issued on August 14,

22   2015 (Dkt. No. 38) and this Court's Order Extending Deadline for Plaintiff to File a

23   Motion to Compel (Dkt. No. 48), Plaintiff San Diego Comic Convention and

24   Defendants Dan Farr Productions, LLC ("DFP"), Daniel Farr and Bryan

25   Brandenburg, by and through their respective counsel, jointly move to the Court to

26   extend the following deadlines:

27

28

| Deadline (Source) | Existing Date | Proposed Date |
|---|---|---|
| Parties to file a joint motion for determination of discovery disputes related to first sets of written discovery (Dkt. No. 48) | February 22, 2016 | March 1, 2016 |
| Expert reports | March 18, 2016 | May 2, 2016 |
| Rebuttal expert reports | April 18, 2016 | June 2, 2016 |
| Discovery cut-off | May, 6, 2016 | June 20, 2016 |
| Dispositive motion cut-off | June 6, 2016 | July 21, 2016 |
| **All other dates provided by the August 14, 2015 Scheduling Order are unchanged.** | | |

Good cause exists to grant the proposed extensions.  The parties have met and conferred regarding the sufficiency of their respective discovery responses and were able to resolve many issues among themselves.  A few responses remain in dispute, but the parties are working to resolve these issues.  The parties are also working diligently to reach settlement pursuant to the terms very similar to those discussed with the Court at the Settlement Conference on November 23, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In light of the above, and in order to allow the parties to focus their time and resources on reaching settlement, the parties respectfully request that the Court issue an Order extending the deadlines in accordance with the table above.

Dated:  February 19, 2016

PILLSBURY WINTHROP SHAW PITTMAN LLP

By ___/s/Michelle A. Herrera_____
Michelle A. Herrera
Attorneys for Plaintiff and Counterdefendant
SAN DIEGO COMIC CONVENTION

Dated:  February 19, 2016

MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT, PLLC

By ___/s/C.J. Veverka_____
C.J. Veverka
Attorneys for Defendants and
Counterclaimants Dan Farr Productions,
LLC, Daniel Farr and Bryan Brandenburg

Case No. 14-cv-1865 AJB (JMA)

DOCKET NO. 14-cv-1865 AJB (JMA)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2016, a true and correct copy of the document(s) titled exactly:

JOINT MOTION TO EXTEND CERTAIN PRETRIAL DATES AND DATE FOR PLAINTIFF AND DEFENDANTS TO FILE A JOINT MOTION OFR DETERMINATION OF DISCOVERY DISPUTES was electronically transmitted to the Clerk of the court using the ECF System for filing and transmittal of a Notice of Electronic filing to all ECF registrants in this case.

*/s/Cagnie Wilde*
Cagnie Wilde