1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual.<br><br>　　　　　　　　Defendants. | Case No. 14-cv-1865 AJB(JMA)<br><br>ORDER EXTENDING CERTAIN PRETRIAL DATES AND DATE FOR PLAINTIFF AND DEFENDANTS TO FILE A JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTES |

The Court has reviewed the parties' Joint Motion to Extend Certain Pretrial Dates and Date for Plaintiff and Defendants to File a Joint Motion for Determination of Discovery Disputes, filed on February 19, 2016. Good cause appearing, the Joint Motion is hereby GRANTED. By this ORDER, the following dates are extended:

| **Deadline** | **Existing Date** | **Proposed Date** |
|---|---|---|
| Parties to file a joint motion for determination of discovery disputes related to first sets of written discovery | February 22, 2016 | March 1, 2016 |
| Expert reports | March 18, 2016 | May 2, 2016 |
| Rebuttal expert reports | April 8, 2016 | June 2, 2016 |
| Discovery cut-off | May 6, 2016 | June 20, 2016 |
| Dispositive motion cut-off | June 6, 2016 | July 21, 2016 |
| **All other dates provided by the August 14, 2015 Scheduling Order are unchanged.** | | |

IT IS SO ORDERED this 23rd day of February, 2016.

_____
Hon. Jan M. Adler
United States Magistrate Judge