1  CALLIE A. BJURSTROM (State Bar No. 137816)
   PETER K. HAHN (State Bar No. 165692)
2  MICHELLE A. HERRERA (State Bar No. 209842)
   MATTHEW R. STEPHENS (State Bar No. 288223)
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   501 West Broadway, Suite 1100
4  San Diego, CA 92101-3575
   Telephone: 619.234.5000
5  Facsimile: 619.236.1995
   Email:     callie.bjurstrom@pillsburylaw.com
6             peter.hahn@pillsburylaw.com
              michelle.herrera@pillsburylaw.com
7             matthew.stephens@pillsburylaw.com

8  Attorneys for Plaintiff and Counterdefendant
   SAN DIEGO COMIC CONVENTION,
9  a California non-profit corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 14-cv-1865 AJB (JMA)<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF AND COUNTERDEFENDANT SAN DIEGO COMIC CONVENTION FOR SUMMARY JUDGMENT**<br><br>Date:       September 21, 2017<br>Time:       2:00 p.m.<br>Courtroom:  4A<br>Judge:      Hon. Anthony J. Battaglia |

| | |
|---|---|
| 1 | TO DEFENDANTS AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on September 21, 2017, at 2:00 p.m. or as |
| 3 | soon thereafter as counsel may be heard, in Courtroom 4A of the above-entitled |
| 4 | court located at 221 West Broadway, San Diego, California 92101, Plaintiff San |
| 5 | Diego Comic Convention ("SDCC") will and hereby does move for summary |
| 6 | judgment. |
| 7 | By way of this motion, SDCC asks this Court to order summary judgment in |
| 8 | favor of SDCC on Defendants Dan Farr Productions, LLC, Daniel Farr, and Bryan |
| 9 | Brandenburg's (collectively, "Defendants") counterclaim for cancellation of |
| 10 | SDCC's trademarks based on genericness and abandonment, and their affirmative |
| 11 | defenses based on these grounds.  Defendants have no evidence regarding the |
| 12 | primary significance of SDCC's trademarks in the mind of the relevant public and |
| 13 | thus, as a matter of law, cannot establish that the marks are generic.  Defendants |
| 14 | likewise have no evidence that SDCC has abandoned the asserted marks.  SDCC |
| 15 | has undisputedly used its marks continuously for over four decades.  As |
| 16 | Defendants cannot raise a genuine issue of material fact to support their claims of |
| 17 | genericness and abandonment, SDCC is entitled to summary judgment.  Likewise, |
| 18 | SDCC is entitled to summary judgment as to Defendants' liability on SDCC'S |
| 19 | claims for trademark infringement under the Lanham Act.  There is no genuine |
| 20 | issue of material fact that Defendants' use of the mark "comic con" in connection |
| 21 | with their goods and service is likely to cause confusion in the minds of |
| 22 | consumers. |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

1  This motion is based upon this Notice of Motion and Motion, and the
2  accompanying Memorandum of Points and Authorities, the Declaration of
3  Michelle A. Herrera and the exhibits attached thereto, the Declaration of David
4  Glanzer and the exhibits attached thereto, the Request for Judicial Notice, the
5  records and files herein, and such other and further documentary, demonstrative
6  and oral evidence as may be requested or permitted by the Court.

Dated: June 23, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Michelle A. Herrera*
CALLIE A. BJURSTROM
PETER HAHN
MICHELLE A. HERRERA
MATTHEW R. STEPHENS

Attorneys for Plaintiff
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 23, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: /s/ Michelle A. Herrera
MICHELLE A. HERRERA