CALLIE A. BJURSTROM (State Bar No. 137816)
PETER K. HAHN (State Bar No. 165692)
MICHELLE A. HERRERA (State Bar No. 209842)
MATTHEW R. STEPHENS (State Bar No. 288223)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995
Email: callie.bjurstrom@pillsburylaw.com
peter.hahn@pillsburylaw.com
michelle.herrera@pillsburylaw.com
matthew.stephens@pillsburylaw.com

Attorneys for Plaintiff/Counterdefendant
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 14-cv-1865 AJB (JMA)<br><br>**DECLARATION OF MICHELLE A. HERRERA IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT SAN DIEGO COMIC CONVENTION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 21, 2017<br>Time: 2:00 p.m.<br>Courtroom: 4A<br>Judge: Hon. Anthony J. Battaglia |

I, Michelle A. Herrera, declare and state as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop Shaw Pittman LLP, and counsel to Plaintiff and Counterdefendant San Diego Comic Convention ("SDCC") in this case. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 3,221,808, and accompanying acknowledgement of declaration of incontestability from the United States Patent and Trademark Office, dated March 27, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 3,219,568, and accompanying acknowledgement of declaration of incontestability from the United States Patent and Trademark Office, dated March 20, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 2,218,236, and accompanying acknowledgement of declaration of incontestability from the United States Patent and Trademark Office, dated January 19, 1999.

5. Attached hereto as Exhibit 4 is a true and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 4,425,806 from the United States Patent and Trademark Office, dated October 29, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Dan Farr Productions, LLC and Daniel B. Farr taken on June 13, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Dan Farr Productions, LLC and Bryan Brandenburg taken on June 14, 2017.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Matthew G. Ezell dated April 7, 2017.

9. Attached hereto as Exhibit 8 is a true and correct copy of the book entitled COMIC-CON- 40 YEARS OF ARTISTS, WRITERS, FANS & FRIENDS!" (2012), foreword by Ray Bradbury.

10. Attached hereto as Exhibit 9 is a true and correct copy of the book entitled COMIC-CON EPISODE IV: A FAN'S HOPE (2011), by Morgan Spurlock.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email thread regarding Chuck/San Diego ComicCon Sponsorship/Advertising produced in discovery by Defendants at Bates number DF019408.

12. Attached hereto as Exhibit 11 is a true and correct copy of an email thread regarding Commercial Schedule for Comic Con, produced in discovery by Defendants at Bates number DF017357.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email thread regarding Snapp Conner / Salt Lack Comic Con, produced in discovery by Defendants at Bates number DF018019.

14. Attached hereto as Exhibit 13 is a true and correct copy of an email thread between B. Brandenburg and D. Farr regarding Reach Update, produced in discovery by Defendants at Bates number DF017307-DF017308.

15. Attached hereto as Exhibit 14 is a true and correct copy of email threads regarding search engine results optimization, produced in discovery by Defendants at Bates numbers DF017818- DF017820 and DF017613.

16. Attached hereto as Exhibit 15 is a true and correct copy of photographs showing Defendants' "Comic Con" car, produced in discovery by SDCC at Bates numbers CC064813 and CC007788.

17. Attached hereto as Exhibit 16 is a true and correct copy of an email thread regarding Marketing Vehicle for SDCC, produced in discovery by Defendants at Bates number DF021450.

18. Attached hereto as Exhibit 17 is a true and correct copy of email threads produced in discovery by Defendants at Bates numbers DF014937 and DF021560.

19. Attached hereto as Exhibit 18 is a true and correct copy of email threads regarding instances of actual confusion, produced in discovery by Defendants at Bates numbers DF016935, DF025579, DF025732 and DF013738.

20. Attached hereto as Exhibit 19 is a true and correct copy of an article "0 to 1000,000 Attendees in Less Than a Year," by Michael Rondon, produced in discovery by SDCC, at Bates number CC000029.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America and the State of California and that this declaration was executed on this 23rd day of June, 2017, in San Diego, California.

*[signature]*
MICHELLE A. HERRERA

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 23, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: */s/ Michelle A. Herrera*
MICHELLE A. HERRERA

*San Diego Comic Convention. v. Dan Farr Productions, et al*
USDC Case No. 14-cv-1865 AJB(JMA)

# INDEX OF EXHIBITS TO DECLARATION OF MICHELLE A. HERRERA IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT SAN DIEGO COMIC CONVENTION'S MOTION FOR SUMMARY JUDGMENT

| Ex. | Description | Page No. |
|---|---|---|
| 1 | True and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 3,221,808 and declaration of incontestability. | 7-9 |
| 2 | True and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 3,219,568 and declaration of incontestability. | 10-12 |
| 3 | True and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 2,218,236 and declaration of incontestability. | 13-15 |
| 4 | True and correct copy of Trademark Registration Certificate for U.S. Service Mark Reg. No. 4,425,806. | 16-17 |
| 5 | True and correct copy of excerpts from the deposition transcript of Dan Farr Productions, LLC and Daniel B. Farr taken on June 13, 2017. | 18-57 |
| 6 | True and correct copy of excerpts from the deposition transcript of Dan Farr Productions, LLC and Bryan Brandenburg taken on June 14, 2017. | 58-97 |
| 7 | True and correct copy of the Expert Report of Matthew G. Ezell dated April 7, 2017 | 98-347 |
| 8 | True and correct copy of the book entitled COMIC-CON 40 Years of Artists, Writers, Fans & Friends!" (2012). | 348-557 |
| 9 | True and correct copy of Morgan Spurlock, COMIC-CON EPISODE IV: A FAN'S HOPE (2011). | 558-752 |
| 10 | True and correct copy of an email thread regarding Chuck/San Diego ComicCon Sponsorship/Advertising produced in discovery by Defendants at Bates number DF019408 | 753-754 |
| 11 | True and correct copy of Bates number DF017357. | 755-758 |
| 12 | True and correct copy of Bates number DF018019. | 759-765 |
| 13 | True and correct copy of Bates number DF017307-DF017308 | 766-768 |

| Ex. | Description | Page No. |
|---|---|---|
| 14 | True and correct copy of Bates number DF017818-DF017820; DF017613 | 769-773 |
| 15 | True and correct copy of a Bates numbers CC064813; CC007788 | 774-782 |
| 16 | True and correct copy of DF021450 | 783-784 |
| 17 | True and correct copy of Bates numbers DF014937; DF021560 | 785-787 |
| 18 | True and correct copy of Bates numbers DF016935; DF025579; DF025732; and DF013738 | 788-798 |
| 19 | True and correct copy of an article "0 to 1000,000 Attendees in Less Than a Year," by Michael Rondon, at Bates number CC000029 | 799-804 |