# EXHIBIT 7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN DIEGO COMIC CONVENTION, a California nonprofit corporation | ) ) ) | Case No. 14-cv-1865 AJB (JMA) |
| Plaintiff, | ) ) ) | **EXPERT REPORT OF MATTHEW G. EZELL** |
| v. | ) ) | |
| DAN FARR PRODUCTIONS, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

<u>INTRODUCTION</u>

1.      I am a partner in the marketing research and consulting firm of Ford Bubala & Associates, located in Huntington Beach, California, which has been engaged in commercial marketing research and consulting for the past forty-two years.

2.      In the instant matter, at the request of Pillsbury Winthrop Shaw Pittman LLP, counsel for San Diego Comic Convention ("SDCC" or "Plaintiff"), I designed and caused to be conducted a survey designed to address the issue of the primary significance of COMIC-CON to the relevant public.  Specifically, this survey was designed to measure whether or not the relevant public understands the primary significance of COMIC-CON with respect to conventions to be a brand name or trademark or, alternatively, a common or generic name.

3.     The results of the survey conducted in this matter evidence that approximately eighty-three percent (82.76%) of qualified respondents understand that COMIC-CON is a brand name.  Additionally, these survey results clearly evidence the strength of the COMIC-CON mark.

## SUMMARY OF CONCLUSIONS

4.     In my opinion, the results of the survey conducted in this matter and described in this report support a finding that the primary significance of COMIC-CON is that of a brand name or trademark.

5.     In my opinion, the results of the survey described in this report clearly evidence the strength of the COMIC-CON mark.

## QUALIFICATIONS

6.     I am a member of the American Marketing Association (AMA), the American Association of Public Opinion Research (AAPOR), the Council of American Survey Research Organizations (CASRO), and the International Trademark Association (INTA).

7.     Ford Bubala & Associates has been retained by a variety of firms engaged in the consumer product, industrial product, and service sectors of the economy to provide marketing consulting and research services.  Approximately one-half of Ford Bubala & Associates' consultancies have involved the design and execution of marketing research surveys.

8.     During the past forty-two years, Ford Bubala & Associates has been retained in a number of litigation-related consultancies involving intellectual property matters, including matters before federal and state courts, the Trademark Trial and Appeal Board of the U.S.  Patent and Trademark Office, and the International Trade Commission.

9.     I have been with Ford Bubala & Associates for approximately sixteen years.  During the past eight years, I have been involved in the design and execution of over approximately fifty surveys relating to intellectual property matters, including trademark, false advertising, and other related matters.  Additionally, I am familiar with the tests for

trustworthiness of properly conducted surveys or polls and the accepted principles of survey research, detailed in the <u>Manual for Complex Litigation, Fourth</u>.[1]

10.      In the past four years, I have provided deposition testimony in the matter of *Luxe Hospitality Company, LLC v. SBE Entertainment Group, et al.*, U.S. District Court, Central District of California. I have not provided trial testimony in the past four years.

11.      Attached hereto as Exhibit B is a copy of publications that I have authored or co-authored in the last ten years.

12.      Attached hereto as Exhibit C is a copy of my professional history, describing my qualifications and professional background.

## MATERIALS CONSIDERED

13.      Materials considered in the instant matter include: Complaint dated August 7, 2014; Defendants and Counterclaimants' First Amended Answer and Counterclaims dated November 7, 2014; Plaintiff and Counterdefendant's Response to Defendants and Counterclaimants' Amended Counterclaims dated October 26, 2015; and an online omnibus study conducted by ORC February 8-10, 2016.

## COMPENSATION

14.      Ford Bubala & Associates' fees for this engagement consist of billable time and expenses. Standard time is billed at the rate of $600.00 per hour for the services of a Partner and $300.00 per hour for the services of a Research Associate. Deposition and trial time are billed at the rate of $750.00 per hour plus expenses.

## SURVEY BACKGROUND

15.      Attached hereto as Exhibit A are the results of the survey which addressed the issue of the primary significance of COMIC-CON. Exhibit A provides the survey screener

---

[1]     For the proffered poll or survey, "...Relevant factors include whether: the population was properly chosen and defined; the sample chosen was representative of that population; the data gathered were accurately reported; and the data were analyzed in accordance with accepted statistical principles...In addition, in assessing the validity of a survey, the judge should take into account the following factors: whether the questions asked were clear and not leading; whether the survey was conducted by qualified persons following proper interview procedures; and whether the process was conducted so as to ensure objectivity..."
See Federal Judicial Center, <u>Manual for Complex Litigation, Fourth</u>, Section 11.493, @ 102-104 (2004).

and questionnaire, and response frequencies for the survey questions. The Appendix of Exhibit A contains survey specifications, a sequential listing of the survey responses, and other survey-related background materials.

16.     The sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys. The survey was also designed to meet the criteria for survey trustworthiness detailed in the Federal Judicial Center's <u>Manual for Complex Litigation, Fourth</u>.[2]

17.     This survey employed an online internet protocol using an internet panel created and maintained by Critical Mix and was hosted by Issues & Answers Network, Inc. ("Issues & Answers"), an independent survey organization.

18.     The respondent selection procedure employed in this survey is referred to as a quota sampling method. This method provided a respondent base that is generally representative of the age, gender, and geographic distribution of male and female adults eighteen (18) years of age or older who reported that they, in the past year, had attended a convention featuring animation, comic books, or popular arts. These age, gender, and geographic distributions were based upon the results of an ORC International ("ORC") internet survey conducted between February 8-10, 2016, among a nationally representative sample of approximately one thousand (1,020) individuals across the United States.[3]

19.     Potential respondents in the Ford Bubala & Associates survey were sent an email invitation to fill out the screening portion of the interview to determine whether or not they met the survey universe definition (i.e., reported that they either, within the past year, attended a convention featuring animation, comic books, or popular arts, or, within the next year,

---

[2]     *Supra*, note 1.

[3]     Respondents in the ORC survey were asked "In the past year, have you attended a convention featuring animation, comic books, or popular arts?" Based on the results of the ORC survey, the Ford Bubala & Associates survey established quotas for age, gender, and geography as follows: approximately 54% male and 46% female; among males, approximately 56% 18 to 34, 33% 35 to 54, and 11% 55 or over; among females, approximately 65% 18 to 34, 25% 35 to 54, and 10% 55 or over; and 20% Northeast, 21% Midwest, 33% South, and 26% West.

- 4 -

were likely to attend a convention featuring animation, comic books, or popular arts).[4] Subsequently, those potential respondents who met the survey universe definition were invited to complete the main survey.

20.　　I was responsible for the design of the survey, the screener and questionnaire, as well as for the procedures to be followed in conducting the interviews. Data gathering was carried out, under the direction of Ford Bubala & Associates, by Issues & Answers. Data gathering was conducted from March 15, 2016 through April 5, 2016. In total, four hundred six (406) interviews were completed in this survey.

21.　　The survey conducted in this matter was administered under a double-blind protocol. Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the staff of Issues & Answers and the staff of Critical Mix were not informed as to the purpose or sponsor of the survey.

<u>SURVEY PROCEDURES AND QUESTIONS</u>

22.　　After respondents met the screening criteria (i.e., the universe definition), they were then shown the following statements:

> The research we are conducting today is on brand names and common names.

> By a <u>brand name</u>, we mean a name like 'Bank of America,' which is used by one company or organization; by a <u>common name</u>, we mean a name like 'safe deposit box' which is used by a number of different companies or organizations.

Respondents were then asked two questions which tested their ability to distinguish between a brand name and a common name. These questions were:

> 9.0　　Now, if you were asked, "Do you understand the name 'National Football League' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

---

[4]　　In addition, the survey universe was also restricted to respondents (1) who were using a desktop computer, a laptop/notebook computer, or a tablet computer; (2) who did not, nor did anyone else in their household, work for an advertising agency or a market research company; or an organization that puts on conventions that are open to the public; (3) who agreed to answer the questions in the survey by themselves without the help or assistance of anyone else and without seeking information from any other source (e.g., internet search); and (4) who, if they wore contact lenses or eyeglasses when using the device they were using to complete the survey agreed to wear them while answering the survey questions.

**EXHIBIT 7, PAGE 103**

9.1     Now, if you were asked, "Do you understand the name 'high school football' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

Those respondents who gave the answer "brand name" to question 9.0 and "common name" to question 9.1 were included in the survey; otherwise, they were excluded from the survey.

23.     Subsequently, respondents were told:

For each of the following eight names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or organization or a <u>common name</u> used by a number of different companies or organizations.

For any of the names, if you don't know, that is an acceptable answer.

Respondents were then instructed for each of eight (8) names[5] as follows:

10.0     Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

The eight names asked about were COKE, JELLO, REFRIGERATOR, MARGARINE, AMERICAN AIRLINES, GAS STATION, DEMOCRATIC NATIONAL CONVENTION, and POLITICAL PARTY CONVENTION.

24.     Subsequently, respondents were told:

Now with respect to conventions, for each of the following three names please indicate whether you understand each name to be a <u>brand name</u> or a <u>common name</u>.

The three names asked about were CONVENTION CENTER, ANIME EXPO, and COMIC-CON.[6] Finally, respondents were thanked for their time and participation.

25.     The overall design of this survey, the questions posed to respondents, and the list of names tested were generally patterned after the surveys reported and relied upon by the courts.[7] Also see J. Thomas McCarthy, <u>McCarthy on Trademarks and Unfair Competition</u>, Vol. 2 §12:16 @ 12-58, Rel. #74, 6/2015.

---

[5]     To guard against position or order bias, the order of the eight names was randomized for each respondent.

[6]     Again, to guard against position or order bias, the order of the three names was randomized for each respondent.

[7]     See <u>E.I. du Pont de Nemours & Co. v. Yoshida International, Inc., et al.</u>, 393 F. Supp. 502 (E.D.N.Y. 1975), and <u>Windsurfing International, Inc., et al. v. Fred Ostermann GmbH, et al.</u>, 613 F. Supp. 933 (S.D.N.Y. 1985). Also see <u>In re Callaway Golf Company</u>, 2001 T.T.A.B. LEXIS 599 (T.T.A.B. 2001) (this disposition is not citable as precedent of the T.T.A.B.), <u>In re Country Music Association, Inc.</u>, 2011 T.T.A.B. LEXIS 343 (T.T.A.B. 2011) (this opinion is a precedent of the T.T.A.B.), and <u>Elliot v. Google</u>, 45 F. Supp. 3d 1156 (D. Ariz. 2015).

- 6 -

<u>SURVEY RESULTS</u>

26. Following is a restatement of the initial questions posed and the response distributions received among respondents who met the survey universe definition (i.e., have attended or will attend a convention featuring animation, comic books, or popular arts.) See Exhibit A, page 8.[8]

---

TABLE 1B
PERCENTAGES

 For each of the following eight names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or organization or a <u>common name</u> used by a number of different companies or organizations.

Q10.0 Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

| | Response Distribution - Percentages | | | |
| --- | --- | --- | --- | --- |
| | Brand Name | Common Name | Don't Know | Total |
| | | | | (n=406) |
| COKE................................................ | 89.90 | 9.36 | 0.74 | 100.00 |
| JELLO.............................................. | 80.54 | 18.47 | 0.99 | 100.00 |
| REFRIGERATOR ....................................... | 2.96 | 97.04 | --- | 100.00 |
| MARGARINE ............................................. | 10.34 | 88.42 | 1.23 | 100.00 |
| AMERICAN AIRLINES ............................. | 95.57 | 3.94 | 0.49 | 100.00 |
| GAS STATION ............................................ | 2.96 | 97.04 | --- | 100.00 |
| DEMOCRATIC NATIONAL CONVENTION ..................................... | 77.09 | 18.97 | 3.94 | 100.00 |
| POLITICAL PARTY CONVENTION........ | 21.67 | 74.88 | 3.45 | 100.00 |

---

27. A review of the survey results for the above tested names evidences that the respondents, in the instant survey, were quite capable of sorting out brand names from

---

[8] Exhibit A, page 7 provides a numerical distribution of responses and page 8 provides the percentage distribution of responses.

common names.  Additionally, the percentage response patterns for the above tested names generally were similar and parallel to results reported in prior tests of these names, which further attests to the reliability of the instant research results.[9]

28.     Following is a restatement of the subsequent questions posed and the response distributions received among respondents who met the survey universe definition.  As evidenced in Table 2B, approximately eighty-three percent (82.76%) of the qualified respondents understand COMIC-CON to be a brand name.  See Exhibit A, page 10.[10]

---

TABLE 2B
PERCENTAGES

Now with respect to conventions, for each of the following three names please indicate whether you understand each name to be a brand name or a common name.

Q11.0     Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=406) |
| CONVENTION CENTER............................ | 8.62 | 91.13 | 0.25 | 100.00 |
| ANIME EXPO ............................................. | 57.88 | 33.25 | 8.87 | 100.00 |
| COMIC-CON................................................ | 82.76 | 14.04 | 3.20 | 100.00 |

---

CONCLUSION

29.     It is my considered opinion, based upon my education, background, and professional experience, and based upon my review and analysis, that the results of the survey conducted in this matter support a finding that the primary significance of COMIC-CON is that of a brand name or trademark.  Additionally, these survey results clearly evidence the strength of the COMIC-CON mark.

---

[9]     *Supra*, note 7.
[10]     Exhibit A, page 9 provides a numerical distribution of responses and page 10 provides the percentage distribution of responses.

- 8 -

30.     I reserve the right to amend or supplement my opinions based on the report or opinions provided by experts on behalf of the Defendants in this case or in the event I become aware of additional information.

Executed this 7th day of April, 2017, in Huntington Beach, California.

_____
Matthew G. Ezell

# Exhibit A



**ford bubala & associates**

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581 / FAX (562) 592-3867

April 3, 2017

TO:     Peter K. Hahn, Esq.
        Pillsbury Winthrop Shaw Pittman LLP
        501 West Broadway, Suite 1100
        San Diego, CA 92101

FROM: Ford Bubala & Associates

RE:     Comic-Con Primary Significance Survey

Enclosed, herein, please find the results of a survey designed to address the issue of the primary significance with respect to the term or designation COMIC-CON. Specifically, this survey was designed to measure whether or not the relevant public understands the primary significance of COMIC-CON, with respect to conventions, to be a brand name or trademark or, alternatively, a common or generic name.

Provided in this report is the survey screener and questionnaire, and response frequencies for the survey questions.  The Appendix of this report contains other survey-related background materials.

COMIC-CON PRIMARY SIGNIFICANCE SURVEY

Ford Bubala & Associates
April, 2017

COMIC-CON PRIMARY SIGNIFICANCE SURVEY
TABLE OF CONTENTS

PAGE

Tab A: Screener and Questionnaire. . . . . . . . . . . . . .  2

Tab B: Tab 1: Table 1A - Question 10.0 (Numbers) . . . . . .  7
              Table 1B - Question 10.0 (Percentages) . . . .  8

       Tab 2: Table 2A - Question 11.0 (Numbers) . . . . . .  9
              Table 2B - Question 11.0 (Percentages) . . . . 10

       Tab 3: Table 3 - Gender Distribution of Respondents . 11

       Tab 4: Table 4 - Age Distribution of Respondents. . . 12

APPENDIX

Appendix A: Survey Specifications
Appendix B: Sequential Listing of Survey Responses
Appendix C: Survey Screen Shots
Appendix D: Final Sample Distribution Report
Appendix E: Survey Data File

Tab A

COMIC-CON PRIMARY SIGNIFICANCE SURVEY

SCREENER AND QUESTIONNAIRE

**EXHIBIT 7, PAGE 114**

SCREENER - W

**SCREEN #1**

Today we have some questions about conventions.  Please take a few moments to complete our questionnaire.

**SCREEN #2**

1.0  Select gender.

_____1.  Male

_____2.  Female

**PROGRAMMER NOTE:  GENDER QUOTA**
**MALES 54%, FEMALES 46%**

**SCREEN #3**

1.1  Please enter your date of birth.

__/__/____
MM DD YYYY

**[PROGRAMMER: TERMINATE IF DOES NOT MATCH PANELIST'S PRE-EXISTING DATA.  IF DOB IS BLANK, TERMINATE AS REFUSED. CALCULATE AGE RANGES TO DETERMINE OPEN QUOTAS FOR AGE PRIOR TO CONTINUING. CODE AGE RANGE BASED ON DOB]**

1. Under 18  **TERMINATE.**
2. 18 to 34
3. 35 to 54
4. 55 or over

**PROGRAMMER NOTE – AGE/GENDER QUOTAS:**
**18 TO 34, –  MALES 56%, FEMALES 65%**
**35 TO 54, –  MALES 33%, FEMALES 25%**
**55 OR OVER – MALES 11%, FEMALES 10%**

**SCREEN #4**

2.0  Please select the area of the country in which you reside:

_____1.  Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

_____2.  Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

_____3.  South (Alabama, Arkansas, DC, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

_____4.  West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming)

_____5.  Other  **TERMINATE.**

**PROGRAMMER NOTE - QUOTAS FOR POPULATION IN THE FOUR CENSUS REGIONS:**
**20% NORTHEAST**
**21% MIDWEST**
**33% SOUTH**
**26% WEST**

**SCREEN #5**

3.0  In the past year, have you attended any of the following:
**PROGRAMMER NOTE: RANDOMIZE LIST.**

|                                                              | Yes    | No     | Don't Know |
|--------------------------------------------------------------|--------|--------|------------|
| - a convention featuring animation, comic books, or popular arts? . . | ____1. | ____2. | ____3. |
| - a convention featuring vehicles or vehicle accessories? . . . . . | ____1. | ____2. | ____3. |
| - a convention featuring electronics or technology?. . . . . . . . . | ____1. | ____2. | ____3. |
| - a convention for hobbyists and do-it-yourselfers?. . . . . . . | ____1. | ____2. | ____3. |

**PROGRAMMER NOTE: CONTINUE.**

**SCREEN #6**

3.1  In the next year, are you likely to attend any of the following:
**PROGRAMMER NOTE: USE SAME ORDER AS Q3.0.**

|                                                              | Yes    | No     | Don't Know |
|--------------------------------------------------------------|--------|--------|------------|
| - a convention featuring animation, comic books, or popular arts? . . | ____1. | ____2. | ____3. |
| - a convention featuring vehicles or vehicle accessories? . . . . . | ____1. | ____2. | ____3. |
| - a convention featuring electronics or technology?. . . . . . . . . | ____1. | ____2. | ____3. |
| - a convention for hobbyists and do-it-yourselfers?. . . . . . . | ____1. | ____2. | ____3. |

**PROGRAMMER NOTE:  IF 'YES' TO '...ANIMATION...' AT EITHER Q3.0 OR Q3.1, CONTINUE;  OTHERWISE, TERMINATE.**

**SCREEN #7**

4.0  What best describes the device you are using right now to read this survey?

_____1.  A desktop computer

_____2.  A laptop/notebook computer

_____3.  A tablet computer

_____4.  An eBook reading device

_____5.  A phone

_____6.  Other

**PROGRAMMER'S NOTE: OPTION 1, 2, OR 3, CONTINUE.
ALL OTHERS, TERMINATE.**

**SCREEN #8**

5.0  Do you, or does anyone else in your household, work for...

|  | Yes | No |
|---|---|---|
| -  an advertising agency or a market research company? . . . . . . . . . . . . | ___1. | ___2. |
| -  an organization that puts on conventions that are open to the public?. . . . . . . | ___1. | ___2. |

**PROGRAMMER'S NOTE:**
**IF 'YES' TO EITHER, TERMINATE.  IF 'NO' TO BOTH, CONTINUE.**

**SCREEN #9**

6.0  Do you agree to answer the questions in this survey by yourself without the help or assistance of anyone else?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **TERMINATE.**

**SCREEN #10**

6.1  Do you agree to answer the questions in this survey without seeking information from any other source (e.g., will not conduct an internet search)?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **TERMINATE.**

**SCREEN #11**

7.0  Do you usually wear contact lenses or eyeglasses when you use the device you are using right now?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **GO TO --> SCREEN #13**

**SCREEN #12**

7.1  Do you agree to wear them during the rest of the questionnaire?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **TERMINATE.**

**SCREEN #13**

8.0  Please select the number three from the following list in order to continue with this survey.

_____1. one

_____2. two

_____3. three

_____4. four

**PROGRAMMER'S NOTE: IF 'THREE,' CONTINUE.  OTHERWISE, TERMINATE.**

**SCREEN #14**

The research we are conducting today is on <u>brand names</u> and <u>common names</u>.

By a <u>brand name</u>, we mean a name like 'Bank of America' which is used by one company or organization; by a <u>common name</u>, we mean a name like 'safe deposit box' which is used by a number of different companies or organizations.

**SCREEN #15**

9.0  Now, if you were asked, "Do you understand the name 'National Football League' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?
**PROGRAMMER'S NOTE: ROTATE ORDER OF 'BRAND' AND 'COMMON' IN BOTH QUESTION AND ANSWER.**

_____1.  brand name  **CONTINUE.**

_____2.  common name  **TERMINATE.**

_____3.  other  **TERMINATE.**

**SCREEN #16**

9.1  Now, if you were asked, "Do you understand the name 'high school football' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?
**PROGRAMMER'S NOTE: USE SAME ORDER AS Q9.0.**

_____1.  brand name  **TERMINATE.**

_____2.  common name  **CONTINUE.**

_____3.  other  **TERMINATE.**

**SCREEN #17**

For each of the following eight names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or organization or a <u>common name</u> used by a number of different companies or organizations.

For any of the names, if you don't know, that is an acceptable answer.

**SCREEN #18**

**PROGRAMMER'S NOTE:**
**RANDOMIZE LIST. ASK EACH ITEM ON A SEPARATE SCREEN, SHOWING QUESTION BELOW ON EACH SCREEN FOR EACH NAME.**

10.0 Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.
**PROGRAMMER'S NOTE: RANDOMIZE LIST. FOR EACH RESPONDENT, ROTATE ORDER OF 'BRAND' AND 'COMMON' IN THE QUESTION.**

| | Brand Name | Common Name | Don't Know |
|---|---|---|---|
| - COKE | _____1. | _____2. | _____3. |
| - JELLO | _____1. | _____2. | _____3. |
| - REFRIGERATOR | _____1. | _____2. | _____3. |
| - MARGARINE | _____1. | _____2. | _____3. |
| - AMERICAN AIRLINES | _____1. | _____2. | _____3. |
| - GAS STATION | _____1. | _____2. | _____3. |
| - DEMOCRATIC NATIONAL CONVENTION | _____1. | _____2. | _____3. |
| - POLITICAL PARTY CONVENTION | _____1. | _____2. | _____3. |

**CONTINUE.**

**SCREEN #19**

Now with respect to conventions, for each of the following three names please indicate whether you understand each name to be a <u>brand name</u> or a <u>common name</u>.

**SCREEN #20**

**PROGRAMMER'S NOTE:**
**RANDOMIZE LIST. ASK EACH ITEM ON A SEPARATE SCREEN, SHOWING QUESTION BELOW ON EACH SCREEN FOR EACH NAME.**

11.0 Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.
**PROGRAMMER'S NOTE: RANDOMIZE LIST. ROTATE ORDER OF 'BRAND' AND 'COMMON' IN THE QUESTION.**

| | Brand Name | Common Name | Don't Know |
|---|---|---|---|
| - CONVENTION CENTER . . . . | _____1. | _____2. | _____3. |
| - ANIME EXPO. . . | _____1. | _____2. | _____3. |
| - COMIC-CON . . . | _____1. | _____2. | _____3. |

**SCREEN #21**

12.0 Thank you for your time and participation.

Tab B

Tab 1

For each of the following eight names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or organization or a <u>common name</u> used by a number of different companies or organizations.

Q10.0   Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

|  | Response Distribution - Numbers | | | |
|---|---|---|---|---|
|  | Brand Name | Common Name | Don't Know | Total |
| COKE . . . . . . . . . . | 365 | 38 | 3 | 406 |
| JELLO. . . . . . . . . | 327 | 75 | 4 | 406 |
| REFRIGERATOR . . . . . . | 12 | 394 | -- | 406 |
| MARGARINE. . . . . . . | 42 | 359 | 5 | 406 |
| AMERICAN AIRLINES. . . . | 388 | 16 | 2 | 406 |
| GAS STATION. . . . . . | 12 | 394 | -- | 406 |
| DEMOCRATIC NATIONAL CONVENTION . . . . . . | 313 | 77 | 16 | 406 |
| POLITICAL PARTY CONVENTION . . . . . . | 88 | 304 | 14 | 406 |

**EXHIBIT 7, PAGE 122**

TABLE 1B

PERCENTAGES


For each of the following eight names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or organization or a <u>common name</u> used by a number of different companies or organizations.

Q10.0  Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

| | Response Distribution - Percentages | | | |
| | Brand Name | Common Name | Don't Know | Total (n=406) |
|---|---|---|---|---|
| COKE . . . . . . . . . | 89.90 | 9.36 | 0.74 | 100.00 |
| JELLO. . . . . . . . . | 80.54 | 18.47 | 0.99 | 100.00 |
| REFRIGERATOR . . . . . | 2.96 | 97.04 | --- | 100.00 |
| MARGARINE. . . . . . . | 10.34 | 88.42 | 1.23 | 100.00 |
| AMERICAN AIRLINES. . . . | 95.57 | 3.94 | 0.49 | 100.00 |
| GAS STATION. . . . . . | 2.96 | 97.04 | --- | 100.00 |
| DEMOCRATIC NATIONAL CONVENTION . . . . . | 77.09 | 18.97 | 3.94 | 100.00 |
| POLITICAL PARTY CONVENTION . . . . . | 21.67 | 74.88 | 3.45 | 100.00 |


Note: Totals on this and all subsequent tables may not be exactly 100.00 percent due to rounding.

– 8 –

Tab 2

TABLE 2A

NUMBERS

Now with respect to conventions, for each of the following three names please indicate whether you understand each name to be a <u>brand name</u> or a <u>common name</u>.

Q11.0  Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

| | Response Distribution - Numbers | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| CONVENTION CENTER. . . . | 35 | 370 | 1 | 406 |
| ANIME EXPO . . . . . . . | 235 | 135 | 36 | 406 |
| COMIC-CON. . . . . . . | 336 | 57 | 13 | 406 |

TABLE 2B

PERCENTAGES

Now with respect to conventions, for each of the following three names please indicate whether you understand each name to be a <u>brand name</u> or a <u>common name</u>.

Q11.0  Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

|  | Response Distribution - Percentages | | | |
| --- | --- | --- | --- | --- |
|  | Brand Name | Common Name | Don't Know | Total (n=406) |
| CONVENTION CENTER. . . . | 8.62 | 91.13 | 0.25 | 100.00 |
| ANIME EXPO . . . . . . . | 57.88 | 33.25 | 8.87 | 100.00 |
| COMIC-CON. . . . . . . . | 82.76 | 14.04 | 3.20 | 100.00 |

- 10 -

Tab 3

TABLE 3

GENDER DISTRIBUTION

================================================================

|                          | Response Distribution | |
| Response Categories      | Number  | Percent (n=406) |
|--------------------------|---------|-----------------|
| 1.  Male                 | 219     | 53.94           |
| 2.  Female               | 187     | 46.06           |
| Total                    | 406     | 100.00          |

Tab 4

TABLE 4

AGE DISTRIBUTION

═══════════════════════════════════════════════════════════════

| | Response Distribution | |
|---|---|---|
| Response Categories | Number | Percent (n=406) |
| 1. 18 to 34 | 241 | 59.36 |
| 2. 35 to 54 | 119 | 29.31 |
| 3. 55 or over | 46 | 11.33 |
| Total | 406 | 100.00 |

**EXHIBIT 7, PAGE 130**

# Appendix A

APPENDIX A

SURVEY SPECIFICATIONS

APPENDIX A

SURVEY SPECIFICATIONS


SURVEY BACKGROUND

In the instant matter, at the request of Pillsbury Winthrop Shaw Pittman LLP, counsel for plaintiff, San Diego Comic Convention ("Comic-Con" or "Plaintiff"), a survey was designed and caused to be conducted to address the issue of the primary significance with respect to the term or designation COMIC-CON. Specifically, this survey was designed to measure whether or not the relevant public understands the primary significance of COMIC-CON, with respect to conventions, to be a brand name or trademark or, alternatively, a common or generic name.


SAMPLING FRAME

This survey employed an internet panel created and maintained by Critical Mix. Potential respondents were invited to fill out the screening portion of the interview to determine whether or not they met the universe definition. Subsequently, those potential respondents who met the universe definition were invited to complete the main survey.

In total, four hundred six (406) interviews were completed in this survey.


SURVEY UNIVERSE

The universe for this survey consisted of respondents who reported that they either had, in the past year, attended a convention featuring animation, comic books, or popular arts; or were likely, in the next year, to attend a convention featuring animation, comic books, or popular arts.[1]

---

[1] Additionally, the survey universe was also restricted to respondents (1) who were using a desktop computer, a laptop/notebook computer, or a tablet computer to read and answer the survey questions; (2) who resided in the United States in proportion to the regional geographic distribution of the population based upon an omnibus survey of past attendees at a convention featuring animation, comic books, or popular arts; (3) who did not, nor did anyone else in their household, work for an advertising agency or a market research company; or an organization that puts on conventions that are open to the public; (4) who agreed to answer the questions in the survey by themselves without the help or assistance of anyone else and without seeking information from any other source (e.g., internet search); (5) who, if they wore contact lenses or eyeglasses when using the device they were using, would wear them during the questionnaire; and (6) whose reported age and gender matched the survey panel data.

A-1

SURVEY METHODOLOGICAL PROCEDURES

The sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys. The survey was also designed to meet the criteria for survey trustworthiness detailed in the <u>Manual for Complex Litigation, Fourth</u>.

The survey conducted in this matter was administered under a double-blind protocol. Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the staff of the survey host, Issues & Answers Network, Inc. ("Issues & Answers"), and the staff of Critical Mix were not informed as to the purpose or sponsor of the survey.

SURVEY RESEARCH DESIGN/TABULATION/ANALYSIS

Ford Bubala & Associates
16400 Pacific Coast Highway
Suite 211
Huntington Beach, California  92649

PROFESSIONAL SURVEY ORGANIZATION

Issues & Answers Network, Inc.
5151 Bonney Road
Virginia Beach, Virginia  23462

ONLINE INTERNET PANEL

Critical Mix
53 Riverside Ave
Westport, Connecticut  06880

INTERVIEWING DATES

March 15, 2016 through April 5, 2016

# Appendix B

APPENDIX B

SEQUENTIAL LISTING OF SURVEY RESPONSES

SURVEY QUESTIONS

Q10.0   Please indicate whether you understand this name to be a
        <u>brand name</u> or a <u>common name</u>.

        - Coke
        - Jello
        - Refrigerator
        - Margarine
        - American Airlines
        - Gas Station
        - Democratic National Convention
        - Political Party Convention


Q11.0   Please indicate whether you understand this name to be a
        <u>brand name</u> or a <u>common name</u>.

        - Convention Center
        - Anime Expo
        - Comic-Con

SEQUENTIAL LISTING OF SURVEY RESPONSES


```
RESPID  1001                              PSID: ZKKH1030774367QY15WL
Q1.0    Gender: Male
Q1.1    Age: 55 or over
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                                      Common name
            - Jello                                     Brand name
            - Refrigerator                              Common name
            - Margarine                                 Common name
            - American Airlines                         Brand name
            - Gas Station                               Common name
            - Democratic National Convention            Brand name
            - Political Party Convention                Common name
Q11.0   [Brand name or common name]
            - Convention Center                         Common name
            - Anime Expo                                Common name
            - Comic-Con                                 Brand name


RESPID  1002                              PSID: WWA21030773301ZMI7NW
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
            - Coke                                      Brand name
            - Jello                                     Brand name
            - Refrigerator                              Common name
            - Margarine                                 Common name
            - American Airlines                         Brand name
            - Gas Station                               Common name
            - Democratic National Convention            Brand name
            - Political Party Convention                Common name
Q11.0   [Brand name or common name]
            - Convention Center                         Common name
            - Anime Expo                                Brand name
            - Comic-Con                                 Brand name


RESPID  1003                              PSID: W8Q11030773755TXDGNN
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
            - Coke                                      Brand name
            - Jello                                     Common name
            - Refrigerator                              Common name
            - Margarine                                 Common name
            - American Airlines                         Brand name
            - Gas Station                               Common name
            - Democratic National Convention            Brand name
            - Political Party Convention                Brand name
Q11.0   [Brand name or common name]
            - Convention Center                         Common name
            - Anime Expo                                Brand name
            - Comic-Con                                 Brand name
```

```
RESPID   1004                              PSID: 258M1030774895SSRBG5
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name


RESPID   1005                              PSID: DL5U1030778662SZLAZ8
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Brand name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name


RESPID   1006                              PSID: 0LVP1030787577DH5XWI
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Common name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name
```

B-3

```
RESPID   1007                              PSID: G9SS1030786224W1DMLW
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1008                              PSID: DTGH1030787542Q08OXB
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Common name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1009                              PSID: BOX21030791551FSQNFW
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

B-4

```
RESPID   1010                              PSID: 546V1030793091WWCCYR
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention           Brand name
           - Political Party Convention               Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Brand name
           - Comic-Con                                 Brand name


RESPID   1011                              PSID: CVP41030794329VAO9B1
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                      Common name
           - Jello                                     Common name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention           Common name
           - Political Party Convention               Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Brand name
           - Comic-Con                                 Don't know


RESPID   1012                              PSID: 0L571030794544JTFYES
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Common name
           - Gas Station                               Common name
           - Democratic National Convention           Common name
           - Political Party Convention               Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Common name
           - Comic-Con                                 Common name
```

```
RESPID    1013                         PSID: KTBE1030799482ESSOGK
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
             - Coke                            Brand name
             - Jello                           Brand name
             - Refrigerator                    Common name
             - Margarine                       Common name
             - American Airlines               Brand name
             - Gas Station                     Common name
             - Democratic National Convention  Brand name
             - Political Party Convention      Common name
Q11.0     [Brand name or common name]
             - Convention Center               Common name
             - Anime Expo                      Brand name
             - Comic-Con                       Don't know


RESPID    1014                         PSID: QA1M1030809041IVUGT6
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
             - Coke                            Brand name
             - Jello                           Brand name
             - Refrigerator                    Common name
             - Margarine                       Brand name
             - American Airlines               Brand name
             - Gas Station                     Common name
             - Democratic National Convention  Common name
             - Political Party Convention      Common name
Q11.0     [Brand name or common name]
             - Convention Center               Common name
             - Anime Expo                      Brand name
             - Comic-Con                       Brand name


RESPID    1015                         PSID: TFKO1030815932IQRSMX
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
             - Coke                            Brand name
             - Jello                           Common name
             - Refrigerator                    Brand name
             - Margarine                       Brand name
             - American Airlines               Brand name
             - Gas Station                     Common name
             - Democratic National Convention  Brand name
             - Political Party Convention      Common name
Q11.0     [Brand name or common name]
             - Convention Center               Common name
             - Anime Expo                      Brand name
             - Comic-Con                       Common name
```

```
RESPID   1016                              PSID: MFY71030812877ZFDLY1
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0   [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1017                              PSID: B21Y1030815426PK3R7K
Q1.0    Gender: Female
Q1.1    Age: 35 to 54
Q2.0    Census region: South
Q10.0   [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Brand name
           - American Airlines                       Brand name
           - Gas Station                             Brand name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0   [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Common name


RESPID   1018                              PSID: V17J1030817831UDCR5G
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0   [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

```
RESPID   1019                          PSID: L4S41030815331EAI7UJ
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: South
Q10.0   [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Common name
             - Political Party Convention          Common name
Q11.0   [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Brand name
             - Comic-Con                           Brand name


RESPID   1020                          PSID: F0T11030822676AHPSGY
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Brand name
             - Political Party Convention          Common name
Q11.0   [Brand name or common name]
             - Convention Center                   Brand name
             - Anime Expo                          Brand name
             - Comic-Con                           Brand name


RESPID   1021                          PSID: YXSG1030823621P9MJOE
Q1.0    Gender: Female
Q1.1    Age: 35 to 54
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Brand name
             - Political Party Convention          Common name
Q11.0   [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Brand name
             - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 144**

```
RESPID   1022                          PSID: 8WDL1030822459Q3Z60
Q1.0    Gender: Male
Q1.1    Age: 55 or over
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0   [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Don't know
            - Comic-Con                         Brand name


RESPID   1023                          PSID: EJ2A1030823642MST1RU
Q1.0    Gender: Female
Q1.1    Age: 55 or over
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0   [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID   1024                          PSID: OS5C1030822447UIZWWG
Q1.0    Gender: Female
Q1.1    Age: 55 or over
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                              Common name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Brand name
Q11.0   [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Common name
            - Comic-Con                         Common name
```

**EXHIBIT 7, PAGE 145**

```
RESPID    1025                              PSID: 5UK51030817495MCZ1NY
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                      Brand name
            - Jello                                     Brand name
            - Refrigerator                              Common name
            - Margarine                                 Common name
            - American Airlines                         Brand name
            - Gas Station                               Common name
            - Democratic National Convention            Brand name
            - Political Party Convention                Brand name
Q11.0     [Brand name or common name]
            - Convention Center                         Common name
            - Anime Expo                                Brand name
            - Comic-Con                                 Brand name


RESPID    1026                              PSID: P6AH1030820414VAOP3R
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                      Brand name
            - Jello                                     Brand name
            - Refrigerator                              Common name
            - Margarine                                 Common name
            - American Airlines                         Brand name
            - Gas Station                               Common name
            - Democratic National Convention            Brand name
            - Political Party Convention                Brand name
Q11.0     [Brand name or common name]
            - Convention Center                         Brand name
            - Anime Expo                                Don't know
            - Comic-Con                                 Don't know


RESPID    1027                              PSID: 6BM11030825797ZXT2GA
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                      Brand name
            - Jello                                     Brand name
            - Refrigerator                              Common name
            - Margarine                                 Common name
            - American Airlines                         Common name
            - Gas Station                               Common name
            - Democratic National Convention            Common name
            - Political Party Convention                Common name
Q11.0     [Brand name or common name]
            - Convention Center                         Common name
            - Anime Expo                                Common name
            - Comic-Con                                 Common name
```

```
RESPID   1028                        PSID: 7ZNN1030823466VECLMQ
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name


RESPID   1029                        PSID: S71Z1030830748Y82UES
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Common name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name


RESPID   1030                        PSID: CN8D1030828770GTDH8W
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name
```

```
RESPID   1031                          PSID: OEX81030830129VWZ685
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0    [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Brand name


RESPID   1032                          PSID: F2311030836074WSKW37
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0    [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name


RESPID   1033                          PSID: SQJK1030836373PAFUPR
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Brand name
Q11.0    [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name
```

```
RESPID   1034                          PSID: 3T6B1030836375IMBKWI
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                 Common name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Brand name
           - Anime Expo                           Brand name
           - Comic-Con                            Brand name


RESPID   1035                          PSID: 993D1030841085FWZWK3
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Brand name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Brand name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Brand name
           - Comic-Con                            Brand name


RESPID   1036                          PSID: NB831030843241ZMOIXX
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Common name
           - Comic-Con                            Brand name
```

```
RESPID   1037                          PSID: 911W1030843790W7YY8Z
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Brand name
           - Comic-Con                            Brand name


RESPID   1038                          PSID: YW3L1030843081MIXRJV
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Brand name
           - Comic-Con                            Brand name


RESPID   1039                          PSID: OWJB1030846372MK1AHW
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                 Common name
           - Jello                                Common name
           - Refrigerator                         Common name
           - Margarine                            Brand name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Common name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Don't know
           - Anime Expo                           Brand name
           - Comic-Con                            Don't know
```

```
RESPID    1040                          PSID: X1H51030847730JQ9L0F
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Common name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID    1041                          PSID: B9041030853383V8UMOI
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Common name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID    1042                          PSID: GLCB1030852298I1F1YI
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                    Common name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Brand name
```

**EXHIBIT 7, PAGE 151**

```
RESPID    1043                          PSID: MCOA1030832794CCL882
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
              - Coke                             Brand name
              - Jello                            Brand name
              - Refrigerator                     Common name
              - Margarine                        Common name
              - American Airlines                Brand name
              - Gas Station                      Common name
              - Democratic National Convention   Common name
              - Political Party Convention       Common name
Q11.0     [Brand name or common name]
              - Convention Center                Common name
              - Anime Expo                       Brand name
              - Comic-Con                        Brand name


RESPID    1044                          PSID: IJIV1030864692KA1RZM
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
              - Coke                             Brand name
              - Jello                            Brand name
              - Refrigerator                     Common name
              - Margarine                        Common name
              - American Airlines                Brand name
              - Gas Station                      Common name
              - Democratic National Convention   Common name
              - Political Party Convention       Common name
Q11.0     [Brand name or common name]
              - Convention Center                Common name
              - Anime Expo                       Common name
              - Comic-Con                        Brand name


RESPID    1045                          PSID: GZ1E1030866109N8FWGU
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
              - Coke                             Brand name
              - Jello                            Brand name
              - Refrigerator                     Common name
              - Margarine                        Common name
              - American Airlines                Brand name
              - Gas Station                      Common name
              - Democratic National Convention   Brand name
              - Political Party Convention       Common name
Q11.0     [Brand name or common name]
              - Convention Center                Common name
              - Anime Expo                       Brand name
              - Comic-Con                        Common name
```

**EXHIBIT 7, PAGE 152**

```
RESPID   1046                              PSID: P4881030866752RBRX8C
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1047                              PSID: PYUU1030870588VIRBN2
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1048                              PSID: CEY61030863604YZKEUS
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Common name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Don't know
```

**EXHIBIT 7, PAGE 153**

```
RESPID   1049                          PSID: 90B21030867702GBM1LT
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Common name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name


RESPID   1050                          PSID: 4QGX1030875670ISDSK5
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Common name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name


RESPID   1051                          PSID: M36P1030877001M5MCXD
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Common name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name
```

**EXHIBIT 7, PAGE 154**

```
RESPID   1052                          PSID: NFHK1030882258Z8QNXU
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1053                          PSID: CGON1030894766V4Z43H
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Brand name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Brand name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1054                          PSID: KHLK1030899614RBE16P
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Common name
```

```
RESPID   1055                              PSID: 1AAZ1030901633L3RZOH
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Brand name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name


RESPID   1056                              PSID: CVUM1030788322RUIFYJ
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Brand name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name


RESPID   1057                              PSID: 8QAR1031190262NU31R1
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Common name
           - Comic-Con                              Brand name
```

```
RESPID   1058                          PSID: MPDF1031363132Z0W0AO
Q1.0   Gender: Male
Q1.1   Age: 35 to 54
Q2.0   Census region: South
Q10.0  [Brand name or common name]
         - Coke                                Brand name
         - Jello                               Common name
         - Refrigerator                        Common name
         - Margarine                           Common name
         - American Airlines                   Brand name
         - Gas Station                         Common name
         - Democratic National Convention      Brand name
         - Political Party Convention          Common name
Q11.0  [Brand name or common name]
         - Convention Center                   Common name
         - Anime Expo                          Brand name
         - Comic-Con                           Common name


RESPID   1059                          PSID: QOZC1031665415TMSHG5
Q1.0   Gender: Male
Q1.1   Age: 35 to 54
Q2.0   Census region: South
Q10.0  [Brand name or common name]
         - Coke                                Brand name
         - Jello                               Common name
         - Refrigerator                        Common name
         - Margarine                           Common name
         - American Airlines                   Brand name
         - Gas Station                         Common name
         - Democratic National Convention      Brand name
         - Political Party Convention          Common name
Q11.0  [Brand name or common name]
         - Convention Center                   Common name
         - Anime Expo                          Brand name
         - Comic-Con                           Brand name


RESPID   1060                          PSID: 1HF01031690508BC0ES4
Q1.0   Gender: Female
Q1.1   Age: 18 to 34
Q2.0   Census region: South
Q10.0  [Brand name or common name]
         - Coke                                Common name
         - Jello                               Brand name
         - Refrigerator                        Common name
         - Margarine                           Common name
         - American Airlines                   Brand name
         - Gas Station                         Common name
         - Democratic National Convention      Brand name
         - Political Party Convention          Brand name
Q11.0  [Brand name or common name]
         - Convention Center                   Common name
         - Anime Expo                          Brand name
         - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 157**

```
RESPID   1061                          PSID: 4L5Q1031713548GT01MQ
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                                 Common name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Common name
            - Political Party Convention           Common name
Q11.0    [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name


RESPID   1062                          PSID: H9H81031718552WGZ40V
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Common name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0    [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Common name


RESPID   1063                          PSID: IFCX1031726518ET1B2F
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Brand name
Q11.0    [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 158**

```
RESPID   1064                          PSID: N5DP1031737124TA7SWP
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                    Common name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Common name
         - Comic-Con                               Common name


RESPID   1065                          PSID: EFQ91031740984FIBZYS
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Common name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Brand name
         - Anime Expo                              Brand name
         - Comic-Con                               Brand name


RESPID   1066                          PSID: U5KE1031738604FWL2QG
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Common name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Common name
         - Comic-Con                               Brand name
```

```
RESPID   1067                          PSID: 5NX71031760504EU3FN3
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Common name
           - Gas Station                        Common name
           - Democratic National Convention     Common name
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Brand name
           - Comic-Con                          Brand name


RESPID   1068                          PSID: J2NJ1031784351IGJWXI
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Common name
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Common name
           - Comic-Con                          Brand name


RESPID   1069                          PSID: SGDS1031801511CA38PS
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Brand name
           - Political Party Convention         Brand name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Brand name
           - Comic-Con                          Brand name
```

```
RESPID  1070                                    PSID: 6ZMX1031809069TTED3Q
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Common name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0   [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name


RESPID  1071                                    PSID: F1FN1031813881PVXN8D
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Brand name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0   [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name


RESPID  1072                                    PSID: GG8Z1031827389UP5HMW
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Brand name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Common name
             - Political Party Convention              Common name
Q11.0   [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Common name
```

```
RESPID   1073                          PSID: WMS51031857978BCWFZC
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Don't know
             - Political Party Convention          Don't know
Q11.0    [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Brand name
             - Comic-Con                           Brand name


RESPID   1074                          PSID: 45FH1031867801SRPQUR
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                Common name
             - Jello                               Common name
             - Refrigerator                        Brand name
             - Margarine                           Brand name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Common name
             - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Brand name
             - Comic-Con                           Common name


RESPID   1075                          PSID: O4SH1031870421ZFAAY5
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Brand name
             - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Brand name
             - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 162**

```
RESPID    1076                              PSID: WMVF1031876011ZJHIV4
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Common name
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Common name
              - Comic-Con                           Brand name


RESPID    1077                              PSID: HKJU1031913917DPD6MM
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Common name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Common name
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Common name
              - Comic-Con                           Brand name


RESPID    1078                              PSID: BNRZ1031921647F5WWK8
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Brand name
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name
```

```
RESPID   1079                              PSID: RTEP1031931513ZXKU7Z
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention            Brand name
           - Political Party Convention                Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Common name
           - Comic-Con                                 Brand name


RESPID   1080                              PSID: EDX71031917977UKBFKA
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Brand name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention            Brand name
           - Political Party Convention                Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Brand name
           - Comic-Con                                 Brand name


RESPID   1081                              PSID: LTKV1031985227NP8HKI
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Common name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention            Brand name
           - Political Party Convention                Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Brand name
           - Comic-Con                                 Brand name
```

```
RESPID   1082                          PSID: 9NZS1031998165HCZ39S
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                    Common name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Brand name
         - Comic-Con                               Brand name


RESPID   1083                          PSID: HQGG1032000110L1977I
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Brand name
         - Anime Expo                              Brand name
         - Comic-Con                               Brand name


RESPID   1084                          PSID: 922N1032007489PLM6Male
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Common name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Common name
         - Comic-Con                               Brand name
```

B–29

```
RESPID   1085                               PSID: ADQ41031995572MYHRF9
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Brand name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0   [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Brand name
          - Comic-Con                               Brand name


RESPID   1086                               PSID: CAQ31032040514Q58ZG9
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Brand name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0   [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Brand name
          - Comic-Con                               Brand name


RESPID   1087                               PSID: 6G0F1032096063IUPSUQ
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Brand name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0   [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Common name
          - Comic-Con                               Brand name
```

```
RESPID   1088                              PSID: ESNP1032195094XIAH17
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
              - Coke                                 Brand name
              - Jello                                Brand name
              - Refrigerator                         Common name
              - Margarine                            Common name
              - American Airlines                    Brand name
              - Gas Station                          Common name
              - Democratic National Convention       Brand name
              - Political Party Convention           Common name
Q11.0    [Brand name or common name]
              - Convention Center                    Common name
              - Anime Expo                           Common name
              - Comic-Con                            Brand name


RESPID   1089                              PSID: IUCM1032221138O4JP8G
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
              - Coke                                 Brand name
              - Jello                                Brand name
              - Refrigerator                         Common name
              - Margarine                            Common name
              - American Airlines                    Brand name
              - Gas Station                          Common name
              - Democratic National Convention       Brand name
              - Political Party Convention           Brand name
Q11.0    [Brand name or common name]
              - Convention Center                    Common name
              - Anime Expo                           Brand name
              - Comic-Con                            Brand name


RESPID   1090                              PSID: IMXE1032249329AO9BRK
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
              - Coke                                 Brand name
              - Jello                                Brand name
              - Refrigerator                         Common name
              - Margarine                            Common name
              - American Airlines                    Brand name
              - Gas Station                          Common name
              - Democratic National Convention       Brand name
              - Political Party Convention           Common name
Q11.0    [Brand name or common name]
              - Convention Center                    Common name
              - Anime Expo                           Common name
              - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 167**

```
RESPID   1091                          PSID:  VWW21032518742DN4IXK
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
             - Coke                               Brand name
             - Jello                              Brand name
             - Refrigerator                       Common name
             - Margarine                          Common name
             - American Airlines                  Brand name
             - Gas Station                        Common name
             - Democratic National Convention     Common name
             - Political Party Convention         Brand name
Q11.0    [Brand name or common name]
             - Convention Center                  Common name
             - Anime Expo                         Brand name
             - Comic-Con                          Brand name


RESPID   1092                          PSID:  ORQ01032627646HPEG4S
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                               Brand name
             - Jello                              Brand name
             - Refrigerator                       Common name
             - Margarine                          Common name
             - American Airlines                  Brand name
             - Gas Station                        Common name
             - Democratic National Convention     Common name
             - Political Party Convention         Common name
Q11.0    [Brand name or common name]
             - Convention Center                  Common name
             - Anime Expo                         Brand name
             - Comic-Con                          Brand name


RESPID   1093                          PSID:  Y0NB1032674776BDNM97
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
             - Coke                               Brand name
             - Jello                              Brand name
             - Refrigerator                       Brand name
             - Margarine                          Brand name
             - American Airlines                  Common name
             - Gas Station                        Common name
             - Democratic National Convention     Brand name
             - Political Party Convention         Common name
Q11.0    [Brand name or common name]
             - Convention Center                  Brand name
             - Anime Expo                         Brand name
             - Comic-Con                          Brand name
```

```
RESPID  1094                              PSID: UF961032713131KSHOU1
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                               Brand name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Brand name
            - Gas Station                        Common name
            - Democratic National Convention     Don't know
            - Political Party Convention         Common name
Q11.0   [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Brand name
            - Comic-Con                          Common name


RESPID  1095                              PSID: 04E41032772798LPI4MN
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
            - Coke                               Brand name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Common name
            - Gas Station                        Common name
            - Democratic National Convention     Don't know
            - Political Party Convention         Common name
Q11.0   [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Don't know
            - Comic-Con                          Brand name


RESPID  1096                              PSID: CC4Z1032797098ZLW9UZ
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                               Common name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Brand name
            - Gas Station                        Common name
            - Democratic National Convention     Brand name
            - Political Party Convention         Common name
Q11.0   [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Brand name
            - Comic-Con                          Brand name
```

```
RESPID   1097                          PSID: 4IVJ1032810587GOL386
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1098                          PSID: 66BX1032877513SZVBOV
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1099                          PSID: H51N1033050357CEHZCC
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Don't know
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name
```

```
RESPID   1100                              PSID: BPDR1033442557OE5L5A
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
              - Coke                                    Brand name
              - Jello                                   Brand name
              - Refrigerator                            Common name
              - Margarine                               Common name
              - American Airlines                       Brand name
              - Gas Station                             Common name
              - Democratic National Convention          Common name
              - Political Party Convention              Common name
Q11.0    [Brand name or common name]
              - Convention Center                       Common name
              - Anime Expo                              Brand name
              - Comic-Con                               Brand name


RESPID   1101                              PSID: L0351033451168E19HUP
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
              - Coke                                    Brand name
              - Jello                                   Common name
              - Refrigerator                            Common name
              - Margarine                               Common name
              - American Airlines                       Brand name
              - Gas Station                             Common name
              - Democratic National Convention          Brand name
              - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
              - Convention Center                       Brand name
              - Anime Expo                              Common name
              - Comic-Con                               Brand name


RESPID   1102                              PSID: SCAR1033933960Q7C4C9
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
              - Coke                                    Brand name
              - Jello                                   Common name
              - Refrigerator                            Common name
              - Margarine                               Brand name
              - American Airlines                       Brand name
              - Gas Station                             Common name
              - Democratic National Convention          Common name
              - Political Party Convention              Common name
Q11.0    [Brand name or common name]
              - Convention Center                       Common name
              - Anime Expo                              Brand name
              - Comic-Con                               Brand name
```

**EXHIBIT 7, PAGE 171**

```
RESPID    1103                           PSID:  WM4I1048562826U5MVH3
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Common name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name


RESPID    1104                           PSID:  VN731048565576ZOS3CQ
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Brand name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Common name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name


RESPID    1105                           PSID:  8SV01048564006ZF3CRT
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Common name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Common name
```

```
RESPID   1106                          PSID: 0CXL1048571825PGI3VT
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Brand name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name


RESPID   1107                          PSID: 8VTD1048571400UAAM92
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Don't know
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Common name
           - Comic-Con                              Brand name


RESPID   1108                          PSID: Y1XC1048568658GA7DKW
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Brand name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name
```

**EXHIBIT 7, PAGE 173**

```
RESPID    1109                              PSID: DPOA1048574868T6NVY8
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
              - Coke                                    Brand name
              - Jello                                   Brand name
              - Refrigerator                            Common name
              - Margarine                               Common name
              - American Airlines                       Brand name
              - Gas Station                             Common name
              - Democratic National Convention          Brand name
              - Political Party Convention              Common name
Q11.0     [Brand name or common name]
              - Convention Center                       Common name
              - Anime Expo                              Don't know
              - Comic-Con                               Brand name


RESPID    1110                              PSID: BNK61048573176FAE1LC
Q1.0      Gender: Female
Q1.1      Age: 55 or over
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
              - Coke                                    Brand name
              - Jello                                   Brand name
              - Refrigerator                            Common name
              - Margarine                               Common name
              - American Airlines                       Brand name
              - Gas Station                             Common name
              - Democratic National Convention          Brand name
              - Political Party Convention              Common name
Q11.0     [Brand name or common name]
              - Convention Center                       Common name
              - Anime Expo                              Brand name
              - Comic-Con                               Brand name


RESPID    1111                              PSID: B8LR1048571380JU5902
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
              - Coke                                    Brand name
              - Jello                                   Brand name
              - Refrigerator                            Common name
              - Margarine                               Brand name
              - American Airlines                       Brand name
              - Gas Station                             Common name
              - Democratic National Convention          Common name
              - Political Party Convention              Common name
Q11.0     [Brand name or common name]
              - Convention Center                       Brand name
              - Anime Expo                              Brand name
              - Comic-Con                               Brand name
```

```
RESPID    1112                          PSID: AO0V1048573297QVV3TO
Q1.0      Gender: Female
Q1.1      Age: 55 or over
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Don't know
            - Comic-Con                            Don't know


RESPID    1113                          PSID: EUW91048582358EXO3BS
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name


RESPID    1114                          PSID: T4XQ1048584725W696UU
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 175**

```
RESPID    1115                          PSID: 6JRQ1048586317MF1QAB
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Brand name
              - Margarine                           Brand name
              - American Airlines                   Brand name
              - Gas Station                         Brand name
              - Democratic National Convention      Brand name
              - Political Party Convention          Brand name
Q11.0     [Brand name or common name]
              - Convention Center                   Brand name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name


RESPID    1116                          PSID: MWMG1048583269E8HOP4
Q1.0      Gender: Female
Q1.1      Age: 55 or over
Q2.0      Census region: West
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Brand name
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name


RESPID    1117                          PSID: 0L6C1048587416N3CGBA
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Don't know
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name
```

```
RESPID   1118                          PSID: 3TYR1048588664ZVLBOD
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Brand name


RESPID   1119                          PSID: 2TA51048592846KVZ3AH
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Common name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Brand name


RESPID   1120                          PSID: YY2S1048593840I0Q32C
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Don't know
           - Comic-Con                           Common name
```

```
RESPID   1121                          PSID: 02N21048594964EARHCS
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Brand name
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Don't know
           - Comic-Con                          Common name


RESPID   1122                          PSID: P8MT1048597855AXFMP3
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Don't know
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Common name
           - Comic-Con                          Brand name


RESPID   1123                          PSID: 90EG1048572443Q5O34G
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Brand name
           - American Airlines                  Common name
           - Gas Station                        Common name
           - Democratic National Convention     Brand name
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Common name
           - Comic-Con                          Common name
```

B-42

**EXHIBIT 7, PAGE 178**

```
RESPID    1124                          PSID: Y9MK1048600720ZSA3AK
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Common name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0     [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID    1125                          PSID: PQQ31048605871BYONY2
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Brand name
            - Margarine                         Brand name
            - American Airlines                 Brand name
            - Gas Station                       Brand name
            - Democratic National Convention    Brand name
            - Political Party Convention        Brand name
Q11.0     [Brand name or common name]
            - Convention Center                 Brand name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID    1126                          PSID: VBBD1048596896UNMDOQ
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0     [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name
```

```
RESPID    1127                          PSID: LLTS1048619619FPAXDA
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Common name
            - Political Party Convention        Common name
Q11.0     [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID    1128                          PSID: 890G1048616982IFF1EW
Q1.0      Gender: Female
Q1.1      Age: 55 or over
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                              Common name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0     [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Common name


RESPID    1129                          PSID: CPH91048627141HPOGWP
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0     [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Don't know
            - Comic-Con                         Common name
```

**EXHIBIT 7, PAGE 180**

```
RESPID    1130                          PSID: 1L781048625045XJMD68
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Don't know
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Common name
              - Political Party Convention          Common name
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Common name
              - Comic-Con                           Brand name


RESPID    1131                          PSID: CQ2U1048619479SEWH6B
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Common name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Brand name
Q11.0     [Brand name or common name]
              - Convention Center                   Brand name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name


RESPID    1132                          PSID: JV331048628433NMU98Y
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Common name
Q11.0     [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Don't know
              - Comic-Con                           Brand name
```

```
RESPID   1133                           PSID: 79071048629669B1UEH0
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Common name


RESPID   1134                           PSID: 5V491048626985GTO4JA
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1135                           PSID: 44NK1048627920IF9DJS
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name
```

```
RESPID   1136                          PSID: W1AF1048629743FBQ3Y2
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Brand name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention            Common name
           - Political Party Convention                Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Common name
           - Comic-Con                                 Brand name


RESPID   1137                          PSID: 4NZM1048628315VKRQP0
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                      Common name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention            Brand name
           - Political Party Convention                Common name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Don't know
           - Comic-Con                                 Don't know


RESPID   1138                          PSID: 5KJW1048633564PACELH
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                      Brand name
           - Jello                                     Brand name
           - Refrigerator                              Common name
           - Margarine                                 Common name
           - American Airlines                         Brand name
           - Gas Station                               Common name
           - Democratic National Convention            Brand name
           - Political Party Convention                Brand name
Q11.0    [Brand name or common name]
           - Convention Center                         Common name
           - Anime Expo                                Common name
           - Comic-Con                                 Brand name
```

```
RESPID    1139                        PSID: 52Z91048631986HIZ9SK
Q1.0      Gender: Female
Q1.1      Age: 55 or over
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Common name


RESPID    1140                        PSID: 0HAE1048634520Q5LSHU
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Don't know
            - Comic-Con                             Brand name


RESPID    1141                        PSID: 1VB61048631824G5J16K
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Common name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Brand name
```

```
RESPID    1142                        PSID: RU621048636684O7WEHU
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID    1143                        PSID: 42XU1048638802PJ0ARG
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Brand name


RESPID    1144                        PSID: F1O41048641199SW3IDM
Q1.0      Gender: Female
Q1.1      Age: 55 or over
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Brand name
```

```
RESPID   1145                          PSID: CDMB1048637951GMU5A9
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1146                          PSID: FDTE1048638107IHACLL
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Common name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1147                          PSID: K54N1048642847AO5GTV
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Brand name
Q11.0    [Brand name or common name]
           - Convention Center                     Brand name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name
```

**EXHIBIT 7, PAGE 186**

```
RESPID    1148                              PSID: PDGM1048642164HTL1A3
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Common name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Common name
            - Political Party Convention          Common name
Q11.0     [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Brand name


RESPID    1149                              PSID: K0Q41048644682L53I3R
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0     [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Brand name


RESPID    1150                              PSID: QWZR1048645258NX2KPW
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Brand name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0     [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Common name
```

**EXHIBIT 7, PAGE 187**

```
RESPID   1151                              PSID: C2V31048644500V7VZOU
Q1.0    Gender: Female
Q1.1    Age: 55 or over
Q2.0    Census region: South
Q10.0   [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0   [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1152                              PSID: W9VP1048647670PB84MM
Q1.0    Gender: Female
Q1.1    Age: 35 to 54
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Brand name
Q11.0   [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Don't know


RESPID   1153                              PSID: J3631048647612WE37XR
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Brand name
Q11.0   [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name
```

```
RESPID   1154                              PSID: 2TWC1048648891IKAOBO
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1155                              PSID: EZFY1048651706HKFNQ4
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1156                              PSID: EK2R1048629892XQU94M
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Common name
```

**EXHIBIT 7, PAGE 189**

```
RESPID    1157                        PSID: F2JG1048650642Z0BCNU
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Common name


RESPID    1158                        PSID: T6AY1048655456G1N9N2
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Don't know
            - Comic-Con                             Brand name


RESPID    1159                        PSID: ZJVZ1048658570CASDQN
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Common name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Brand name
```

```
RESPID   1160                          PSID: SPJ41048661450BKIAK4
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1161                          PSID: 4HH51048651411Z22570
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1162                          PSID: BFX21048668047YNHRKY
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name
```

```
RESPID    1163                        PSID: I5QG1048665472CVP7PT
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Common name


RESPID    1164                        PSID: 3GQ41048671334F371WI
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID    1165                        PSID: DRZT1048662665EYY6WW
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Common name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Common name
```

```
RESPID   1166                              PSID: UE5Y1048678844B19PV1
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Brand name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Common name


RESPID   1167                              PSID: P3K41048668861YTPYIS
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Don't know
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1168                              PSID: N7LI1048678226KJI3Q5
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

```
RESPID   1169                              PSID: HTEA1048682900K8EG9J
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID   1170                              PSID: 4AT91048681969SHYQKF
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Common name
            - Refrigerator                            Common name
            - Margarine                               Brand name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0    [Brand name or common name]
            - Convention Center                       Brand name
            - Anime Expo                              Brand name
            - Comic-Con                               Common name


RESPID   1171                              PSID: OOC31048679334J3VIBC
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0    [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name
```

```
RESPID   1172                          PSID: 49MZ1048702945W5OKL6
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                            Brand name
             - Jello                           Common name
             - Refrigerator                    Common name
             - Margarine                       Common name
             - American Airlines               Brand name
             - Gas Station                     Common name
             - Democratic National Convention  Brand name
             - Political Party Convention      Common name
Q11.0    [Brand name or common name]
             - Convention Center               Common name
             - Anime Expo                      Brand name
             - Comic-Con                       Brand name


RESPID   1173                          PSID: BN4O1048701957TYVI13
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                            Brand name
             - Jello                           Brand name
             - Refrigerator                    Common name
             - Margarine                       Common name
             - American Airlines               Brand name
             - Gas Station                     Common name
             - Democratic National Convention  Don't know
             - Political Party Convention      Common name
Q11.0    [Brand name or common name]
             - Convention Center               Common name
             - Anime Expo                      Brand name
             - Comic-Con                       Brand name


RESPID   1174                          PSID: 1DXB1048702032IQBXKY
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
             - Coke                            Brand name
             - Jello                           Brand name
             - Refrigerator                    Common name
             - Margarine                       Common name
             - American Airlines               Brand name
             - Gas Station                     Common name
             - Democratic National Convention  Common name
             - Political Party Convention      Brand name
Q11.0    [Brand name or common name]
             - Convention Center               Brand name
             - Anime Expo                      Common name
             - Comic-Con                       Brand name
```

**EXHIBIT 7, PAGE 195**

```
RESPID   1175                          PSID: JP681048703775HNDZ8S
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Common name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1176                          PSID: EHDQ1048702389CL7S2J
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Common name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Don't know
           - Comic-Con                             Brand name


RESPID   1177                          PSID: T7N11048686204BFONJX
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name
```

```
RESPID   1178                              PSID: Y26Z1048631708P2068C
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1179                              PSID: HDRZ1048714908J99O6N
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1180                              PSID: MC1B1048713731UITSIK
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Common name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Don't know
           - Comic-Con                               Don't know
```

```
RESPID    1181                          PSID: MEI41048715762JT85QR
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0     [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Don't know
            - Comic-Con                           Don't know


RESPID    1182                          PSID: NOSG1048720369GSLMH6
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0     [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Brand name


RESPID    1183                          PSID: 59Y81048722609L287HN
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Brand name
Q11.0     [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name
```

```
RESPID   1184                              PSID: XW4S1048723122ZJ9TPQ
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1185                              PSID: S0021048725416YK35EZ
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1186                              PSID: W3LW1048731922RQ76JU
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Common name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Don't know
           - Comic-Con                               Brand name
```

```
RESPID   1187                          PSID: OQN51048738752FIPHTJ
Q1.0   Gender: Female
Q1.1   Age: 18 to 34
Q2.0   Census region: South
Q10.0  [Brand name or common name]
         - Coke                              Don't know
         - Jello                             Brand name
         - Refrigerator                      Common name
         - Margarine                         Don't know
         - American Airlines                 Brand name
         - Gas Station                       Common name
         - Democratic National Convention    Brand name
         - Political Party Convention        Common name
Q11.0  [Brand name or common name]
         - Convention Center                 Common name
         - Anime Expo                        Brand name
         - Comic-Con                         Brand name


RESPID   1188                          PSID: HTQK1048742397ULX24H
Q1.0   Gender: Female
Q1.1   Age: 35 to 54
Q2.0   Census region: West
Q10.0  [Brand name or common name]
         - Coke                              Brand name
         - Jello                             Brand name
         - Refrigerator                      Common name
         - Margarine                         Common name
         - American Airlines                 Brand name
         - Gas Station                       Common name
         - Democratic National Convention    Brand name
         - Political Party Convention        Brand name
Q11.0  [Brand name or common name]
         - Convention Center                 Common name
         - Anime Expo                        Brand name
         - Comic-Con                         Brand name


RESPID   1189                          PSID: FPN31048739432CK3OEA
Q1.0   Gender: Male
Q1.1   Age: 55 or over
Q2.0   Census region: Northeast
Q10.0  [Brand name or common name]
         - Coke                              Brand name
         - Jello                             Brand name
         - Refrigerator                      Common name
         - Margarine                         Common name
         - American Airlines                 Brand name
         - Gas Station                       Common name
         - Democratic National Convention    Brand name
         - Political Party Convention        Common name
Q11.0  [Brand name or common name]
         - Convention Center                 Common name
         - Anime Expo                        Common name
         - Comic-Con                         Common name
```

```
RESPID   1190                          PSID: K1VL1048742207B6VDU2
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
             - Coke                              Brand name
             - Jello                             Brand name
             - Refrigerator                      Common name
             - Margarine                         Common name
             - American Airlines                 Brand name
             - Gas Station                       Common name
             - Democratic National Convention    Brand name
             - Political Party Convention        Common name
Q11.0    [Brand name or common name]
             - Convention Center                 Common name
             - Anime Expo                        Brand name
             - Comic-Con                         Brand name


RESPID   1191                          PSID: RZNP1048740464M03BYH
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                              Brand name
             - Jello                             Brand name
             - Refrigerator                      Common name
             - Margarine                         Common name
             - American Airlines                 Brand name
             - Gas Station                       Common name
             - Democratic National Convention    Brand name
             - Political Party Convention        Common name
Q11.0    [Brand name or common name]
             - Convention Center                 Common name
             - Anime Expo                        Common name
             - Comic-Con                         Brand name


RESPID   1192                          PSID: GYD71048745640GYK9KL
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                              Common name
             - Jello                             Common name
             - Refrigerator                      Common name
             - Margarine                         Common name
             - American Airlines                 Brand name
             - Gas Station                       Common name
             - Democratic National Convention    Brand name
             - Political Party Convention        Common name
Q11.0    [Brand name or common name]
             - Convention Center                 Common name
             - Anime Expo                        Don't know
             - Comic-Con                         Don't know
```

```
RESPID   1193                           PSID: 59AN1048749140OBTZ7T
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Common name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID   1194                           PSID: 9FBS1048749284AAFI06
Q1.0     Gender: Female
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Common name
            - Comic-Con                         Brand name


RESPID   1195                           PSID: 30351048760014HV4P71
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name
```

**EXHIBIT 7, PAGE 202**

```
RESPID   1196                          PSID: T64W1048770310E6BT8V
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Common name
            - Political Party Convention          Common name
Q11.0    [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Brand name


RESPID   1197                          PSID: GMDZ1048769602R4YK0M
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name


RESPID   1198                          PSID: O9X61048772499D809NB
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0    [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Brand name
```

```
RESPID   1199                           PSID: H3YA1048790694F6UW26
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Common name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Brand name
         - Comic-Con                               Common name


RESPID   1200                           PSID: 53JB1048787959KCG5AM
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Brand name
         - Comic-Con                               Brand name


RESPID   1201                           PSID: JZSE1048796307M7L8VP
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
         - Coke                                    Brand name
         - Jello                                   Brand name
         - Refrigerator                            Common name
         - Margarine                               Common name
         - American Airlines                       Brand name
         - Gas Station                             Common name
         - Democratic National Convention          Brand name
         - Political Party Convention              Common name
Q11.0    [Brand name or common name]
         - Convention Center                       Common name
         - Anime Expo                              Brand name
         - Comic-Con                               Brand name
```

```
RESPID   1202                              PSID: P5MN1048812151K63UAT
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name


RESPID   1203                              PSID: SDS21048821942MRF3V9
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
             - Coke                                    Common name
             - Jello                                   Common name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Common name


RESPID   1204                              PSID: BC9D1048826913DX8MXN
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name
```

```
RESPID   1205                          PSID: 91IG1048831221IETI0B
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Common name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Common name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name


RESPID   1206                          PSID: VUBF1048836843BUG8MR
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name


RESPID   1207                          PSID: Z9QG1048840642M5QNIO
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name
```

```
RESPID   1208                          PSID: 7YUB1048839265A4DM19
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Don't know


RESPID   1209                          PSID: YMDZ1048864336KKP026
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name


RESPID   1210                          PSID: R39J1048879651ENMMZO
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Common name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Common name
           - Comic-Con                         Brand name
```

```
RESPID    1211                        PSID: CSUV1048884163DAC2LT
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Brand name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Brand name


RESPID    1212                        PSID: VL271048893259G5RUBU
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name


RESPID    1213                        PSID: 3SO91048895695EB2LLH
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name
```

```
RESPID   1214                          PSID: DHQK1048895082NTU17P
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Common name


RESPID   1215                          PSID: 35T31048790353ZHWG2S
Q1.0     Gender: Male
Q1.1     Age: 55 or over
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                Common name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name


RESPID   1216                          PSID: 8RK61048899610VXTNBE
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Don't know
           - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 209**

```
RESPID    1217                              PSID: IRLQ1048903018R3S5BF
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Brand name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name


RESPID    1218                              PSID: WG7H1048895635S278CQ
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Common name
            - Refrigerator                           Brand name
            - Margarine                              Brand name
            - American Airlines                      Don't know
            - Gas Station                            Common name
            - Democratic National Convention         Common name
            - Political Party Convention             Brand name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name


RESPID    1219                              PSID: R6OU1048908701YSPLVF
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                   Common name
            - Jello                                  Common name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Don't know
            - Gas Station                            Common name
            - Democratic National Convention         Don't know
            - Political Party Convention             Don't know
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Don't know
            - Comic-Con                              Brand name
```

```
RESPID   1220                          PSID: U83G1048918594VIVZBK
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                              Common name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Common name
            - Comic-Con                         Brand name


RESPID   1221                          PSID: BPXW1048927189PA5H6F
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Common name
            - Political Party Convention        Common name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Common name
            - Comic-Con                         Common name


RESPID   1222                          PSID: 0N701048930970XI5QYZ
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Brand name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name
```

**EXHIBIT 7, PAGE 211**

```
RESPID    1223                          PSID: 2Z9X1048931950B04J3F
Q1.0      Gender: Female
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Common name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Brand name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name


RESPID    1224                          PSID: TC7Y1048939244V162SI
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Brand name


RESPID    1225                          PSID: 1EDO1048938663GR96TZ
Q1.0      Gender: Male
Q1.1      Age: 55 or over
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0     [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Common name
            - Comic-Con                             Common name
```

**EXHIBIT 7, PAGE 212**

```
RESPID   1226                           PSID: NX3F1048945312T5KZRF
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                                 Brand name
             - Jello                                Common name
             - Refrigerator                         Common name
             - Margarine                            Common name
             - American Airlines                    Brand name
             - Gas Station                          Common name
             - Democratic National Convention       Brand name
             - Political Party Convention           Common name
Q11.0    [Brand name or common name]
             - Convention Center                    Brand name
             - Anime Expo                           Brand name
             - Comic-Con                            Brand name


RESPID   1227                           PSID: 261Q1048955129SHJUSI
Q1.0     Gender: Female
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                 Brand name
             - Jello                                Brand name
             - Refrigerator                         Common name
             - Margarine                            Common name
             - American Airlines                    Brand name
             - Gas Station                          Common name
             - Democratic National Convention       Brand name
             - Political Party Convention           Don't know
Q11.0    [Brand name or common name]
             - Convention Center                    Common name
             - Anime Expo                           Brand name
             - Comic-Con                            Common name


RESPID   1228                           PSID: HP9X1048958127DWUMAX
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
             - Coke                                 Common name
             - Jello                                Brand name
             - Refrigerator                         Common name
             - Margarine                            Common name
             - American Airlines                    Brand name
             - Gas Station                          Common name
             - Democratic National Convention       Brand name
             - Political Party Convention           Brand name
Q11.0    [Brand name or common name]
             - Convention Center                    Brand name
             - Anime Expo                           Brand name
             - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 213**

```
RESPID   1229                         PSID: RY0M1048958638PHDLPM
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Common name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name


RESPID   1230                         PSID: 83I41048962210Z3FO7A
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name


RESPID   1231                         PSID: VX901048972451N1TF59
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name
```

**EXHIBIT 7, PAGE 214**

```
RESPID   1232                          PSID: D60D1048984478LL25PW
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
         - Coke                                   Brand name
         - Jello                                  Brand name
         - Refrigerator                           Common name
         - Margarine                              Common name
         - American Airlines                      Brand name
         - Gas Station                            Common name
         - Democratic National Convention         Brand name
         - Political Party Convention             Common name
Q11.0   [Brand name or common name]
         - Convention Center                      Brand name
         - Anime Expo                             Brand name
         - Comic-Con                              Brand name


RESPID   1233                          PSID: OTLN1048986309YEWWEN
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: West
Q10.0   [Brand name or common name]
         - Coke                                   Brand name
         - Jello                                  Brand name
         - Refrigerator                           Common name
         - Margarine                              Common name
         - American Airlines                      Brand name
         - Gas Station                            Common name
         - Democratic National Convention         Common name
         - Political Party Convention             Common name
Q11.0   [Brand name or common name]
         - Convention Center                      Common name
         - Anime Expo                             Common name
         - Comic-Con                              Brand name


RESPID   1234                          PSID: GCP51049000705DWA96M
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
         - Coke                                   Brand name
         - Jello                                  Brand name
         - Refrigerator                           Common name
         - Margarine                              Common name
         - American Airlines                      Brand name
         - Gas Station                            Common name
         - Democratic National Convention         Brand name
         - Political Party Convention             Common name
Q11.0   [Brand name or common name]
         - Convention Center                      Common name
         - Anime Expo                             Brand name
         - Comic-Con                              Brand name
```

```
RESPID    1235                              PSID: UIRD1049012740BCQU37
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
          - Coke                                    Common name
          - Jello                                   Don't know
          - Refrigerator                            Brand name
          - Margarine                               Brand name
          - American Airlines                       Common name
          - Gas Station                             Common name
          - Democratic National Convention          Brand name
          - Political Party Convention              Common name
Q11.0     [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Brand name
          - Comic-Con                               Brand name


RESPID    1236                              PSID: E9EU1049023782TPJWVG
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Common name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention          Common name
          - Political Party Convention              Common name
Q11.0     [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Brand name
          - Comic-Con                               Common name


RESPID    1237                              PSID: NWVS1049024155TVGKLF
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Brand name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention          Brand name
          - Political Party Convention              Common name
Q11.0     [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Common name
          - Comic-Con                               Brand name
```

```
RESPID   1238                          PSID: 06XT1049026291J0MR0V
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Common name
           - Comic-Con                         Brand name


RESPID   1239                          PSID: R6O11049036841DANWLQ
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Brand name
           - Comic-Con                         Common name


RESPID   1240                          PSID: 1FY11049040911VCNQFQ
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0    [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Common name
           - Comic-Con                         Brand name
```

**EXHIBIT 7, PAGE 217**

```
RESPID    1241                           PSID: P61O1049047331JPHGCommon name
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
              - Coke                                 Brand name
              - Jello                                Brand name
              - Refrigerator                         Common name
              - Margarine                            Common name
              - American Airlines                    Brand name
              - Gas Station                          Common name
              - Democratic National Convention       Brand name
              - Political Party Convention           Common name
Q11.0     [Brand name or common name]
              - Convention Center                    Common name
              - Anime Expo                           Common name
              - Comic-Con                            Brand name


RESPID    1242                           PSID: JBZ31049050387SUQ009
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
              - Coke                                 Brand name
              - Jello                                Brand name
              - Refrigerator                         Common name
              - Margarine                            Common name
              - American Airlines                    Brand name
              - Gas Station                          Common name
              - Democratic National Convention       Brand name
              - Political Party Convention           Brand name
Q11.0     [Brand name or common name]
              - Convention Center                    Common name
              - Anime Expo                           Brand name
              - Comic-Con                            Brand name


RESPID    1243                           PSID: UGDV1049082899E9EI0Q
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
              - Coke                                 Brand name
              - Jello                                Brand name
              - Refrigerator                         Common name
              - Margarine                            Common name
              - American Airlines                    Brand name
              - Gas Station                          Common name
              - Democratic National Convention       Don't know
              - Political Party Convention           Common name
Q11.0     [Brand name or common name]
              - Convention Center                    Common name
              - Anime Expo                           Brand name
              - Comic-Con                            Brand name
```

```
RESPID    1244                              PSID: 3YQ61049049092FMNTWK
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Common name
            - Political Party Convention             Common name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Common name
            - Comic-Con                              Brand name


RESPID    1245                              PSID: 3EXN1049106580FC1LBE
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Common name
            - Refrigerator                           Brand name
            - Margarine                              Brand name
            - American Airlines                      Common name
            - Gas Station                            Brand name
            - Democratic National Convention         Common name
            - Political Party Convention             Brand name
Q11.0     [Brand name or common name]
            - Convention Center                      Brand name
            - Anime Expo                             Common name
            - Comic-Con                              Brand name


RESPID    1246                              PSID: B1Y41049113261XVHXUR
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Common name
Q11.0     [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name
```

```
RESPID   1247                              PSID: AP5W1049114279AD7LAK
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Brand name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Common name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Common name


RESPID   1248                              PSID: L9QQ1049120499O9X5H3
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name


RESPID   1249                              PSID: 40291049120395F72EEG
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Common name
```

B-84

```
RESPID   1250                              PSID: FFGD1049122123BS2YDD
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Don't know
           - Comic-Con                               Brand name


RESPID   1251                              PSID: VVZ61049126430Q2GQ07
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Brand name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1252                              PSID: 8Q1R1049130357JRGH6R
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Don't know
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

```
RESPID    1253                              PSID: T5M71049132475UVHIBW
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Brand name


RESPID    1254                              PSID: OU0T1049138936DFXCFS
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Don't know
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID    1255                              PSID: HBOG1049141840N2UVVF
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                    Don't know
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name
```

```
RESPID   1256                         PSID: M7CJ1049142481Z453FH
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Common name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Brand name
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Brand name
           - Comic-Con                          Brand name


RESPID   1257                         PSID: N9AN1049145226DW16CD
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Brand name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Brand name
           - Political Party Convention         Common name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Common name
           - Comic-Con                          Brand name


RESPID   1258                         PSID: IVLE1049149042SERYW3
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                               Brand name
           - Jello                              Common name
           - Refrigerator                       Common name
           - Margarine                          Common name
           - American Airlines                  Brand name
           - Gas Station                        Common name
           - Democratic National Convention     Brand name
           - Political Party Convention         Brand name
Q11.0    [Brand name or common name]
           - Convention Center                  Common name
           - Anime Expo                         Common name
           - Comic-Con                          Brand name
```

```
RESPID   1259                          PSID: 7DRW1049150726VF95IE
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: South
Q10.0   [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Brand name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention          Common name
          - Political Party Convention              Common name
Q11.0   [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Common name
          - Comic-Con                               Common name


RESPID   1260                          PSID: WCG21049158929U00LCC
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Common name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention          Brand name
          - Political Party Convention              Common name
Q11.0   [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Brand name
          - Comic-Con                               Brand name


RESPID   1261                          PSID: 81891049160997UTB1AY
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
          - Coke                                    Brand name
          - Jello                                   Brand name
          - Refrigerator                            Common name
          - Margarine                               Common name
          - American Airlines                       Brand name
          - Gas Station                             Common name
          - Democratic National Convention          Brand name
          - Political Party Convention              Common name
Q11.0   [Brand name or common name]
          - Convention Center                       Common name
          - Anime Expo                              Brand name
          - Comic-Con                               Brand name
```

```
RESPID   1262                          PSID: 17S51049164494W803TE
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                 Brand name
         - Jello                                Common name
         - Refrigerator                         Common name
         - Margarine                            Common name
         - American Airlines                    Common name
         - Gas Station                          Common name
         - Democratic National Convention       Don't know
         - Political Party Convention           Don't know
Q11.0    [Brand name or common name]
         - Convention Center                    Common name
         - Anime Expo                           Common name
         - Comic-Con                            Brand name


RESPID   1263                          PSID: QSTH1049171212BRR9P3
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
         - Coke                                 Brand name
         - Jello                                Brand name
         - Refrigerator                         Common name
         - Margarine                            Common name
         - American Airlines                    Brand name
         - Gas Station                          Common name
         - Democratic National Convention       Common name
         - Political Party Convention           Common name
Q11.0    [Brand name or common name]
         - Convention Center                    Common name
         - Anime Expo                           Common name
         - Comic-Con                            Common name


RESPID   1264                          PSID: QBMH1049170298VPM3ED
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
         - Coke                                 Brand name
         - Jello                                Common name
         - Refrigerator                         Common name
         - Margarine                            Common name
         - American Airlines                    Brand name
         - Gas Station                          Common name
         - Democratic National Convention       Brand name
         - Political Party Convention           Common name
Q11.0    [Brand name or common name]
         - Convention Center                    Common name
         - Anime Expo                           Common name
         - Comic-Con                            Brand name
```

```
RESPID    1265                          PSID: VRGD1049188152PFX5MB
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Common name


RESPID    1266                          PSID: 7ZLQ1049205321W1YEHE
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Brand name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Brand name
            - Comic-Con                               Brand name


RESPID    1267                          PSID: GIHO1049222592R5RX8K
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: Northeast
Q10.0     [Brand name or common name]
            - Coke                                    Brand name
            - Jello                                   Brand name
            - Refrigerator                            Common name
            - Margarine                               Common name
            - American Airlines                       Brand name
            - Gas Station                             Common name
            - Democratic National Convention          Brand name
            - Political Party Convention              Common name
Q11.0     [Brand name or common name]
            - Convention Center                       Common name
            - Anime Expo                              Common name
            - Comic-Con                               Brand name
```

```
RESPID  1268                              PSID: FJ6Z1049226493SMGRAI
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Don't know
Q11.0   [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Don't know
            - Comic-Con                           Brand name


RESPID  1269                              PSID: TNDK1049230659L5QQ24
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Common name
            - Political Party Convention          Common name
Q11.0   [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name


RESPID  1270                              PSID: YYR21049238429CI1BE7
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Don't know
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0   [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name
```

```
RESPID   1271                          PSID: CBOR1049182884SN5WPO
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
         - Coke                                 Brand name
         - Jello                                Brand name
         - Refrigerator                         Common name
         - Margarine                            Common name
         - American Airlines                    Brand name
         - Gas Station                          Common name
         - Democratic National Convention       Brand name
         - Political Party Convention           Common name
Q11.0    [Brand name or common name]
         - Convention Center                    Common name
         - Anime Expo                           Brand name
         - Comic-Con                            Brand name


RESPID   1272                          PSID: 4HAW1049253350ZF4Y5L
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                 Brand name
         - Jello                                Brand name
         - Refrigerator                         Common name
         - Margarine                            Common name
         - American Airlines                    Brand name
         - Gas Station                          Common name
         - Democratic National Convention       Brand name
         - Political Party Convention           Common name
Q11.0    [Brand name or common name]
         - Convention Center                    Brand name
         - Anime Expo                           Brand name
         - Comic-Con                            Brand name


RESPID   1273                          PSID: MYVU1049260818JSGS75
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
         - Coke                                 Brand name
         - Jello                                Brand name
         - Refrigerator                         Common name
         - Margarine                            Common name
         - American Airlines                    Brand name
         - Gas Station                          Common name
         - Democratic National Convention       Brand name
         - Political Party Convention           Common name
Q11.0    [Brand name or common name]
         - Convention Center                    Common name
         - Anime Expo                           Brand name
         - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 228**

```
RESPID   1274                          PSID: SV9N1049281228M7SNZI
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
          - Coke                               Brand name
          - Jello                              Brand name
          - Refrigerator                       Common name
          - Margarine                          Common name
          - American Airlines                  Brand name
          - Gas Station                        Common name
          - Democratic National Convention     Common name
          - Political Party Convention         Common name
Q11.0   [Brand name or common name]
          - Convention Center                  Common name
          - Anime Expo                         Common name
          - Comic-Con                          Brand name


RESPID   1275                          PSID: 5WXY1049285646KYPOGB
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
          - Coke                               Brand name
          - Jello                              Common name
          - Refrigerator                       Common name
          - Margarine                          Common name
          - American Airlines                  Brand name
          - Gas Station                        Common name
          - Democratic National Convention     Brand name
          - Political Party Convention         Common name
Q11.0   [Brand name or common name]
          - Convention Center                  Common name
          - Anime Expo                         Common name
          - Comic-Con                          Common name


RESPID   1276                          PSID: CZJ31049281612RAVSU4
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
          - Coke                               Brand name
          - Jello                              Brand name
          - Refrigerator                       Common name
          - Margarine                          Common name
          - American Airlines                  Brand name
          - Gas Station                        Common name
          - Democratic National Convention     Brand name
          - Political Party Convention         Common name
Q11.0   [Brand name or common name]
          - Convention Center                  Common name
          - Anime Expo                         Don't know
          - Comic-Con                          Brand name
```

```
RESPID   1277                        PSID: PUSS1049296935V2C79B
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name


RESPID   1278                        PSID: HCN41049305156TMETFW
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Common name


RESPID   1279                        PSID: KFIT1049305290C4WN1J
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Brand name
           - American Airlines                   Common name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
           - Convention Center                   Brand name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name
```

```
RESPID   1280                          PSID: HVYZ1049307094X9Y5L6
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                               Brand name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Brand name
            - American Airlines                  Brand name
            - Gas Station                        Common name
            - Democratic National Convention     Brand name
            - Political Party Convention         Brand name
Q11.0    [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Common name
            - Comic-Con                          Common name


RESPID   1281                          PSID: 6GU21049308035RDC6HH
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                               Brand name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Brand name
            - Gas Station                        Common name
            - Democratic National Convention     Brand name
            - Political Party Convention         Common name
Q11.0    [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Common name
            - Comic-Con                          Brand name


RESPID   1282                          PSID: EUA01049309514TE28DZ
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                               Brand name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Brand name
            - Gas Station                        Common name
            - Democratic National Convention     Brand name
            - Political Party Convention         Common name
Q11.0    [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Don't know
            - Comic-Con                          Brand name
```

**EXHIBIT 7, PAGE 231**

```
RESPID   1283                              PSID: SD2F1049310690VQ0HU7
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name


RESPID   1284                              PSID: HQJO1049316304QG9M16
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Common name


RESPID   1285                              PSID: OP4W1049314274B0BTJ5
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Common name
             - Political Party Convention              Common name
Q11.0    [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name
```

**EXHIBIT 7, PAGE 232**

```
RESPID   1286                           PSID: 20W51049341996MC6RZN
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name


RESPID   1287                           PSID: HI901049352315K2L6CD
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Brand name


RESPID   1288                           PSID: 55YK1049350879L2IPCO
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 233**

```
RESPID    1289                              PSID: T69E1049355914C3ORKJ
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0     [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name


RESPID    1290                              PSID: HUU81049353257JYXP7B
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Common name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Brand name
Q11.0     [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Common name
             - Comic-Con                               Brand name


RESPID    1291                              PSID: 6JFA1049368031S0F8F8
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Brand name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0     [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name
```

```
RESPID   1292                        PSID: Y7ZS1049368812E6SAFN
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1293                        PSID: MFM11049353327SNP5OS
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1294                        PSID: 5PHP1049379023FS2IQ5
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Brand name
           - Margarine                               Brand name
           - American Airlines                       Common name
           - Gas Station                             Brand name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Brand name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

**EXHIBIT 7, PAGE 235**

```
RESPID   1295                              PSID: IZHM1049380565RXLQTY
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1296                              PSID: X9UH1049385394DX2NKO
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1297                              PSID: 4N0G1049389530Q7RFF1
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

```
RESPID   1298                          PSID: D17U1049400027X8N1AW
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
             - Coke                                Common name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Common name
             - Political Party Convention          Common name
Q11.0    [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Common name
             - Comic-Con                           Brand name


RESPID   1299                          PSID: LRMZ1049398438DYSARU
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Brand name
             - Political Party Convention          Common name
Q11.0    [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Brand name
             - Comic-Con                           Brand name


RESPID   1300                          PSID: P8571049399906RFTDSV
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                                Brand name
             - Jello                               Brand name
             - Refrigerator                        Common name
             - Margarine                           Common name
             - American Airlines                   Brand name
             - Gas Station                         Common name
             - Democratic National Convention      Brand name
             - Political Party Convention          Common name
Q11.0    [Brand name or common name]
             - Convention Center                   Common name
             - Anime Expo                          Common name
             - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 237**

```
RESPID   1301                          PSID: CCDG1049407998UB9GY4
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                             Brand name
             - Jello                            Brand name
             - Refrigerator                     Common name
             - Margarine                        Common name
             - American Airlines                Brand name
             - Gas Station                      Common name
             - Democratic National Convention   Common name
             - Political Party Convention       Common name
Q11.0    [Brand name or common name]
             - Convention Center                Common name
             - Anime Expo                       Don't know
             - Comic-Con                        Brand name


RESPID   1302                          PSID: WT4L1049407814NV3EYD
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
             - Coke                             Brand name
             - Jello                            Brand name
             - Refrigerator                     Common name
             - Margarine                        Common name
             - American Airlines                Brand name
             - Gas Station                      Common name
             - Democratic National Convention   Brand name
             - Political Party Convention       Common name
Q11.0    [Brand name or common name]
             - Convention Center                Common name
             - Anime Expo                       Common name
             - Comic-Con                        Brand name


RESPID   1303                          PSID: UHS51049406893MLAFAN
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
             - Coke                             Common name
             - Jello                            Common name
             - Refrigerator                     Common name
             - Margarine                        Common name
             - American Airlines                Brand name
             - Gas Station                      Common name
             - Democratic National Convention   Don't know
             - Political Party Convention       Don't know
Q11.0    [Brand name or common name]
             - Convention Center                Common name
             - Anime Expo                       Common name
             - Comic-Con                        Brand name
```

```
RESPID   1304                              PSID: MYU21049414165GANM6D
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Common name
Q11.0    [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name


RESPID   1305                              PSID: Q7GP1049414703KLZXN9
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Brand name
              - Comic-Con                           Brand name


RESPID   1306                              PSID: NL4Z1049422556LKHPQA
Q1.0     Gender: Male
Q1.1     Age: 35 to 54
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
              - Coke                                Brand name
              - Jello                               Brand name
              - Refrigerator                        Common name
              - Margarine                           Common name
              - American Airlines                   Brand name
              - Gas Station                         Common name
              - Democratic National Convention      Brand name
              - Political Party Convention          Common name
Q11.0    [Brand name or common name]
              - Convention Center                   Common name
              - Anime Expo                          Don't know
              - Comic-Con                           Brand name
```

```
RESPID    1307                          PSID: 95AT1049426888HQWTBS
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: Midwest
Q10.0     [Brand name or common name]
            - Coke                                 Common name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Brand name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name


RESPID    1308                          PSID: D6YY1049428630K9EDUI
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Don't know
            - Comic-Con                            Brand name


RESPID    1309                          PSID: YR051049431376I0TIJI
Q1.0      Gender: Male
Q1.1      Age: 35 to 54
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 240**

```
RESPID    1310                          PSID: DFAZ1049432595MHTGOS
Q1.0    Gender: Male
Q1.1    Age: 35 to 54
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Common name
            - Refrigerator                      Brand name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Brand name
            - Democratic National Convention    Common name
            - Political Party Convention        Common name
Q11.0   [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Common name


RESPID    1311                          PSID: J2RX1049452161MKZNYZ
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Brand name
Q11.0   [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID    1312                          PSID: IJRO1049464024AQXY34
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                              Common name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Common name
            - Political Party Convention        Common name
Q11.0   [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name
```

**EXHIBIT 7, PAGE 241**

```
RESPID   1313                          PSID: OSIP1049476095O2G02P
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Brand name
           - Comic-Con                            Common name


RESPID   1314                          PSID: OBV41049477649L3E77K
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Common name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Brand name
           - Comic-Con                            Brand name


RESPID   1315                          PSID: XEXG1049544946T4AGWG
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                 Brand name
           - Jello                                Brand name
           - Refrigerator                         Common name
           - Margarine                            Common name
           - American Airlines                    Brand name
           - Gas Station                          Common name
           - Democratic National Convention       Brand name
           - Political Party Convention           Brand name
Q11.0    [Brand name or common name]
           - Convention Center                    Common name
           - Anime Expo                           Brand name
           - Comic-Con                            Brand name
```

```
RESPID   1316                          PSID: Z2V91049551210WV2JDN
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Common name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Common name
            - Political Party Convention          Common name
Q11.0   [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Common name


RESPID   1317                          PSID: RC0K1049565180F2EN0W
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                                Common name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Brand name
Q11.0   [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name


RESPID   1318                          PSID: 1IWB1049644133VDDPJD
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                                Common name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Common name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Common name
            - Political Party Convention          Common name
Q11.0   [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name
```

```
RESPID   1319                          PSID: ODBV1049887496LXVVZQ
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Common name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID   1320                          PSID: FF3I1049905111YW0DOW
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Don't know
            - Political Party Convention        Don't know
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name


RESPID   1321                          PSID: N50H1049985255MKWBDT
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                              Brand name
            - Jello                             Brand name
            - Refrigerator                      Common name
            - Margarine                         Common name
            - American Airlines                 Brand name
            - Gas Station                       Common name
            - Democratic National Convention    Brand name
            - Political Party Convention        Brand name
Q11.0    [Brand name or common name]
            - Convention Center                 Common name
            - Anime Expo                        Brand name
            - Comic-Con                         Brand name
```

```
RESPID   1322                        PSID: EP0N1050047438J98SI5
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
          - Coke                                 Brand name
          - Jello                                Brand name
          - Refrigerator                         Common name
          - Margarine                            Common name
          - American Airlines                    Brand name
          - Gas Station                          Common name
          - Democratic National Convention       Brand name
          - Political Party Convention           Brand name
Q11.0   [Brand name or common name]
          - Convention Center                    Common name
          - Anime Expo                           Brand name
          - Comic-Con                            Brand name


RESPID   1323                        PSID: RRVZ1050045387SEXIY9
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
          - Coke                                 Brand name
          - Jello                                Brand name
          - Refrigerator                         Common name
          - Margarine                            Common name
          - American Airlines                    Brand name
          - Gas Station                          Common name
          - Democratic National Convention       Common name
          - Political Party Convention           Common name
Q11.0   [Brand name or common name]
          - Convention Center                    Brand name
          - Anime Expo                           Brand name
          - Comic-Con                            Brand name


RESPID   1324                        PSID: TADW1050059956ZIO55S
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
          - Coke                                 Brand name
          - Jello                                Common name
          - Refrigerator                         Common name
          - Margarine                            Brand name
          - American Airlines                    Brand name
          - Gas Station                          Common name
          - Democratic National Convention       Brand name
          - Political Party Convention           Common name
Q11.0   [Brand name or common name]
          - Convention Center                    Common name
          - Anime Expo                           Common name
          - Comic-Con                            Brand name
```

**EXHIBIT 7, PAGE 245**

```
RESPID   1325                        PSID: ZWAO1050063103AVX9O6
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
         - Coke                                  Common name
         - Jello                                 Brand name
         - Refrigerator                          Common name
         - Margarine                             Common name
         - American Airlines                     Brand name
         - Gas Station                           Common name
         - Democratic National Convention        Common name
         - Political Party Convention            Don't know
Q11.0    [Brand name or common name]
         - Convention Center                     Common name
         - Anime Expo                            Brand name
         - Comic-Con                             Brand name


RESPID   1326                        PSID: SYCR1050179653U4XBIN
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                  Brand name
         - Jello                                 Brand name
         - Refrigerator                          Common name
         - Margarine                             Common name
         - American Airlines                     Brand name
         - Gas Station                           Common name
         - Democratic National Convention        Brand name
         - Political Party Convention            Brand name
Q11.0    [Brand name or common name]
         - Convention Center                     Common name
         - Anime Expo                            Don't know
         - Comic-Con                             Brand name


RESPID   1327                        PSID: 3D5B1050208826J5Y9UE
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
         - Coke                                  Brand name
         - Jello                                 Common name
         - Refrigerator                          Common name
         - Margarine                             Common name
         - American Airlines                     Brand name
         - Gas Station                           Common name
         - Democratic National Convention        Brand name
         - Political Party Convention            Common name
Q11.0    [Brand name or common name]
         - Convention Center                     Common name
         - Anime Expo                            Brand name
         - Comic-Con                             Brand name
```

```
RESPID   1328                          PSID: K7J21050210176XZ812O
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                Common name
           - Jello                               Common name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name


RESPID   1329                          PSID: LOGA1050220759ESI9ZH
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Common name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Don't know
           - Comic-Con                           Brand name


RESPID   1330                          PSID: MKQ11050250695BV7V08
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Brand name
```

```
RESPID    1331                          PSID: ZY2Y1050256852L6AJK7
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
            - Coke                                 Common name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Brand name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Brand name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name


RESPID    1332                          PSID: X99G1050271925ZJFT7Y
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Brand name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Common name
            - Comic-Con                            Brand name


RESPID    1333                          PSID: CPHH1050277167G8IBOF
Q1.0      Gender: Female
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
            - Coke                                 Brand name
            - Jello                                Brand name
            - Refrigerator                         Common name
            - Margarine                            Common name
            - American Airlines                    Brand name
            - Gas Station                          Common name
            - Democratic National Convention       Common name
            - Political Party Convention           Common name
Q11.0     [Brand name or common name]
            - Convention Center                    Common name
            - Anime Expo                           Brand name
            - Comic-Con                            Brand name
```

```
RESPID   1334                          PSID: 99991050277466LB5QK8
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Common name


RESPID   1335                          PSID: GSVI1050284173K3YXIK
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Common name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Common name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Brand name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1336                          PSID: THJZ1050300183Z55DD1
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Brand name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name
```

**EXHIBIT 7, PAGE 249**

```
RESPID   1337                              PSID: NRLU1050300766W3KEJ9
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1338                              PSID: W13S1050324000VU0DCJ
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Brand name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name


RESPID   1339                              PSID: 35VB1050361511H1WYWS
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Common name
           - Comic-Con                               Brand name
```

B-114

```
RESPID   1340                        PSID: 4SAJ1050379932EBUQ0J
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
          - Coke                                  Brand name
          - Jello                                 Brand name
          - Refrigerator                          Common name
          - Margarine                             Common name
          - American Airlines                     Brand name
          - Gas Station                           Common name
          - Democratic National Convention        Brand name
          - Political Party Convention            Common name
Q11.0   [Brand name or common name]
          - Convention Center                     Common name
          - Anime Expo                            Brand name
          - Comic-Con                             Brand name


RESPID   1341                        PSID: K4HH1050391453PXJKDL
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
          - Coke                                  Brand name
          - Jello                                 Brand name
          - Refrigerator                          Common name
          - Margarine                             Common name
          - American Airlines                     Brand name
          - Gas Station                           Common name
          - Democratic National Convention        Common name
          - Political Party Convention            Common name
Q11.0   [Brand name or common name]
          - Convention Center                     Common name
          - Anime Expo                            Common name
          - Comic-Con                             Brand name


RESPID   1342                        PSID: 04PM1050396514X91OYJ
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
          - Coke                                  Brand name
          - Jello                                 Common name
          - Refrigerator                          Common name
          - Margarine                             Common name
          - American Airlines                     Brand name
          - Gas Station                           Brand name
          - Democratic National Convention        Brand name
          - Political Party Convention            Brand name
Q11.0   [Brand name or common name]
          - Convention Center                     Brand name
          - Anime Expo                            Common name
          - Comic-Con                             Brand name
```

B-115

```
RESPID   1343                        PSID: VDD41050405830T7512N
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Don't know
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1344                        PSID: DW6J1050417991HPV1TZ
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Common name
           - Refrigerator                          Common name
           - Margarine                             Brand name
           - American Airlines                     Common name
           - Gas Station                           Brand name
           - Democratic National Convention        Brand name
           - Political Party Convention            Brand name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1345                        PSID: K1Z91050438976AMH3QS
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name
```

```
RESPID  1346                          PSID: C5DD1050458734FH46P5
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
          - Coke                                Brand name
          - Jello                               Brand name
          - Refrigerator                        Common name
          - Margarine                           Common name
          - American Airlines                   Brand name
          - Gas Station                         Common name
          - Democratic National Convention      Brand name
          - Political Party Convention          Brand name
Q11.0   [Brand name or common name]
          - Convention Center                   Common name
          - Anime Expo                          Brand name
          - Comic-Con                           Brand name


RESPID  1347                          PSID: VT9O1050458761GLQAFemale
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
          - Coke                                Brand name
          - Jello                               Brand name
          - Refrigerator                        Common name
          - Margarine                           Common name
          - American Airlines                   Brand name
          - Gas Station                         Common name
          - Democratic National Convention      Brand name
          - Political Party Convention          Common name
Q11.0   [Brand name or common name]
          - Convention Center                   Common name
          - Anime Expo                          Don't know
          - Comic-Con                           Brand name


RESPID  1348                          PSID: ES0I1050480158N9GYWest
Q1.0    Gender: Female
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
          - Coke                                Brand name
          - Jello                               Brand name
          - Refrigerator                        Common name
          - Margarine                           Common name
          - American Airlines                   Brand name
          - Gas Station                         Common name
          - Democratic National Convention      Brand name
          - Political Party Convention          Common name
Q11.0   [Brand name or common name]
          - Convention Center                   Common name
          - Anime Expo                          Don't know
          - Comic-Con                           Brand name
```

**EXHIBIT 7, PAGE 253**

```
RESPID   1349                          PSID: 7N991050528598OAA0FC
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Brand name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name


RESPID   1350                          PSID: 8TBO1050527401SNFVYX
Q1.0     Gender: Female
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Don't know
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Common name
           - Comic-Con                              Brand name


RESPID   1351                          PSID: MSJJ1050655059SRA239
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Brand name
           - Anime Expo                             Common name
           - Comic-Con                              Brand name
```

```
RESPID   1352                          PSID: UER11050876723G5LUKS
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
          - Coke                                   Brand name
          - Jello                                  Common name
          - Refrigerator                           Common name
          - Margarine                              Common name
          - American Airlines                      Brand name
          - Gas Station                            Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0   [Brand name or common name]
          - Convention Center                      Common name
          - Anime Expo                             Common name
          - Comic-Con                              Brand name


RESPID   1353                          PSID: T60I1051038929JAJCMB
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
          - Coke                                   Brand name
          - Jello                                  Brand name
          - Refrigerator                           Common name
          - Margarine                              Common name
          - American Airlines                      Brand name
          - Gas Station                            Common name
          - Democratic National Convention         Common name
          - Political Party Convention             Common name
Q11.0   [Brand name or common name]
          - Convention Center                      Brand name
          - Anime Expo                             Common name
          - Comic-Con                              Brand name


RESPID   1354                          PSID: OLTT1051475464CYN57U
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
          - Coke                                   Common name
          - Jello                                  Common name
          - Refrigerator                           Common name
          - Margarine                              Common name
          - American Airlines                      Brand name
          - Gas Station                            Brand name
          - Democratic National Convention         Common name
          - Political Party Convention             Brand name
Q11.0   [Brand name or common name]
          - Convention Center                      Common name
          - Anime Expo                             Common name
          - Comic-Con                              Common name
```

**EXHIBIT 7, PAGE 255**

```
RESPID   1355                          PSID: XSS31051498389I9ALIJ
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Brand name
           - Comic-Con                           Brand name


RESPID   1356                          PSID: UYZ61051519941TZ1U0T
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Brand name


RESPID   1357                          PSID: B9AB1051701886YO9VPT
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                Brand name
           - Jello                               Brand name
           - Refrigerator                        Common name
           - Margarine                           Common name
           - American Airlines                   Brand name
           - Gas Station                         Common name
           - Democratic National Convention      Brand name
           - Political Party Convention          Common name
Q11.0    [Brand name or common name]
           - Convention Center                   Common name
           - Anime Expo                          Common name
           - Comic-Con                           Brand name
```

```
RESPID   1358                          PSID: TODD1051905603URQK0O
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Common name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Brand name
Q11.0   [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name


RESPID   1359                          PSID: QWTT1051909186CYN2P8
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Common name
            - Political Party Convention            Common name
Q11.0   [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name


RESPID   1360                          PSID: 7CZR1052098449DMS64F
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Brand name
Q11.0   [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name
```

```
RESPID    1361                              PSID: 2QA51052436443FPCL0D
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: West
Q10.0     [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Common name
Q11.0     [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name


RESPID    1362                              PSID: QBUI1052472751YT9IHJ
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Brand name
             - Political Party Convention              Brand name
Q11.0     [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name


RESPID    1363                              PSID: 6RFG1052490872F7PL90
Q1.0      Gender: Male
Q1.1      Age: 18 to 34
Q2.0      Census region: South
Q10.0     [Brand name or common name]
             - Coke                                    Brand name
             - Jello                                   Brand name
             - Refrigerator                            Common name
             - Margarine                               Common name
             - American Airlines                       Brand name
             - Gas Station                             Common name
             - Democratic National Convention          Common name
             - Political Party Convention              Common name
Q11.0     [Brand name or common name]
             - Convention Center                       Common name
             - Anime Expo                              Brand name
             - Comic-Con                               Brand name
```

```
RESPID   1364                        PSID: 1UXT1052572416EJITUA
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Don't know
           - Comic-Con                             Brand name


RESPID   1365                        PSID: L86E1052689558F82UFX
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Brand name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Brand name
           - Comic-Con                             Brand name


RESPID   1366                        PSID: 3FBK1052709000PKI7B9
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                  Brand name
           - Jello                                 Brand name
           - Refrigerator                          Common name
           - Margarine                             Common name
           - American Airlines                     Brand name
           - Gas Station                           Common name
           - Democratic National Convention        Common name
           - Political Party Convention            Common name
Q11.0    [Brand name or common name]
           - Convention Center                     Common name
           - Anime Expo                            Common name
           - Comic-Con                             Brand name
```

B-123

```
RESPID   1367                              PSID: OMTI1052899973YKY3TT
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Don't know
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Don't know
           - Comic-Con                               Brand name


RESPID   1368                              PSID: ESHS1052954585D7AIDY
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Don't know
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1369                              PSID: 1XFB1053035909H2FJ0K
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

```
RESPID   1370                           PSID: SWLT1053086796RBWG7U
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
         - Coke                                Common name
         - Jello                               Common name
         - Refrigerator                        Common name
         - Margarine                           Common name
         - American Airlines                   Brand name
         - Gas Station                         Common name
         - Democratic National Convention      Brand name
         - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
         - Convention Center                   Brand name
         - Anime Expo                          Brand name
         - Comic-Con                           Brand name


RESPID   1371                           PSID: NBX51053085513BLX6XR
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
         - Coke                                Brand name
         - Jello                               Brand name
         - Refrigerator                        Common name
         - Margarine                           Common name
         - American Airlines                   Brand name
         - Gas Station                         Common name
         - Democratic National Convention      Brand name
         - Political Party Convention          Common name
Q11.0    [Brand name or common name]
         - Convention Center                   Common name
         - Anime Expo                          Common name
         - Comic-Con                           Brand name


RESPID   1372                           PSID: GLI31053223859QBL7ES
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
         - Coke                                Brand name
         - Jello                               Brand name
         - Refrigerator                        Common name
         - Margarine                           Common name
         - American Airlines                   Brand name
         - Gas Station                         Common name
         - Democratic National Convention      Brand name
         - Political Party Convention          Common name
Q11.0    [Brand name or common name]
         - Convention Center                   Common name
         - Anime Expo                          Brand name
         - Comic-Con                           Brand name
```

```
RESPID   1373                          PSID: YEWI1053235873EK3L89
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Don't know
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Common name
Q11.0    [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Common name


RESPID   1374                          PSID: Z5EU1053235655CYAOWM
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                                Don't know
            - Jello                               Common name
            - Refrigerator                        Brand name
            - Margarine                           Common name
            - American Airlines                   Common name
            - Gas Station                         Brand name
            - Democratic National Convention      Don't know
            - Political Party Convention          Don't know
Q11.0    [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Common name
            - Comic-Con                           Common name


RESPID   1375                          PSID: DVCG1053294890UMPGPO
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
            - Coke                                Brand name
            - Jello                               Brand name
            - Refrigerator                        Common name
            - Margarine                           Brand name
            - American Airlines                   Brand name
            - Gas Station                         Common name
            - Democratic National Convention      Brand name
            - Political Party Convention          Brand name
Q11.0    [Brand name or common name]
            - Convention Center                   Common name
            - Anime Expo                          Brand name
            - Comic-Con                           Brand name
```

```
RESPID   1376                           PSID: Q5QH1053342019GDUO8D
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Don't know
           - Political Party Convention             Don't know
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Common name


RESPID   1377                           PSID: DQ5A1053506233NY10IB
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: South
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name


RESPID   1378                           PSID: QPUB1053611875TR800Q
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Brand name
           - Comic-Con                              Brand name
```

**EXHIBIT 7, PAGE 263**

```
RESPID   1379                          PSID: NRQ81053630576FAP42C
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: South
Q10.0   [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Common name
            - Refrigerator                          Common name
            - Margarine                             Brand name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0   [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name


RESPID   1380                          PSID: XNOC1053967833BCPM8J
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Common name
            - Refrigerator                          Common name
            - Margarine                             Common name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0   [Brand name or common name]
            - Convention Center                     Brand name
            - Anime Expo                            Common name
            - Comic-Con                             Brand name


RESPID   1381                          PSID: NI1O1054021988W4OQ4P
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
            - Coke                                  Brand name
            - Jello                                 Brand name
            - Refrigerator                          Common name
            - Margarine                             Brand name
            - American Airlines                     Brand name
            - Gas Station                           Common name
            - Democratic National Convention        Brand name
            - Political Party Convention            Common name
Q11.0   [Brand name or common name]
            - Convention Center                     Common name
            - Anime Expo                            Brand name
            - Comic-Con                             Brand name
```

B-128

```
RESPID  1382                              PSID: PHNS1054151220PLX6VS
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
          - Coke                                  Brand name
          - Jello                                 Brand name
          - Refrigerator                          Common name
          - Margarine                             Common name
          - American Airlines                     Common name
          - Gas Station                           Common name
          - Democratic National Convention        Brand name
          - Political Party Convention            Common name
Q11.0   [Brand name or common name]
          - Convention Center                     Brand name
          - Anime Expo                            Common name
          - Comic-Con                             Common name


RESPID  1383                              PSID: GFER1054219774SI76XU
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: West
Q10.0   [Brand name or common name]
          - Coke                                  Brand name
          - Jello                                 Common name
          - Refrigerator                          Common name
          - Margarine                             Common name
          - American Airlines                     Brand name
          - Gas Station                           Common name
          - Democratic National Convention        Brand name
          - Political Party Convention            Brand name
Q11.0   [Brand name or common name]
          - Convention Center                     Brand name
          - Anime Expo                            Brand name
          - Comic-Con                             Brand name


RESPID  1384                              PSID: XHNA1054222347Y7JEMS
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Midwest
Q10.0   [Brand name or common name]
          - Coke                                  Brand name
          - Jello                                 Brand name
          - Refrigerator                          Common name
          - Margarine                             Common name
          - American Airlines                     Brand name
          - Gas Station                           Common name
          - Democratic National Convention        Brand name
          - Political Party Convention            Common name
Q11.0   [Brand name or common name]
          - Convention Center                     Common name
          - Anime Expo                            Brand name
          - Comic-Con                             Brand name
```

```
RESPID   1385                              PSID: 62GV1054408442JV2EIL
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Don't know
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Don't know
           - Comic-Con                               Don't know


RESPID   1386                              PSID: JPH31054528180SLN972
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Common name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Brand name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1387                              PSID: CSP51054584144R0GQ5M
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Don't know
           - Comic-Con                               Brand name
```

```
RESPID   1388                              PSID: CS6I1054705759IKSTFI
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Northeast
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Common name
           - Comic-Con                              Brand name


RESPID   1389                              PSID: 94BY1054715122SVZJII
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                   Common name
           - Jello                                  Common name
           - Refrigerator                           Common name
           - Margarine                              Common name
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Common name
           - Political Party Convention             Brand name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Common name
           - Comic-Con                              Brand name


RESPID   1390                              PSID: 6A2P1054720273WP6QOC
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                   Brand name
           - Jello                                  Brand name
           - Refrigerator                           Common name
           - Margarine                              Don't know
           - American Airlines                      Brand name
           - Gas Station                            Common name
           - Democratic National Convention         Brand name
           - Political Party Convention             Common name
Q11.0    [Brand name or common name]
           - Convention Center                      Common name
           - Anime Expo                             Don't know
           - Comic-Con                              Brand name
```

**EXHIBIT 7, PAGE 267**

```
RESPID   1391                          PSID: L2AH1054733755YVKXF4
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                               Brand name
            - Jello                              Brand name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Brand name
            - Gas Station                        Common name
            - Democratic National Convention     Brand name
            - Political Party Convention         Common name
Q11.0    [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Common name
            - Comic-Con                          Brand name


RESPID   1392                          PSID: QG011054727254ECZ2SY
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                               Common name
            - Jello                              Common name
            - Refrigerator                       Common name
            - Margarine                          Common name
            - American Airlines                  Brand name
            - Gas Station                        Brand name
            - Democratic National Convention     Brand name
            - Political Party Convention         Brand name
Q11.0    [Brand name or common name]
            - Convention Center                  Common name
            - Anime Expo                         Brand name
            - Comic-Con                          Brand name


RESPID   1393                          PSID: Z18N1054761044EO9CAV
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                               Common name
            - Jello                              Common name
            - Refrigerator                       Common name
            - Margarine                          Brand name
            - American Airlines                  Brand name
            - Gas Station                        Brand name
            - Democratic National Convention     Brand name
            - Political Party Convention         Brand name
Q11.0    [Brand name or common name]
            - Convention Center                  Brand name
            - Anime Expo                         Brand name
            - Comic-Con                          Brand name
```

```
RESPID  1394                          PSID: NJT91054764962BEHL67
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0   [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Common name
           - Comic-Con                         Brand name


RESPID  1395                          PSID: TO5U1054790077A5TIN2
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Brand name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Common name
           - Political Party Convention        Brand name
Q11.0   [Brand name or common name]
           - Convention Center                 Brand name
           - Anime Expo                        Brand name
           - Comic-Con                         Brand name


RESPID  1396                          PSID: UD7V1054795124TTSG17
Q1.0    Gender: Male
Q1.1    Age: 18 to 34
Q2.0    Census region: Northeast
Q10.0   [Brand name or common name]
           - Coke                              Brand name
           - Jello                             Brand name
           - Refrigerator                      Common name
           - Margarine                         Common name
           - American Airlines                 Brand name
           - Gas Station                       Common name
           - Democratic National Convention    Brand name
           - Political Party Convention        Common name
Q11.0   [Brand name or common name]
           - Convention Center                 Common name
           - Anime Expo                        Common name
           - Comic-Con                         Brand name
```

```
RESPID   1397                          PSID: V48I1054798388JQ6F84
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1398                          PSID: GDGL1054801197USZMTW
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Brand name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name


RESPID   1399                          PSID: NMXH1054806242WTM56L
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
           - Coke                                    Brand name
           - Jello                                   Brand name
           - Refrigerator                            Common name
           - Margarine                               Common name
           - American Airlines                       Brand name
           - Gas Station                             Common name
           - Democratic National Convention          Common name
           - Political Party Convention              Common name
Q11.0    [Brand name or common name]
           - Convention Center                       Common name
           - Anime Expo                              Brand name
           - Comic-Con                               Brand name
```

```
RESPID   1400                          PSID: 8BSL1054805925PE1E7P
Q1.0   Gender: Male
Q1.1   Age: 18 to 34
Q2.0   Census region: West
Q10.0  [Brand name or common name]
          - Coke                                   Brand name
          - Jello                                  Brand name
          - Refrigerator                           Common name
          - Margarine                              Common name
          - American Airlines                      Brand name
          - Gas Station                            Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0  [Brand name or common name]
          - Convention Center                      Common name
          - Anime Expo                             Common name
          - Comic-Con                              Brand name


RESPID   1401                          PSID: QE3R1054819809MY31FP
Q1.0   Gender: Male
Q1.1   Age: 18 to 34
Q2.0   Census region: Midwest
Q10.0  [Brand name or common name]
          - Coke                                   Brand name
          - Jello                                  Brand name
          - Refrigerator                           Common name
          - Margarine                              Common name
          - American Airlines                      Brand name
          - Gas Station                            Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0  [Brand name or common name]
          - Convention Center                      Common name
          - Anime Expo                             Common name
          - Comic-Con                              Common name


RESPID   1402                          PSID: D6R11054821757G2CWPR
Q1.0   Gender: Male
Q1.1   Age: 18 to 34
Q2.0   Census region: West
Q10.0  [Brand name or common name]
          - Coke                                   Brand name
          - Jello                                  Brand name
          - Refrigerator                           Common name
          - Margarine                              Common name
          - American Airlines                      Brand name
          - Gas Station                            Common name
          - Democratic National Convention         Brand name
          - Political Party Convention             Common name
Q11.0  [Brand name or common name]
          - Convention Center                      Common name
          - Anime Expo                             Common name
          - Comic-Con                              Brand name
```

**EXHIBIT 7, PAGE 271**

```
RESPID   1403                          PSID: P1CG1054821892TSCR8H
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: Midwest
Q10.0    [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Common name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Common name
Q11.0    [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name


RESPID   1404                          PSID: 008R1054830524PSXNGU
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Brand name
            - Refrigerator                           Common name
            - Margarine                              Common name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Common name
Q11.0    [Brand name or common name]
            - Convention Center                      Brand name
            - Anime Expo                             Don't know
            - Comic-Con                              Brand name


RESPID   1405                          PSID: BLG91054839316V3KUWZ
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
            - Coke                                   Brand name
            - Jello                                  Common name
            - Refrigerator                           Common name
            - Margarine                              Brand name
            - American Airlines                      Brand name
            - Gas Station                            Common name
            - Democratic National Convention         Brand name
            - Political Party Convention             Brand name
Q11.0    [Brand name or common name]
            - Convention Center                      Common name
            - Anime Expo                             Brand name
            - Comic-Con                              Brand name
```

```
RESPID   1406                        PSID:  ZG2U1054907041RNFB6B
Q1.0     Gender: Male
Q1.1     Age: 18 to 34
Q2.0     Census region: West
Q10.0    [Brand name or common name]
          - Coke                                Brand name
          - Jello                               Brand name
          - Refrigerator                        Common name
          - Margarine                           Common name
          - American Airlines                   Brand name
          - Gas Station                         Common name
          - Democratic National Convention      Brand name
          - Political Party Convention          Common name
Q11.0    [Brand name or common name]
          - Convention Center                   Brand name
          - Anime Expo                          Common name
          - Comic-Con                           Common name
```

# Appendix C

APPENDIX C

SCREEN SHOTS



Today we have some questions about conventions. Please take a few moments to complete our questionnaire.

Continue

Select gender:

Select the option below that best matches your response.

⚪ Male
⚪ Female

Continue

Please enter your date of birth.

MONTH (MM)

DAY (DD)

YEAR (YYYY)

Continue

Please select the area of the country in which you reside:

Select the option below that best matches your response.

○ Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

○ Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

○ South (Alabama, Arkansas, DC, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

○ West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming)

○ Other

Continue

In the past year, have you attended any of the following:

Select an option for each item below.

| | Yes | No | Don't know |
|---|---|---|---|
| a convention for hobbyists and do-it-yourselfers? | ○ | ○ | ○ |
| a convention featuring animation, comic books, or popular arts? | ○ | ○ | ○ |
| a convention featuring vehicles or vehicle accessories? | ○ | ○ | ○ |
| a convention featuring electronics or technology? | ○ | ○ | ○ |

Continue

In the next year, are you likely to attend any of the following?

Select an option for each item below.

| | Yes | No | Don't know |
|---|---|---|---|
| a convention for hobbyists and do-it-yourselfers? | ○ | ○ | ○ |
| a convention featuring animation, comic books, or popular arts? | ○ | ○ | ○ |
| a convention featuring vehicles or vehicle accessories? | ○ | ○ | ○ |
| a convention featuring electronics or technology? | ○ | ○ | ○ |

Continue

What best describes the device you are using right now to read this survey?

Select the option below that best matches your response.

- ○ A desktop computer
- ○ A laptop/notebook computer
- ○ A tablet computer
- ○ An eBook reading device
- ○ A phone
- ○ Other

Continue

Do you, or does anyone else in your household, work for …

Select an option for each item below.

| | Yes | No |
|---|---|---|
| an advertising agency or a market research company? | ○ | ○ |
| an organization that puts on conventions that are open to the public? | ○ | ○ |

Continue

Do you agree to answer the questions in this survey by yourself without the help or assistance of anyone else?

Select the option below that best matches your response.

○ Yes
○ No

Continue

Do you agree to answer the questions in this survey without seeking information from any other source (e.g., will not conduct an internet search)?

Select the option below that best matches your response.

○ Yes
○ No

Continue

Do you usually wear contact lenses or eyeglasses when you use the device you are using right now?

Select the option below that best matches your response.

○ Yes
○ No

Continue

Do you agree to wear them during the rest of the questionnaire?

Select the option below that best matches your response.

○ Yes
○ No

Continue

Please select the number three from the following list in order to continue with the survey.

Select the option below that best matches your response.

- ○ One
- ○ Two
- ○ Three
- ○ Four

Continue

The research we are conducting today is on <u>brand names</u> and <u>common names</u>.

By a <u>brand name</u>, we mean a name like 'Bank of America' which is used by one company or organization; by a <u>common name</u>, we mean a name like 'safe deposit box' which is used by a number of different companies or organizations.

Continue

Now, if you were asked, "Do you understand the name 'National Football League' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

○ brand name

○ common name

○ other

[ Continue ]

Now, if you were asked, "Do you understand the name 'high school football' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

- ○ brand name
- ○ common name
- ○ other

Continue

For each of the following eight names, please indicate whether you understand the name to be a <u>brand name</u> used by one company or organization or a <u>common name</u> used by a number of different companies or organizations.

For any of the names, if you don't know, that is an acceptable answer.

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**COKE**

Select the option below that best matches your response.

○ Brand Name
○ Common Name
○ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**JELLO**

Select the option below that best matches your response.

- ○ Brand Name
- ○ Common Name
- ○ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**REFRIGERATOR**

Select the option below that best matches your response.

- ○ Brand Name
- ○ Common Name
- ○ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**MARGARINE**

Select the option below that best matches your response.

      ◯ Brand Name

      ◯ Common Name

      ◯ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**AMERICAN AIRLINES**

Select the option below that best matches your response.

○ Brand Name
○ Common Name
○ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**GAS STATION**

<span style="color:blue">Select the option below that best matches your response.</span>

○ Brand Name
○ Common Name
○ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**DEMOCRATIC NATIONAL CONVENTION**

Select the option below that best matches your response.

- ⦿ Brand Name
- ⦿ Common Name
- ⦿ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**POLITICAL PARTY CONVENTION**

Select the option below that best matches your response.

- ○ Brand Name
- ○ Common Name
- ○ Don't Know

Continue



Now with respect to conventions, for each of the following three names please indicate whether you understand each name to be a <u>brand name</u> or a <u>common name</u>.

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**CONVENTION CENTER**

○ Brand Name
○ Common Name
○ Don't Know

Continue

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**ANIME EXPO**

- ○ Brand Name
- ○ Common Name
- ○ Don't Know

[ Continue ]

Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>:

**COMIC-CON**

○ Brand Name
○ Common Name
○ Don't Know

Continue



Thank you for your time and participation.

Continue

# Appendix D

APPENDIX D

FINAL SAMPLE DISPOSITION REPORT


(A) Total Participants                                          5,273

(B) Completed Interviews                                          406

(C) Terminates (not qualified)                                 4,867
        Q1.1 Under 18 or age not verifiable                      916
        Q2.0 Census region – other                                17
        Q3.0/Q3.1 Have not attended convention/not likely
                to attend convention                           3,625
        Q4.0 Not using appropriate device                         73
        Q5.0 Employment restrictions                              52
        Q6.0 Did not agree to answer questions by self           10
        Q6.1 Did not agree to answer questions without
                seeking additional source                        --
        Q7.1 Did not agree to wear glasses/contact lenses        --
        Q8.0 Chose incorrect number                               4
        Q9.0 Unable to define brand name                         124
        Q9.1 Unable to define common brand name                  46

(D) Qualified Incompletes                                        --

(E) Total Responding                                           5,273


Qualification rate = (E-C)/(E)                                  7.70%

Completion rate = (B)/(B+D)                                   100.00%

Response rate = (E)/(A)                                       100.00%


D-1

**EXHIBIT 7, PAGE 307**

# Appendix E

APPENDIX E

SURVEY DATA FILE


DATA FILE IS ELECTRONICALLY
ATTACHED TO THIS PDF FILE



| QNUM | PSID | AGE | Q1_0 | Q1_1_M | Q1_1_D | Q1_1_Y | CALCYEAR | VERIFY_AGE | AGE_GROUPS | M18_34 | F18_34 | M35_54 | F35_54 | M55OVER | F55OVER | Q2_0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | ZKKH1030774367QY15WL | 58 | 1 | 3 | 3 | 1958 | 1958 | 0 | 4 | | | | | 1 | | 4 |
| 1002 | WWA21030773301ZMI7NW | 41 | 1 | 7 | 19 | 1974 | 1975 | 1 | 3 | | | 1 | | | | 2 |
| 1003 | W8Q11030773755TXDGNN | 33 | 2 | 1 | 1 | 1983 | 1983 | 0 | 2 | 1 | | | | | | 1 |
| 1004 | 258M1030774895SSRBG5 | 26 | 1 | 1 | 14 | 1990 | 1990 | 0 | 2 | 1 | | | | | | 4 |
| 1005 | DL5U1030778662SZLAZ8 | 27 | 2 | 3 | 29 | 1988 | 1989 | 1 | 2 | | 1 | | | | | 4 |
| 1006 | 0LVP1030787577DH5XWI | 36 | 1 | 4 | 11 | 1979 | 1980 | 1 | 3 | | | 1 | | | | 1 |
| 1007 | G9SS1030786224W1DMLW | 33 | 2 | 3 | 11 | 1983 | 1983 | 0 | 2 | | 1 | | | | | 3 |
| 1008 | DTGH1030787542Q08OXB | 41 | 1 | 12 | 19 | 1974 | 1975 | 1 | 3 | | | 1 | | | | 4 |
| 1009 | BOX21030791551FSQNFW | 45 | 1 | 12 | 4 | 1970 | 1971 | 1 | 3 | | | 1 | | | | 3 |
| 1010 | 546V1030793091WWCCYR | 45 | 1 | 6 | 5 | 1970 | 1971 | 1 | 3 | | | 1 | | | | 4 |
| 1011 | CVP41030794329VAO9B1 | 50 | 1 | 4 | 4 | 1965 | 1966 | 1 | 3 | | | 1 | | | | 2 |
| 1012 | 0L571030794544JTFYES | 29 | 2 | 10 | 28 | 1986 | 1987 | 1 | 2 | | 1 | | | | | 2 |
| 1013 | KTBE1030799482ESSOGK | 27 | 1 | 7 | 13 | 1988 | 1989 | 1 | 2 | 1 | | | | | | 1 |
| 1014 | QA1M1030809041IVUGT6 | 40 | 1 | 3 | 22 | 1975 | 1976 | 1 | 3 | | | 1 | | | | 1 |
| 1015 | TFKO1030815932IQRSMX | 24 | 2 | 5 | 3 | 1991 | 1992 | 1 | 2 | | 1 | | | | | 4 |
| 1016 | MFY71030812877ZFDLY1 | 41 | 1 | 5 | 5 | 1974 | 1975 | 1 | 3 | | | 1 | | | | 1 |
| 1017 | B21Y1030815426PK3R7K | 41 | 2 | 3 | 12 | 1976 | 1975 | -1 | 3 | | | | 1 | | | 3 |
| 1018 | V17J1030817831UDCR5G | 31 | 1 | 2 | 14 | 1984 | 1985 | 1 | 2 | 1 | | | | | | 2 |
| 1019 | L4S41030815331EAI7UJ | 46 | 1 | 11 | 7 | 1969 | 1970 | 1 | 3 | | | 1 | | | | 3 |
| 1020 | F0T11030822676AHPSGY | 24 | 2 | 2 | 9 | 1992 | 1992 | 0 | 2 | | 1 | | | | | 2 |
| 1021 | YXSG1030823621P9MJOE | 51 | 2 | 5 | 9 | 1964 | 1965 | 1 | 3 | | | | 1 | | | 1 |
| 1022 | 8WDL1030822459Q03Z60 | 70 | 1 | 5 | 7 | 1945 | 1946 | 1 | 4 | | | | | 1 | | 3 |
| 1023 | EJ2A1030823642MST1RU | 67 | 2 | 9 | 22 | 1948 | 1949 | 1 | 4 | | | | | | 1 | 3 |
| 1024 | OS5C1030822447UIZWWG | 57 | 2 | 8 | 1 | 1958 | 1959 | 1 | 4 | | | | | | 1 | 3 |
| 1025 | 5UK51030817499MCZ1NY | 49 | 2 | 5 | 6 | 1966 | 1967 | 1 | 3 | | | | 1 | | | 2 |
| 1026 | P6AH1030820414VAOP3R | 58 | 1 | 3 | 9 | 1958 | 1958 | 0 | 4 | | | | | 1 | | 3 |
| 1027 | 6BM11030825797ZXT2GA | 35 | 2 | 12 | 1 | 1980 | 1981 | 1 | 3 | | | | 1 | | | 4 |
| 1028 | 7ZNN1030823466VECLMQ | 58 | 1 | 3 | 4 | 1958 | 1958 | 0 | 4 | | | | | 1 | | 1 |
| 1029 | S71Z1030830748Y82UES | 25 | 1 | 5 | 10 | 1990 | 1991 | 1 | 2 | 1 | | | | | | 4 |
| 1030 | CN8D1030828770GTDH8W | 41 | 1 | 2 | 1 | 1975 | 1975 | 0 | 3 | | | 1 | | | | 4 |
| 1031 | OEX81030830129VWZ685 | 41 | 1 | 8 | 31 | 1974 | 1975 | 1 | 3 | | | 1 | | | | 1 |
| 1032 | F2311030836074WSKW37 | 67 | 1 | 6 | 25 | 1948 | 1949 | 1 | 4 | | | | | 1 | | 1 |
| 1033 | SQJK1030836373PAFUPR | 36 | 2 | 5 | 6 | 1979 | 1980 | 1 | 3 | | | | 1 | | | 3 |
| 1034 | 3T6B1030836375IMBKWI | 37 | 2 | 11 | 18 | 1978 | 1979 | 1 | 3 | | | | 1 | | | 3 |
| 1035 | 993D1030841085FWZWK3 | 57 | 2 | 7 | 25 | 1958 | 1959 | 1 | 4 | | | | | | 1 | 1 |
| 1036 | NB831030843241ZMOIXX | 59 | 1 | 6 | 2 | 1956 | 1957 | 1 | 4 | | | | | 1 | | 3 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1037 | 911W1030843790W7YY8Z | 35 | 2 | 12 | 17 | 1980 | 1981 | 1 | 3 | | 1 | 4 |
| 1038 | YW3L1030843081MIXRJV | 52 | 2 | 11 | 3 | 1963 | 1964 | 1 | 3 | | 1 | 2 |
| 1039 | OWJB1030846372MK1AHW | 53 | 1 | 3 | 13 | 1963 | 1963 | 0 | 3 | 1 | | 3 |
| 1040 | X1H51030847730JQ9L0F | 45 | 2 | 10 | 23 | 1970 | 1971 | 1 | 3 | | 1 | 1 |
| 1041 | B9041030853383V8UMOI | 37 | 1 | 4 | 9 | 1978 | 1979 | 1 | 3 | 1 | | 3 |
| 1042 | GLCB1030852298I1F1YI | 50 | 2 | 12 | 10 | 1965 | 1966 | 1 | 3 | | 1 | 1 |
| 1043 | MCOA1030832794CCL882 | 38 | 2 | 7 | 19 | 1977 | 1978 | 1 | 3 | | 1 | 4 |
| 1044 | IJIV1030864692KA1RZM | 46 | 1 | 7 | 11 | 1969 | 1970 | 1 | 3 | 1 | | 2 |
| 1045 | GZ1E1030866109N8FWGU | 53 | 2 | 12 | 21 | 1962 | 1963 | 1 | 3 | | 1 | 3 |
| 1046 | P4881030866752RBRX8C | 59 | 2 | 6 | 23 | 1956 | 1957 | 1 | 4 | | 1 | 2 |
| 1047 | PYUU1030870588VIRBN2 | 37 | 1 | 9 | 19 | 1978 | 1979 | 1 | 3 | 1 | | 3 |
| 1048 | CEY61030863604YZKEUS | 33 | 2 | 8 | 8 | 1982 | 1983 | 1 | 2 | 1 | | 3 |
| 1049 | 90B21030867702GBM1LT | 29 | 2 | 9 | 1 | 1987 | 1987 | 0 | 2 | 1 | | 4 |
| 1050 | 4QGX1030875670ISDSK5 | 32 | 2 | 2 | 16 | 1984 | 1984 | 0 | 2 | 1 | | 2 |
| 1051 | M36P1030877001M5MCXD | 72 | 2 | 3 | 27 | 1943 | 1944 | 1 | 4 | | 1 | 4 |
| 1052 | NFHK1030882258Z8QNXU | 67 | 2 | 7 | 6 | 1948 | 1949 | 1 | 4 | | 1 | 1 |
| 1053 | CGON1030894766V4Z43H | 34 | 1 | 2 | 4 | 1982 | 1982 | 0 | 2 1 | | | 3 |
| 1054 | KHLK1030899614RBE16P | 49 | 1 | 12 | 12 | 1966 | 1967 | 1 | 3 | 1 | | 2 |
| 1055 | 1AAZ1030901633L3RZOH | 29 | 2 | 12 | 12 | 1986 | 1987 | 1 | 2 | 1 | | 1 |
| 1056 | CVUM1030788322RUIFYJ | 31 | 1 | 1 | 8 | 1985 | 1985 | 0 | 2 1 | | | 3 |
| 1057 | 8QAR1031190262NU31R1 | 27 | 2 | 6 | 29 | 1988 | 1989 | 1 | 2 | 1 | | 4 |
| 1058 | MPDF1031363132Z0W0AO | 45 | 1 | 12 | 17 | 1970 | 1971 | 1 | 3 | 1 | | 3 |
| 1059 | QOZC1031665415TMSHG5 | 48 | 1 | 11 | 11 | 1967 | 1968 | 1 | 3 | 1 | | 3 |
| 1060 | 1HF01031690508BC0ES4 | 25 | 2 | 7 | 1 | 1990 | 1991 | 1 | 2 | 1 | | 3 |
| 1061 | 4L5Q1031713548GT01MQ | 25 | 1 | 5 | 30 | 1990 | 1991 | 1 | 2 1 | | | 3 |
| 1062 | H9H81031718552WGZ40V | 32 | 2 | 9 | 3 | 1983 | 1984 | 1 | 2 | 1 | | 2 |
| 1063 | IFCX1031726518ET1B2F | 30 | 1 | 10 | 21 | 1985 | 1986 | 1 | 2 1 | | | 2 |
| 1064 | N5DP1031737124TA7SWP | 27 | 2 | 5 | 10 | 1988 | 1989 | 1 | 2 | 1 | | 3 |
| 1065 | EFQ91031740984FIBZYS | 30 | 1 | 10 | 3 | 1987 | 1986 | -1 | 2 1 | | | 3 |
| 1066 | U5KE1031738604FWL2QG | 26 | 1 | 8 | 10 | 1989 | 1990 | 1 | 2 1 | | | 3 |
| 1067 | 5NX71031760504EU3FN3 | 32 | 1 | 7 | 20 | 1983 | 1984 | 1 | 2 1 | | | 3 |
| 1068 | J2NJ1031784351IGJWXI | 28 | 1 | 10 | 24 | 1987 | 1988 | 1 | 2 1 | | | 2 |
| 1069 | SGDS1031801511CA38PS | 31 | 2 | 1 | 4 | 1985 | 1985 | 0 | 2 | 1 | | 3 |
| 1070 | 6ZMX1031809069TTED3Q | 21 | 1 | 2 | 13 | 1995 | 1995 | 0 | 2 1 | | | 3 |
| 1071 | F1FN1031813881PVXN8D | 32 | 1 | 6 | 7 | 1983 | 1984 | 1 | 2 1 | | | 2 |
| 1072 | GG8Z1031827389UP5HMW | 30 | 2 | 12 | 30 | 1985 | 1986 | 1 | 2 | 1 | | 3 |
| 1073 | WMS51031857978BCWFZC | 28 | 2 | 6 | 21 | 1987 | 1988 | 1 | 2 | 1 | | 1 |

| 1074 | 45FH1031867801SRPQUR | 30 | 2 | 1 | 30 | 1986 | 1986 | 0 | 2 | | 1 | | | | 3 |
|------|----------------------|----|---|---|----|------|------|----|---|---|---|---|---|---|---|
| 1075 | O4SH1031870421ZFAAY5 | 31 | 1 | 12 | 5 | 1984 | 1985 | 1 | 2 | 1 | | | | | 3 |
| 1076 | WMVF1031876011ZJHIV4 | 32 | 2 | 3 | 5 | 1984 | 1984 | 0 | 2 | | 1 | | | | 3 |
| 1077 | HKJU1031913917DPD6MM | 25 | 2 | 3 | 23 | 1991 | 1991 | 0 | 2 | | 1 | | | | 4 |
| 1078 | BNRZ1031921647F5WWK8 | 29 | 2 | 6 | 26 | 1986 | 1987 | 1 | 2 | | 1 | | | | 4 |
| 1079 | RTEP1031931513ZXKU7Z | 34 | 2 | 9 | 14 | 1981 | 1982 | 1 | 2 | | 1 | | | | 3 |
| 1080 | EDX71031917977UKBFKA | 30 | 1 | 5 | 27 | 1985 | 1986 | 1 | 2 | 1 | | | | | 4 |
| 1081 | LTKV1031985227NP8HKI | 28 | 2 | 12 | 22 | 1987 | 1988 | 1 | 2 | | 1 | | | | 3 |
| 1082 | 9NZS1031998165HCZ39S | 27 | 2 | 1 | 4 | 1989 | 1989 | 0 | 2 | | 1 | | | | 4 |
| 1083 | HQGG1032000110L1977I | 31 | 2 | 10 | 29 | 1984 | 1985 | 1 | 2 | | 1 | | | | 3 |
| 1084 | 922N1032007489PLM61W | 31 | 2 | 12 | 17 | 1984 | 1985 | 1 | 2 | | 1 | | | | 1 |
| 1085 | ADQ41031995572MYHRF9 | 34 | 1 | 2 | 22 | 1982 | 1982 | 0 | 2 | 1 | | | | | 3 |
| 1086 | CAQ31032040514Q58ZG9 | 25 | 2 | 1 | 24 | 1991 | 1991 | 0 | 2 | | 1 | | | | 4 |
| 1087 | 6G0F1032096063IUPSUQ | 29 | 2 | 10 | 29 | 1986 | 1987 | 1 | 2 | | 1 | | | | 1 |
| 1088 | ESNP1032195094XIAH17 | 29 | 1 | 6 | 30 | 1986 | 1987 | 1 | 2 | 1 | | | | | 4 |
| 1089 | IUCM1032221138O4JP8G | 26 | 2 | 2 | 4 | 1990 | 1990 | 0 | 2 | | 1 | | | | 1 |
| 1090 | IMXE1032249329AO9BRK | 27 | 2 | 11 | 9 | 1988 | 1989 | 1 | 2 | | 1 | | | | 1 |
| 1091 | VWW21032518742DN4IXK | 28 | 1 | 8 | 20 | 1987 | 1988 | 1 | 2 | 1 | | | | | 2 |
| 1092 | ORQ01032627646HPEG4S | 22 | 1 | 3 | 13 | 1995 | 1994 | -1 | 2 | 1 | | | | | 4 |
| 1093 | Y0NB1032674776BDNM97 | 25 | 1 | 9 | 5 | 1990 | 1991 | 1 | 2 | 1 | | | | | 2 |
| 1094 | UF961032713131KSHOU1 | 31 | 1 | 6 | 15 | 1984 | 1985 | 1 | 2 | 1 | | | | | 4 |
| 1095 | 04E41032772798LPI4MN | 20 | 1 | 1 | 7 | 1996 | 1996 | 0 | 2 | 1 | | | | | 2 |
| 1096 | CC4Z1032797098ZLW9UZ | 26 | 1 | 6 | 23 | 1989 | 1990 | 1 | 2 | 1 | | | | | 4 |
| 1097 | 4IVJ1032810587GOL386 | 34 | 1 | 2 | 23 | 1982 | 1982 | 0 | 2 | 1 | | | | | 4 |
| 1098 | 66BX1032877513SZVBOV | 26 | 1 | 2 | 2 | 1990 | 1990 | 0 | 2 | 1 | | | | | 2 |
| 1099 | H51N1033050357CEHZCC | 33 | 1 | 12 | 19 | 1982 | 1983 | 1 | 2 | 1 | | | | | 2 |
| 1100 | BPDR1033442557OE5L5A | 30 | 1 | 9 | 4 | 1985 | 1986 | 1 | 2 | 1 | | | | | 4 |
| 1101 | L0351033451168E19HUP | 25 | 1 | 11 | 1 | 1991 | 1991 | 0 | 2 | 1 | | | | | 4 |
| 1102 | SCAR1033933960Q7C4C9 | 23 | 1 | 5 | 21 | 1992 | 1993 | 1 | 2 | 1 | | | | | 4 |
| 1103 | WM4I1048562826U5MVH3 | 66 | 1 | 11 | 21 | 1949 | 1950 | 1 | 4 | | | | | 1 | 2 |
| 1104 | VN731048565576ZOS3CQ | 42 | 1 | 11 | 27 | 1973 | 1974 | 1 | 3 | | | 1 | | | 2 |
| 1105 | 8SV01048564006ZF3CRT | 54 | 1 | 4 | 4 | 1961 | 1962 | 1 | 3 | | | 1 | | | 2 |
| 1106 | 0CXL1048571825PGI3VT | 34 | 1 | 7 | 11 | 1981 | 1982 | 1 | 2 | 1 | | | | | 3 |
| 1107 | 8VTD1048571400UAAM92 | 52 | 1 | 7 | 11 | 1963 | 1964 | 1 | 3 | | | | 1 | | 1 |
| 1108 | Y1XC1048568658GA7DKW | 64 | 2 | 2 | 6 | 1952 | 1952 | 0 | 4 | | | | | 1 | 3 |
| 1109 | DPOA1048574868T6NVY8 | 35 | 2 | 1 | 22 | 1981 | 1981 | 0 | 3 | | | | 1 | | 2 |
| 1110 | BNK61048573176FAE1LC | 62 | 2 | 2 | 15 | 1954 | 1954 | 0 | 4 | | | | | 1 | 1 |

| 1111 | B8LR1048571380JU5902 | 45 | 2 | 9 | 29 | 1970 | 1971 | 1 | 3 | | | 1 | | | 3 |
| 1112 | AO0V1048573297QVV3TO | 64 | 2 | 1 | 19 | 1952 | 1952 | 0 | 4 | | | | | 1 | 2 |
| 1113 | EUW91048582358EXO3BS | 39 | 2 | 7 | 1 | 1976 | 1977 | 1 | 3 | | | 1 | | | 3 |
| 1114 | T4XQ1048584725W696UU | 52 | 1 | 11 | 24 | 1963 | 1964 | 1 | 3 | | 1 | | | | 2 |
| 1115 | 6JRQ1048586317MF1QAB | 25 | 1 | 7 | 8 | 1990 | 1991 | 1 | 2 | 1 | | | | | 1 |
| 1116 | MWMG1048583269E8HOP4 | 60 | 2 | 3 | 25 | 1956 | 1956 | 0 | 4 | | | | | 1 | 4 |
| 1117 | 0L6C1048587416N3CGBA | 41 | 2 | 12 | 10 | 1974 | 1975 | 1 | 3 | | | 1 | | | 2 |
| 1118 | 3TYR1048588664ZVLBOD | 24 | 2 | 9 | 23 | 1991 | 1992 | 1 | 2 | | 1 | | | | 4 |
| 1119 | 2TA51048592846KVZ3AH | 58 | 2 | 12 | 1 | 1957 | 1958 | 1 | 4 | | | | | 1 | 1 |
| 1120 | YY2S1048593840I0Q32C | 36 | 2 | 1 | 1 | 1980 | 1980 | 0 | 3 | | | 1 | | | 3 |
| 1121 | 02N21048594964EARHCS | 38 | 2 | 8 | 4 | 1977 | 1978 | 1 | 3 | | | 1 | | | 4 |
| 1122 | P8MT1048597855AXFMP3 | 45 | 2 | 2 | 2 | 1971 | 1971 | 0 | 3 | | | 1 | | | 1 |
| 1123 | 90EG1048572443Q5O34G | 30 | 2 | 10 | 1 | 1985 | 1986 | 1 | 2 | | 1 | | | | 4 |
| 1124 | Y9MK1048600720ZSA3AK | 26 | 1 | 8 | 9 | 1989 | 1990 | 1 | 2 | 1 | | | | | 3 |
| 1125 | PQQ31048605871BYONY2 | 35 | 2 | 9 | 6 | 1980 | 1981 | 1 | 3 | | | 1 | | | 4 |
| 1126 | VBBD1048596896UNMDOQ | 54 | 2 | 3 | 5 | 1962 | 1962 | 0 | 3 | | | 1 | | | 1 |
| 1127 | LLTS1048619619FPAXDA | 54 | 1 | 11 | 27 | 1961 | 1962 | 1 | 3 | | 1 | | | | 4 |
| 1128 | 890G1048616982IFF1EW | 68 | 2 | 9 | 26 | 1947 | 1948 | 1 | 4 | | | | | 1 | 2 |
| 1129 | CPH91048627141HPOGWP | 53 | 1 | 12 | 3 | 1962 | 1963 | 1 | 3 | | 1 | | | | 1 |
| 1130 | 1L781048625045XJMD68 | 27 | 2 | 12 | 14 | 1988 | 1989 | 1 | 2 | | 1 | | | | 3 |
| 1131 | CQ2U1048619479SEWH6B | 40 | 1 | 12 | 23 | 1975 | 1976 | 1 | 3 | | | 1 | | | 1 |
| 1132 | JV331048628433NMU98Y | 31 | 2 | 6 | 12 | 1984 | 1985 | 1 | 2 | | 1 | | | | 4 |
| 1133 | 79071048629669B1UEH0 | 60 | 2 | 10 | 20 | 1956 | 1956 | 0 | 4 | | | | | 1 | 4 |
| 1134 | 5V491048626985GTO4JA | 31 | 2 | 10 | 20 | 1986 | 1985 | -1 | 2 | | 1 | | | | 2 |
| 1135 | 44NK1048627920IF9DJS | 27 | 1 | 4 | 4 | 1988 | 1989 | 1 | 2 | 1 | | | | | 3 |
| 1136 | W1AF1048629743FBQ3Y2 | 52 | 2 | 5 | 11 | 1963 | 1964 | 1 | 3 | | | 1 | | | 4 |
| 1137 | 4NZM1048628315VKRQP0 | 69 | 1 | 12 | 31 | 1946 | 1947 | 1 | 4 | | | | 1 | | 3 |
| 1138 | 5KJW1048633564PACELH | 40 | 2 | 2 | 11 | 1976 | 1976 | 0 | 3 | | | 1 | | | 3 |
| 1139 | 52Z91048631986HIZ9SK | 56 | 2 | 12 | 14 | 1959 | 1960 | 1 | 4 | | | | | 1 | 1 |
| 1140 | 0HAE1048634520Q5LSHU | 43 | 2 | 10 | 26 | 1972 | 1973 | 1 | 3 | | | 1 | | | 3 |
| 1141 | 1VB61048631824G5J16K | 54 | 2 | 11 | 1 | 1961 | 1962 | 1 | 3 | | | 1 | | | 1 |
| 1142 | RU621048636684O7WEHU | 52 | 1 | 9 | 9 | 1963 | 1964 | 1 | 3 | | 1 | | | | 1 |
| 1143 | 42XU1048638802PJ0ARG | 31 | 2 | 12 | 18 | 1984 | 1985 | 1 | 2 | | 1 | | | | 2 |
| 1144 | F1O41048641199SW3IDM | 59 | 2 | 3 | 31 | 1956 | 1957 | 1 | 4 | | | | 1 | | 2 |
| 1145 | CDMB1048637951GMU5A9 | 56 | 1 | 10 | 29 | 1959 | 1960 | 1 | 4 | | | | | 1 | 2 |
| 1146 | FDTE1048638107IHACLL | 18 | 1 | 7 | 4 | 1997 | 1998 | 1 | 2 | 1 | | | | | 3 |
| 1147 | K54N1048642847AO5GTV | 24 | 2 | 11 | 4 | 1991 | 1992 | 1 | 2 | | 1 | | | | 2 |

| # | ID | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1148 | PDGM1048642164HTL1A3 | 34 | 2 | 5 | 9 | 1981 | 1982 | 1 | 2 | 1 | | | | 4 |
| 1149 | K0Q41048644682L53I3R | 56 | 1 | 1 | 26 | 1960 | 1960 | 0 | 4 | | | | 1 | 3 |
| 1150 | QWZR1048645258NX2KPW | 46 | 1 | 7 | 10 | 1969 | 1970 | 1 | 3 | | 1 | | | 1 |
| 1151 | C2V31048644500V7VZOU | 56 | 2 | 1 | 1 | 1960 | 1960 | 0 | 4 | | | | 1 | 3 |
| 1152 | W9VP1048647670PB84MM | 46 | 2 | 9 | 19 | 1969 | 1970 | 1 | 3 | | | 1 | | 1 |
| 1153 | J3631048647612WE37XR | 23 | 2 | 10 | 23 | 1992 | 1993 | 1 | 2 | 1 | | | | 3 |
| 1154 | 2TWC1048648891IKAOBO | 26 | 2 | 1 | 6 | 1990 | 1990 | 0 | 2 | 1 | | | | 3 |
| 1155 | EZFY1048651706HKFNQ4 | 62 | 2 | 6 | 24 | 1953 | 1954 | 1 | 4 | | | | 1 | 2 |
| 1156 | EK2R1048629892XQU94M | 63 | 1 | 7 | 7 | 1952 | 1953 | 1 | 4 | | | | 1 | 4 |
| 1157 | F2JG1048650642Z0BCNU | 67 | 1 | 9 | 16 | 1948 | 1949 | 1 | 4 | | | | 1 | 3 |
| 1158 | T6AY1048655456G1N9N2 | 47 | 1 | 6 | 14 | 1968 | 1969 | 1 | 3 | | 1 | | | 3 |
| 1159 | ZJVZ1048658570CASDQN | 35 | 1 | 10 | 22 | 1980 | 1981 | 1 | 3 | | 1 | | | 3 |
| 1160 | SPJ41048661450BKIAK4 | 34 | 2 | 1 | 22 | 1982 | 1982 | 0 | 2 | 1 | | | | 3 |
| 1161 | 4HH51048651411Z2257O | 51 | 2 | 12 | 12 | 1964 | 1965 | 1 | 3 | | | 1 | | 3 |
| 1162 | BFX21048668047YNHRKY | 30 | 2 | 11 | 23 | 1986 | 1986 | 0 | 2 | 1 | | | | 3 |
| 1163 | I5QG1048665472CVP7PT | 58 | 1 | 7 | 9 | 1957 | 1958 | 1 | 4 | | | | 1 | 1 |
| 1164 | 3GQ41048671334F371WI | 42 | 2 | 5 | 2 | 1973 | 1974 | 1 | 3 | | | 1 | | 3 |
| 1165 | DRZT1048662665EYY6WW | 26 | 2 | 2 | 15 | 1990 | 1990 | 0 | 2 | 1 | | | | 3 |
| 1166 | UE5Y1048678844B19PV1 | 30 | 2 | 10 | 24 | 1985 | 1986 | 1 | 2 | 1 | | | | 1 |
| 1167 | P3K41048668861YTPYIS | 44 | 1 | 11 | 3 | 1971 | 1972 | 1 | 3 | | 1 | | | 2 |
| 1168 | N7LI1048678226KJI3Q5 | 55 | 2 | 7 | 1 | 1960 | 1961 | 1 | 4 | | | | 1 | 3 |
| 1169 | HTEA1048682900K8EG9J | 22 | 2 | 3 | 12 | 1994 | 1994 | 0 | 2 | 1 | | | | 3 |
| 1170 | 4AT91048681969SHYQKF | 54 | 2 | 10 | 11 | 1961 | 1962 | 1 | 3 | | | 1 | | 3 |
| 1171 | OOC31048679334J3VIBC | 38 | 2 | 10 | 27 | 1977 | 1978 | 1 | 3 | | | 1 | | 3 |
| 1172 | 49MZ1048702945W5OKL6 | 51 | 1 | 10 | 30 | 1964 | 1965 | 1 | 3 | | 1 | | | 3 |
| 1173 | BN4O1048701957TYVI13 | 23 | 2 | 3 | 16 | 1993 | 1993 | 0 | 2 | 1 | | | | 1 |
| 1174 | 1DXB1048702032IQBXKY | 38 | 2 | 9 | 25 | 1977 | 1978 | 1 | 3 | | | 1 | | 2 |
| 1175 | JP681048703775HNDZ8S | 45 | 1 | 12 | 17 | 1970 | 1971 | 1 | 3 | | 1 | | | 4 |
| 1176 | EHDQ1048702389CL7S2J | 46 | 1 | 5 | 17 | 1969 | 1970 | 1 | 3 | | 1 | | | 1 |
| 1177 | T7N11048686204BFONJX | 33 | 2 | 3 | 20 | 1983 | 1983 | 0 | 2 | 1 | | | | 4 |
| 1178 | Y26Z1048631708P2068C | 31 | 2 | 7 | 3 | 1984 | 1985 | 1 | 2 | 1 | | | | 4 |
| 1179 | HDRZ1048714908J99O6N | 31 | 2 | 2 | 24 | 1985 | 1985 | 0 | 2 | 1 | | | | 2 |
| 1180 | MC1B1048713731UITSIK | 68 | 1 | 2 | 9 | 1948 | 1948 | 0 | 4 | | | | 1 | 3 |
| 1181 | MEI41048715762JT85QR | 59 | 1 | 11 | 2 | 1956 | 1957 | 1 | 4 | | | | 1 | 3 |
| 1182 | NOSG1048720369GSLMH6 | 47 | 1 | 3 | 21 | 1969 | 1969 | 0 | 3 | | 1 | | | 3 |
| 1183 | 59Y81048722609L287HN | 41 | 1 | 2 | 26 | 1975 | 1975 | 0 | 3 | | 1 | | | 4 |
| 1184 | XW4S1048723122ZJ9TPQ | 62 | 1 | 11 | 30 | 1953 | 1954 | 1 | 4 | | | | 1 | 1 |

| 1185 | S0021048725416YK35EZ | 47 | 1 | 1 | 21 | 1970 | 1969 | -1 | 3 | | 1 | | | | 3 |
| 1186 | W3LW1048731922RQ76JU | 44 | 2 | 1 | 7 | 1972 | 1972 | 0 | 3 | | | 1 | | | 2 |
| 1187 | OQN51048738752FIPHTJ | 33 | 2 | 1 | 11 | 1983 | 1983 | 0 | 2 | 1 | | | | | 3 |
| 1188 | HTQK1048742397ULX24H | 49 | 2 | 10 | 31 | 1966 | 1967 | 1 | 3 | | | 1 | | | 4 |
| 1189 | FPN31048739432CK3OEA | 74 | 1 | 9 | 18 | 1941 | 1942 | 1 | 4 | | | | 1 | | 1 |
| 1190 | K1VL1048742207B6VDU2 | 35 | 1 | 12 | 29 | 1980 | 1981 | 1 | 3 | | 1 | | | | 2 |
| 1191 | RZNP1048740464M03BYH | 22 | 2 | 2 | 24 | 1994 | 1994 | 0 | 2 | 1 | | | | | 1 |
| 1192 | GYD71048745640GYK9KL | 75 | 2 | 2 | 2 | 1941 | 1941 | 0 | 4 | | | | | 1 | 3 |
| 1193 | 59AN1048749140OBTZ7T | 59 | 2 | 2 | 28 | 1957 | 1957 | 0 | 4 | | | | | 1 | 4 |
| 1194 | 9FBS1048749284AAFI06 | 60 | 2 | 7 | 29 | 1955 | 1956 | 1 | 4 | | | | | 1 | 3 |
| 1195 | 30351048760014HV4P71 | 54 | 2 | 1 | 23 | 1962 | 1962 | 0 | 3 | | | 1 | | | 4 |
| 1196 | T64W1048770310E6BT8V | 67 | 1 | 6 | 28 | 1948 | 1949 | 1 | 4 | | | | 1 | | 1 |
| 1197 | GMDZ1048769602R4YK0M | 49 | 1 | 3 | 2 | 1967 | 1967 | 0 | 3 | | 1 | | | | 1 |
| 1198 | O9X61048772499D809NB | 55 | 1 | 5 | 17 | 1960 | 1961 | 1 | 4 | | | | 1 | | 4 |
| 1199 | H3YA1048790694F6UW26 | 35 | 2 | 10 | 5 | 1980 | 1981 | 1 | 3 | | | 1 | | | 1 |
| 1200 | 53JB1048787959KCG5AM | 27 | 1 | 9 | 30 | 1988 | 1989 | 1 | 2 | 1 | | | | | 1 |
| 1201 | JZSE1048796307M7L8VP | 59 | 1 | 8 | 6 | 1956 | 1957 | 1 | 4 | | | | 1 | | 2 |
| 1202 | P5MN1048812151K63UAT | 48 | 2 | 2 | 1 | 1968 | 1968 | 0 | 3 | | | 1 | | | 1 |
| 1203 | SDS21048821942MRF3V9 | 37 | 2 | 12 | 22 | 1980 | 1979 | -1 | 3 | | | 1 | | | 2 |
| 1204 | BC9D1048826913DX8MXN | 31 | 1 | 1 | 4 | 1985 | 1985 | 0 | 2 | 1 | | | | | 1 |
| 1205 | 91IG1048831221IETI0B | 28 | 2 | 3 | 12 | 1987 | 1988 | 1 | 2 | 1 | | | | | 3 |
| 1206 | VUBF1048836843BUG8MR | 67 | 1 | 2 | 17 | 1949 | 1949 | 0 | 4 | | | | 1 | | 3 |
| 1207 | Z9QG1048840642M5QNIO | 49 | 2 | 5 | 7 | 1966 | 1967 | 1 | 3 | | | 1 | | | 3 |
| 1208 | 7YUB1048839265A4DM19 | 50 | 2 | 6 | 29 | 1965 | 1966 | 1 | 3 | | | 1 | | | 4 |
| 1209 | YMDZ1048864336KKP026 | 65 | 1 | 3 | 15 | 1950 | 1951 | 1 | 4 | | | | 1 | | 3 |
| 1210 | R39J1048879651ENMMZO | 51 | 1 | 12 | 21 | 1964 | 1965 | 1 | 3 | | 1 | | | | 3 |
| 1211 | CSUV1048884163DAC2LT | 50 | 2 | 2 | 6 | 1966 | 1966 | 0 | 3 | | | 1 | | | 3 |
| 1212 | VL271048893259G5RUBU | 45 | 1 | 11 | 14 | 1970 | 1971 | 1 | 3 | | 1 | | | | 4 |
| 1213 | 3SO91048895595EB2LLH | 39 | 2 | 3 | 30 | 1976 | 1977 | 1 | 3 | | | 1 | | | 4 |
| 1214 | DHQK1048895082NTU17P | 43 | 2 | 12 | 9 | 1972 | 1973 | 1 | 3 | | | 1 | | | 4 |
| 1215 | 35T31048790353ZHWG2S | 72 | 1 | 6 | 1 | 1943 | 1944 | 1 | 4 | | | | 1 | | 4 |
| 1216 | 8RK61048899610VXTNBE | 27 | 2 | 7 | 4 | 1988 | 1989 | 1 | 2 | 1 | | | | | 2 |
| 1217 | IRLQ1048903018R3S5BF | 40 | 1 | 11 | 16 | 1975 | 1976 | 1 | 3 | | 1 | | | | 2 |
| 1218 | WG7H1048895635S278CQ | 36 | 1 | 7 | 31 | 1979 | 1980 | 1 | 3 | | 1 | | | | 1 |
| 1219 | R6OU1048908701YSPLVF | 25 | 2 | 8 | 27 | 1990 | 1991 | 1 | 2 | 1 | | | | | 4 |
| 1220 | U83G1048918594VIVZBK | 39 | 2 | 8 | 25 | 1976 | 1977 | 1 | 3 | | | 1 | | | 3 |
| 1221 | BPXW1048927189PA5H6F | 34 | 2 | 8 | 27 | 1981 | 1982 | 1 | 2 | 1 | | | | | 3 |

| 1222 | 0N701048930970XI5QYZ | 37 | 1 | 11 | 2 | 1978 | 1979 | 1 | 3 | | 1 | | | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1223 | 2Z9X1048931950B04J3F | 40 | 2 | 1 | 5 | 1976 | 1976 | 0 | 3 | | | 1 | | 4 |
| 1224 | TC7Y1048939244V162SI | 55 | 1 | 2 | 10 | 1961 | 1961 | 0 | 4 | | | | 1 | 2 |
| 1225 | 1EDO1048938663GR96TZ | 56 | 1 | 8 | 16 | 1959 | 1960 | 1 | 4 | | | | 1 | 2 |
| 1226 | NX3F1048945312T5KZRF | 51 | 2 | 4 | 29 | 1964 | 1965 | 1 | 3 | | | 1 | | 4 |
| 1227 | 261Q1048955129SHJUSI | 54 | 2 | 5 | 10 | 1961 | 1962 | 1 | 3 | | | 1 | | 3 |
| 1228 | HP9X1048958127DWUMAX | 30 | 2 | 1 | 30 | 1986 | 1986 | 0 | 2 | 1 | | | | 2 |
| 1229 | RY0M1048958638PHDLPM | 30 | 2 | 8 | 15 | 1985 | 1986 | 1 | 2 | 1 | | | | 3 |
| 1230 | 83I41048962210Z3FO7A | 22 | 2 | 5 | 9 | 1993 | 1994 | 1 | 2 | 1 | | | | 4 |
| 1231 | VX901048972451N1TF59 | 21 | 2 | 2 | 3 | 1995 | 1995 | 0 | 2 | 1 | | | | 3 |
| 1232 | D60D1048984478LL25PW | 36 | 1 | 5 | 3 | 1979 | 1980 | 1 | 3 | | 1 | | | 2 |
| 1233 | OTLN1048986309YEWWEN | 40 | 1 | 8 | 9 | 1975 | 1976 | 1 | 3 | | 1 | | | 4 |
| 1234 | GCP51049000705DWA96M | 26 | 1 | 12 | 19 | 1989 | 1990 | 1 | 2 | 1 | | | | 1 |
| 1235 | UIRD1049012740BCQU37 | 34 | 1 | 7 | 8 | 1981 | 1982 | 1 | 2 | 1 | | | | 2 |
| 1236 | E9EU1049023782TPJWVG | 42 | 1 | 10 | 2 | 1973 | 1974 | 1 | 3 | | 1 | | | 4 |
| 1237 | NWVS1049024155TVGKLF | 36 | 1 | 11 | 8 | 1979 | 1980 | 1 | 3 | | 1 | | | 1 |
| 1238 | 06XT1049026291J0MR0V | 34 | 1 | 7 | 18 | 1981 | 1982 | 1 | 2 | 1 | | | | 4 |
| 1239 | R6O11049036841DANWLQ | 48 | 1 | 6 | 30 | 1967 | 1968 | 1 | 3 | | 1 | | | 4 |
| 1240 | 1FY11049040911VCNQFQ | 51 | 1 | 2 | 10 | 1965 | 1965 | 0 | 3 | | 1 | | | 3 |
| 1241 | P61O1049047331JPHG2Z | 30 | 2 | 11 | 12 | 1985 | 1986 | 1 | 2 | 1 | | | | 3 |
| 1242 | JBZ31049050387SUQ009 | 37 | 1 | 3 | 27 | 1979 | 1979 | 0 | 3 | | 1 | | | 3 |
| 1243 | UGDV1049082899E9EI0Q | 30 | 2 | 1 | 30 | 1986 | 1986 | 0 | 2 | 1 | | | | 4 |
| 1244 | 3YQ61049049092FMNTWK | 34 | 1 | 2 | 26 | 1981 | 1982 | 1 | 2 | 1 | | | | 4 |
| 1245 | 3EXN1049106580FC1LBE | 29 | 1 | 3 | 10 | 1987 | 1987 | 0 | 2 | 1 | | | | 4 |
| 1246 | B1Y41049113261XVHXUR | 48 | 1 | 1 | 10 | 1968 | 1968 | 0 | 3 | | 1 | | | 4 |
| 1247 | AP5W1049114279AD7LAK | 26 | 2 | 11 | 13 | 1989 | 1990 | 1 | 2 | 1 | | | | 4 |
| 1248 | L9QQ1049120499O9X5H3 | 54 | 1 | 8 | 4 | 1961 | 1962 | 1 | 3 | | 1 | | | 4 |
| 1249 | 40291049120395F72EEG | 22 | 2 | 1 | 20 | 1994 | 1994 | 0 | 2 | 1 | | | | 3 |
| 1250 | FFGD1049122123BS2YDD | 30 | 2 | 4 | 23 | 1985 | 1986 | 1 | 2 | 1 | | | | 4 |
| 1251 | VVZ61049126430Q2GQ07 | 26 | 2 | 7 | 11 | 1990 | 1990 | 0 | 2 | 1 | | | | 4 |
| 1252 | 8Q1R1049130357JRGH6R | 32 | 1 | 5 | 27 | 1983 | 1984 | 1 | 2 | 1 | | | | 4 |
| 1253 | T5M71049132475UVHIBW | 27 | 1 | 6 | 12 | 1988 | 1989 | 1 | 2 | 1 | | | | 3 |
| 1254 | OU0T1049138936DFXCFS | 27 | 2 | 12 | 25 | 1988 | 1989 | 1 | 2 | 1 | | | | 3 |
| 1255 | HBOG1049141840N2UVVF | 28 | 2 | 7 | 16 | 1987 | 1988 | 1 | 2 | 1 | | | | 4 |
| 1256 | M7CJ1049142481Z453FH | 36 | 1 | 4 | 23 | 1981 | 1980 | -1 | 3 | | 1 | | | 1 |
| 1257 | N9AN1049145226DW16CD | 37 | 1 | 11 | 17 | 1978 | 1979 | 1 | 3 | | 1 | | | 3 |
| 1258 | IVLE1049149042SERYW3 | 29 | 2 | 4 | 18 | 1986 | 1987 | 1 | 2 | 1 | | | | 4 |

| 1259 | 7DRW1049150726VF95IE | 39 | 1 | 2 | 12 | 1978 | 1977 | -1 | 3 | | 1 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1260 | WCG21049158929U00LCC | 33 | 2 | 2 | 15 | 1983 | 1983 | 0 | 2 | 1 | | 2 |
| 1261 | 81891049160997UTB1AY | 28 | 2 | 2 | 19 | 1988 | 1988 | 0 | 2 | 1 | | 4 |
| 1262 | 17S51049164494W803TE | 31 | 2 | 2 | 18 | 1985 | 1985 | 0 | 2 | 1 | | 3 |
| 1263 | QSTH1049171212BRR9P3 | 37 | 1 | 6 | 9 | 1978 | 1979 | 1 | 3 | | 1 | 2 |
| 1264 | QBMH1049170298VPM3ED | 30 | 2 | 6 | 1 | 1985 | 1986 | 1 | 2 | 1 | | 4 |
| 1265 | VRGD1049188152PFX5MB | 49 | 1 | 1 | 21 | 1967 | 1967 | 0 | 3 | | 1 | 1 |
| 1266 | 7ZLQ1049205321W1YEHE | 52 | 1 | 4 | 11 | 1963 | 1964 | 1 | 3 | | 1 | 3 |
| 1267 | GIHO1049222592R5RX8K | 25 | 2 | 10 | 20 | 1990 | 1991 | 1 | 2 | 1 | | 1 |
| 1268 | FJ6Z1049226493SMGRAI | 27 | 2 | 5 | 29 | 1988 | 1989 | 1 | 2 | 1 | | 3 |
| 1269 | TNDK1049230659L5QQ24 | 27 | 2 | 10 | 27 | 1988 | 1989 | 1 | 2 | 1 | | 1 |
| 1270 | YYR21049238429CI1BE7 | 34 | 1 | 11 | 19 | 1981 | 1982 | 1 | 2 | 1 | | 3 |
| 1271 | CBOR1049182884SN5WPO | 31 | 1 | 7 | 23 | 1984 | 1985 | 1 | 2 | 1 | | 2 |
| 1272 | 4HAW1049253350ZF4Y5L | 20 | 1 | 3 | 20 | 1996 | 1996 | 0 | 2 | 1 | | 3 |
| 1273 | MYVU1049260818JSGS75 | 45 | 1 | 1 | 3 | 1971 | 1971 | 0 | 3 | | 1 | 1 |
| 1274 | SV9N1049281228M7SNZI | 31 | 1 | 6 | 7 | 1984 | 1985 | 1 | 2 | 1 | | 3 |
| 1275 | 5WXY1049285646KYPOGB | 29 | 2 | 2 | 1 | 1987 | 1987 | 0 | 2 | 1 | | 2 |
| 1276 | CZJ31049281612RAVSU4 | 33 | 2 | 4 | 10 | 1982 | 1983 | 1 | 2 | 1 | | 1 |
| 1277 | PUSS1049296935V2C79B | 30 | 2 | 7 | 20 | 1985 | 1986 | 1 | 2 | 1 | | 1 |
| 1278 | HCN41049305156TMETFW | 27 | 2 | 1 | 18 | 1989 | 1989 | 0 | 2 | 1 | | 3 |
| 1279 | KFIT1049305290C4WN1J | 28 | 2 | 7 | 8 | 1987 | 1988 | 1 | 2 | 1 | | 3 |
| 1280 | HVYZ1049307094X9Y5L6 | 54 | 1 | 8 | 7 | 1961 | 1962 | 1 | 3 | | 1 | 4 |
| 1281 | 6GU21049308035RDC6HH | 29 | 2 | 10 | 20 | 1986 | 1987 | 1 | 2 | 1 | | 3 |
| 1282 | EUA01049309514TE28DZ | 39 | 1 | 1 | 1 | 1977 | 1977 | 0 | 3 | | 1 | 2 |
| 1283 | SD2F1049310690VQ0HU7 | 24 | 1 | 1 | 22 | 1992 | 1992 | 0 | 2 | 1 | | 3 |
| 1284 | HQJO1049316304QG9M16 | 28 | 2 | 8 | 26 | 1987 | 1988 | 1 | 2 | 1 | | 3 |
| 1285 | OP4W1049314274B0BTJ5 | 23 | 2 | 2 | 21 | 1993 | 1993 | 0 | 2 | 1 | | 3 |
| 1286 | 20W51049341996MC6RZN | 24 | 1 | 7 | 9 | 1991 | 1992 | 1 | 2 | 1 | | 1 |
| 1287 | HI901049352315K2L6CD | 27 | 2 | 9 | 7 | 1988 | 1989 | 1 | 2 | 1 | | 1 |
| 1288 | 55YK1049350879L2IPCO | 39 | 1 | 9 | 22 | 1976 | 1977 | 1 | 3 | | 1 | 1 |
| 1289 | T69E1049355914C3ORKJ | 32 | 2 | 11 | 10 | 1983 | 1984 | 1 | 2 | 1 | | 2 |
| 1290 | HUU81049353257JYXP7B | 31 | 1 | 9 | 24 | 1984 | 1985 | 1 | 2 | 1 | | 4 |
| 1291 | 6JFA1049368031S0F8F8 | 26 | 2 | 11 | 24 | 1990 | 1990 | 0 | 2 | 1 | | 2 |
| 1292 | Y7ZS1049368812E6SAFN | 30 | 2 | 2 | 28 | 1986 | 1986 | 0 | 2 | 1 | | 3 |
| 1293 | MFM11049353327SNP5OS | 51 | 1 | 1 | 22 | 1965 | 1965 | 0 | 3 | | 1 | 3 |
| 1294 | 5PHP1049379023FS2IQ5 | 31 | 1 | 12 | 11 | 1985 | 1985 | 0 | 2 | 1 | | 1 |
| 1295 | IZHM1049380565RXLQTY | 44 | 1 | 3 | 8 | 1972 | 1972 | 0 | 3 | | 1 | 2 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1296 | X9UH1049385394DX2NKO | 49 | 1 | 11 | 11 | 1966 | 1967 | 1 | 3 | 1 | 2 |
| 1297 | 4N0G1049389530Q7RFF1 | 38 | 1 | 1 | 1 | 1978 | 1978 | 0 | 3 | 1 | 3 |
| 1298 | D17U1049400027X8N1AW | 31 | 1 | 8 | 17 | 1984 | 1985 | 1 | 2 1 | | 4 |
| 1299 | LRMZ1049398438DYSARU | 29 | 1 | 6 | 11 | 1988 | 1987 | -1 | 2 1 | | 1 |
| 1300 | P8571049399906RFTDSV | 31 | 2 | 8 | 12 | 1984 | 1985 | 1 | 2 | 1 | 3 |
| 1301 | CCDG1049407998UB9GY4 | 35 | 1 | 12 | 8 | 1980 | 1981 | 1 | 3 | 1 | 3 |
| 1302 | WT4L1049407814NV3EYD | 34 | 2 | 11 | 12 | 1981 | 1982 | 1 | 2 | 1 | 1 |
| 1303 | UHS51049406893MLAFAN | 30 | 2 | 6 | 18 | 1985 | 1986 | 1 | 2 | 1 | 3 |
| 1304 | MYU21049414165GANM6D | 52 | 1 | 3 | 18 | 1964 | 1964 | 0 | 3 | 1 | 1 |
| 1305 | Q7GP1049414703KLZXN9 | 32 | 1 | 7 | 13 | 1983 | 1984 | 1 | 2 1 | | 1 |
| 1306 | NL4Z1049422556LKHPQA | 41 | 1 | 12 | 30 | 1974 | 1975 | 1 | 3 | 1 | 2 |
| 1307 | 95AT1049426888HQWTBS | 50 | 1 | 3 | 19 | 1966 | 1966 | 0 | 3 | 1 | 2 |
| 1308 | D6YY1049428630K9EDUI | 39 | 1 | 3 | 15 | 1977 | 1977 | 0 | 3 | 1 | 3 |
| 1309 | YR051049431376I0TIJI | 44 | 1 | 6 | 3 | 1971 | 1972 | 1 | 3 | 1 | 4 |
| 1310 | DFAZ1049432595MHTGOS | 42 | 1 | 9 | 27 | 1973 | 1974 | 1 | 3 | 1 | 4 |
| 1311 | J2RX1049452161MKZNYZ | 33 | 2 | 8 | 8 | 1982 | 1983 | 1 | 2 | 1 | 3 |
| 1312 | IJRO1049464024AQXY34 | 29 | 1 | 5 | 4 | 1986 | 1987 | 1 | 2 1 | | 3 |
| 1313 | OSIP1049476095O2G02P | 32 | 2 | 1 | 6 | 1984 | 1984 | 0 | 2 | 1 | 1 |
| 1314 | OBV41049477649L3E77K | 28 | 2 | 1 | 14 | 1988 | 1988 | 0 | 2 | 1 | 1 |
| 1315 | XEXG1049544946T4AGWG | 29 | 2 | 8 | 25 | 1986 | 1987 | 1 | 2 | 1 | 2 |
| 1316 | Z2V91049551210WV2JDN | 30 | 2 | 3 | 12 | 1986 | 1986 | 0 | 2 | 1 | 4 |
| 1317 | RC0K1049565180F2EN0W | 32 | 2 | 2 | 16 | 1984 | 1984 | 0 | 2 | 1 | 3 |
| 1318 | 1IWB1049644133VDDPJD | 19 | 2 | 8 | 19 | 1996 | 1997 | 1 | 2 | 1 | 4 |
| 1319 | ODBV1049887496LXVVZQ | 21 | 2 | 1 | 4 | 1995 | 1995 | 0 | 2 | 1 | 2 |
| 1320 | FF3I1049905111YW0DOW | 31 | 1 | 4 | 26 | 1984 | 1985 | 1 | 2 1 | | 4 |
| 1321 | N50H1049985255MKWBDT | 28 | 1 | 1 | 11 | 1988 | 1988 | 0 | 2 1 | | 3 |
| 1322 | EP0N1050047438J98SI5 | 21 | 2 | 11 | 1 | 1994 | 1995 | 1 | 2 | 1 | 1 |
| 1323 | RRVZ1050045387SEXIY9 | 20 | 1 | 1 | 12 | 1996 | 1996 | 0 | 2 1 | | 4 |
| 1324 | TADW1050059956ZIO55S | 23 | 1 | 7 | 29 | 1992 | 1993 | 1 | 2 1 | | 1 |
| 1325 | ZWAO1050063103AVX9O6 | 31 | 2 | 3 | 12 | 1985 | 1985 | 0 | 2 | 1 | 1 |
| 1326 | SYCR1050179653U4XBIN | 25 | 2 | 3 | 29 | 1991 | 1991 | 0 | 2 | 1 | 3 |
| 1327 | 3D5B1050208826J5Y9UE | 28 | 1 | 9 | 21 | 1987 | 1988 | 1 | 2 1 | | 2 |
| 1328 | K7J21050210176XZ812O | 27 | 2 | 4 | 13 | 1988 | 1989 | 1 | 2 | 1 | 3 |
| 1329 | LOGA1050220759ESI9ZH | 34 | 1 | 4 | 22 | 1981 | 1982 | 1 | 2 1 | | 2 |
| 1330 | MKQ11050250695BV7V08 | 30 | 2 | 3 | 2 | 1986 | 1986 | 0 | 2 | 1 | 4 |
| 1331 | ZY2Y1050256852L6AJK7 | 25 | 2 | 2 | 24 | 1990 | 1991 | 1 | 2 | 1 | 3 |
| 1332 | X99G1050271925ZJFT7Y | 30 | 2 | 5 | 20 | 1985 | 1986 | 1 | 2 | 1 | 4 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1333 | CPHH1050277167G8IBOF | 22 | 2 | 1 | 15 | 1994 | 1994 | 0 | 2 | 1 | 4 |
| 1334 | 99991050277466LB5QK8 | 23 | 2 | 9 | 21 | 1992 | 1993 | 1 | 2 | 1 | 2 |
| 1335 | GSVI1050284173K3YXIK | 31 | 2 | 10 | 16 | 1984 | 1985 | 1 | 2 | 1 | 2 |
| 1336 | THJZ1050300183Z55DD1 | 23 | 2 | 12 | 22 | 1992 | 1993 | 1 | 2 | 1 | 1 |
| 1337 | NRLU1050300766W3KEJ9 | 23 | 2 | 10 | 31 | 1992 | 1993 | 1 | 2 | 1 | 1 |
| 1338 | W13S1050324000VU0DCJ | 28 | 2 | 6 | 10 | 1987 | 1988 | 1 | 2 | 1 | 4 |
| 1339 | 35VB1050361511H1WYWS | 25 | 2 | 7 | 20 | 1991 | 1991 | 0 | 2 | 1 | 4 |
| 1340 | 4SAJ1050379932EBUQ0J | 32 | 1 | 7 | 29 | 1983 | 1984 | 1 | 2 1 | | 3 |
| 1341 | K4HH1050391453PXJKDL | 29 | 2 | 3 | 6 | 1987 | 1987 | 0 | 2 | 1 | 1 |
| 1342 | 04PM1050396514X91OYJ | 23 | 1 | 1 | 1 | 1993 | 1993 | 0 | 2 1 | | 3 |
| 1343 | VDD41050405830T7512N | 30 | 2 | 5 | 21 | 1985 | 1986 | 1 | 2 | 1 | 2 |
| 1344 | DW6J1050417991HPV1TZ | 26 | 2 | 1 | 2 | 1990 | 1990 | 0 | 2 | 1 | 3 |
| 1345 | K1Z91050438976AMH3QS | 26 | 2 | 4 | 13 | 1989 | 1990 | 1 | 2 | 1 | 3 |
| 1346 | C5DD1050458734FH46P5 | 20 | 1 | 9 | 17 | 1995 | 1996 | 1 | 2 1 | | 2 |
| 1347 | VT9O1050458761GLQA2W | 30 | 2 | 8 | 13 | 1985 | 1986 | 1 | 2 | 1 | 2 |
| 1348 | ES0I1050480158N9GY4Y | 33 | 2 | 4 | 24 | 1982 | 1983 | 1 | 2 | 1 | 3 |
| 1349 | 7N991050528598OAA0FC | 23 | 2 | 10 | 12 | 1992 | 1993 | 1 | 2 | 1 | 4 |
| 1350 | 8TBO1050527401SNFVYX | 26 | 2 | 10 | 16 | 1989 | 1990 | 1 | 2 | 1 | 3 |
| 1351 | MSJJ1050655059SRA239 | 27 | 1 | 4 | 7 | 1988 | 1989 | 1 | 2 1 | | 2 |
| 1352 | UER11050876723G5LUKS | 34 | 1 | 7 | 27 | 1981 | 1982 | 1 | 2 1 | | 2 |
| 1353 | T60I1051038929JAJCMB | 31 | 1 | 8 | 15 | 1984 | 1985 | 1 | 2 1 | | 1 |
| 1354 | OLTT1051475464CYN57U | 25 | 1 | 3 | 17 | 1991 | 1991 | 0 | 2 1 | | 4 |
| 1355 | XSS31051498389I9ALIJ | 27 | 1 | 8 | 3 | 1988 | 1989 | 1 | 2 1 | | 2 |
| 1356 | UYZ61051519941TZ1U0T | 31 | 1 | 9 | 13 | 1984 | 1985 | 1 | 2 1 | | 2 |
| 1357 | B9AB1051701886YO9VPT | 30 | 1 | 6 | 11 | 1985 | 1986 | 1 | 2 1 | | 2 |
| 1358 | TODD1051905603URQK0O | 28 | 1 | 3 | 28 | 1988 | 1988 | 0 | 2 1 | | 1 |
| 1359 | QWTT1051909186CYN2P8 | 30 | 1 | 8 | 14 | 1985 | 1986 | 1 | 2 1 | | 2 |
| 1360 | 7CZR1052098449DMS64F | 20 | 1 | 4 | 28 | 1995 | 1996 | 1 | 2 1 | | 1 |
| 1361 | 2QA51052436443FPCL0D | 33 | 1 | 11 | 4 | 1982 | 1983 | 1 | 2 1 | | 4 |
| 1362 | QBUI1052472751YT9IHJ | 27 | 1 | 7 | 22 | 1988 | 1989 | 1 | 2 1 | | 3 |
| 1363 | 6RFG1052490872F7PL90 | 30 | 1 | 8 | 23 | 1985 | 1986 | 1 | 2 1 | | 3 |
| 1364 | 1UXT1052572416EJITUA | 28 | 1 | 8 | 25 | 1987 | 1988 | 1 | 2 1 | | 3 |
| 1365 | L86E1052689558F82UFX | 26 | 1 | 5 | 16 | 1989 | 1990 | 1 | 2 1 | | 3 |
| 1366 | 3FBK1052709000PKI7B9 | 28 | 1 | 7 | 15 | 1987 | 1988 | 1 | 2 1 | | 2 |
| 1367 | OMTI1052899973YKY3TT | 26 | 1 | 1 | 1 | 1990 | 1990 | 0 | 2 1 | | 2 |
| 1368 | ESHS1052954585D7AIDY | 20 | 1 | 4 | 2 | 1995 | 1996 | 1 | 2 1 | | 3 |
| 1369 | 1XFB1053035909H2FJ0K | 29 | 1 | 5 | 22 | 1986 | 1987 | 1 | 2 1 | | 3 |

| 1370 | SWLT1053086796RBWG7U | 21 | 1 | 1 | 31 | 1995 | 1995 | 0 | 2 1 | 2 |
| 1371 | NBX51053085513BLX6XR | 21 | 1 | 7 | 1 | 1994 | 1995 | 1 | 2 1 | 4 |
| 1372 | GLI31053223859QBL7ES | 26 | 1 | 1 | 2 | 1990 | 1990 | 0 | 2 1 | 3 |
| 1373 | YEWI1053235873EK3L89 | 31 | 1 | 11 | 5 | 1984 | 1985 | 1 | 2 1 | 2 |
| 1374 | Z5EU1053235655CYAOWM | 31 | 1 | 5 | 29 | 1984 | 1985 | 1 | 2 1 | 2 |
| 1375 | DVCG1053294890UMPGPO | 30 | 1 | 12 | 6 | 1985 | 1986 | 1 | 2 1 | 3 |
| 1376 | Q5QH1053342019GDUO8D | 26 | 1 | 8 | 9 | 1989 | 1990 | 1 | 2 1 | 2 |
| 1377 | DQ5A1053506233NY10IB | 25 | 1 | 6 | 26 | 1990 | 1991 | 1 | 2 1 | 3 |
| 1378 | QPUB1053611875TR800Q | 28 | 1 | 3 | 24 | 1988 | 1988 | 0 | 2 1 | 1 |
| 1379 | NRQ81053630576FAP42C | 21 | 1 | 12 | 18 | 1994 | 1995 | 1 | 2 1 | 3 |
| 1380 | XNOC1053967833BCPM8J | 33 | 1 | 12 | 19 | 1982 | 1983 | 1 | 2 1 | 4 |
| 1381 | NI1O1054021988W4OQ4P | 24 | 1 | 3 | 2 | 1992 | 1992 | 0 | 2 1 | 1 |
| 1382 | PHNS1054151220PLX6VS | 24 | 1 | 12 | 16 | 1991 | 1992 | 1 | 2 1 | 4 |
| 1383 | GFER1054219774SI76XU | 30 | 1 | 12 | 14 | 1986 | 1986 | 0 | 2 1 | 4 |
| 1384 | XHNA1054222347Y7JEMS | 29 | 1 | 9 | 23 | 1986 | 1987 | 1 | 2 1 | 2 |
| 1385 | 62GV1054408442JV2EIL | 24 | 1 | 6 | 23 | 1991 | 1992 | 1 | 2 1 | 1 |
| 1386 | JPH31054528180SLN972 | 34 | 1 | 3 | 12 | 1983 | 1982 | -1 | 2 1 | 4 |
| 1387 | CSP51054584144R0GQ5M | 32 | 1 | 8 | 29 | 1983 | 1984 | 1 | 2 1 | 2 |
| 1388 | CS6I1054705759IKSTFI | 30 | 1 | 3 | 14 | 1985 | 1986 | 1 | 2 1 | 1 |
| 1389 | 94BY1054715122SVZJII | 25 | 1 | 1 | 15 | 1990 | 1991 | 1 | 2 1 | 4 |
| 1390 | 6A2P1054720273WP6QOC | 26 | 1 | 11 | 9 | 1989 | 1990 | 1 | 2 1 | 4 |
| 1391 | L2AH1054733755YVKXF4 | 30 | 1 | 4 | 24 | 1985 | 1986 | 1 | 2 1 | 4 |
| 1392 | QG011054727254ECZ2SY | 25 | 1 | 3 | 12 | 1990 | 1991 | 1 | 2 1 | 4 |
| 1393 | Z18N1054761044EO9CAV | 25 | 1 | 10 | 15 | 1990 | 1991 | 1 | 2 1 | 4 |
| 1394 | NJT91054764962BEHL67 | 25 | 1 | 5 | 14 | 1990 | 1991 | 1 | 2 1 | 1 |
| 1395 | TO5U1054790077A5TIN2 | 23 | 1 | 8 | 11 | 1992 | 1993 | 1 | 2 1 | 1 |
| 1396 | UD7V1054795124TTSG17 | 33 | 1 | 1 | 28 | 1982 | 1983 | 1 | 2 1 | 1 |
| 1397 | V48I1054798388JQ6F84 | 32 | 1 | 3 | 22 | 1983 | 1984 | 1 | 2 1 | 4 |
| 1398 | GDGL1054801197USZMTW | 29 | 1 | 11 | 10 | 1986 | 1987 | 1 | 2 1 | 4 |
| 1399 | NMXH1054806242WTM56L | 28 | 1 | 12 | 8 | 1987 | 1988 | 1 | 2 1 | 4 |
| 1400 | 8BSL1054805925PE1E7P | 34 | 1 | 6 | 18 | 1981 | 1982 | 1 | 2 1 | 4 |
| 1401 | QE3R1054819809MY31FP | 30 | 1 | 4 | 7 | 1987 | 1986 | -1 | 2 1 | 2 |
| 1402 | D6R11054821757G2CWPR | 25 | 1 | 10 | 8 | 1990 | 1991 | 1 | 2 1 | 4 |
| 1403 | P1CG1054821892TSCR8H | 28 | 1 | 1 | 19 | 1988 | 1988 | 0 | 2 1 | 2 |
| 1404 | 008R1054830524PSXNGU | 27 | 1 | 12 | 10 | 1988 | 1989 | 1 | 2 1 | 4 |
| 1405 | BLG91054839316V3KUWZ | 30 | 1 | 8 | 28 | 1985 | 1986 | 1 | 2 1 | 4 |
| 1406 | ZG2U1054907041RNFB6B | 33 | 1 | 2 | 19 | 1982 | 1983 | 1 | 2 1 | 4 |

| Q3_0_1 | Q3_0_2 | Q3_0_3 | Q3_0_4 | Q3_1_1 | Q3_1_2 | Q3_1_3 | Q3_1_4 | Q4_0 | Q5_0_1 | Q5_0_2 | Q6_0 | Q6_1 | Q7_0 | Q7_1 | Q8_0 | Q9_0 | Q9_1 | TERMPUNCH | OQPUNCH | COKE | JELLO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 2 | 1 |
| 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 2 |
| 2 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 1 | 2 | 1 | 3 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 2 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 2 | 1 |
| 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 1 | 1 | 2 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 2 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 |  |  | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 |  | 3 | 1 | 2 |  |  | 1 | 1 |

```
1  2  1  2  1  2  1  2  1  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  2  2  2  2  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  1  1  1  1  2  2  1  1  2    3  1  2        2  2
1  2  2  1  1  3  3  1  2  2  2  1  1  2    3  1  2        1  1
1  2  2  2  1  2  2  2  1  2  2  1  1  1 1  3  1  2        1  2
1  2  2  1  2  2  2  2  2  2  2  1  1  2    3  1  2        2  1
1  1  1  1  3  1  3  1  1  2  2  1  1  1 1  3  1  2        1  1
2  2  2  2  1  2  2  1  1  2  2  1  1  1 1  3  1  2        1  1
1  2  2  2  1  2  2  2  1  2  2  1  1  2    3  1  2        1  1
1  2  2  1  1  3  2  3  2  2  2  1  1  1 1  3  1  2        1  1
1  1  1  1  1  1  1  1  2  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  1  1  1  2  2  2  1  1  2    3  1  2        2  1
2  1  2  1  1  1  1  1  2  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  1  1  2  2  2  2  1  1  2    3  1  2        1  1
1  2  2  1  1  1  1  1  3  2  2  1  1  1 1  3  1  2        1  2
1  1  2  2  1  3  3  3  2  2  2  1  1  1 1  3  1  2        1  1
2  1  1  1  1  1  2  2  2  2  2  1  1  1 1  3  1  2        1  1
2  1  1  1  1  1  1  1  1  2  2  1  1  2    3  1  2        1  2
1  2  1  2  1  2  1  2  2  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  1  1  2  1  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  2  2  2  1  2  2  1  1  1 1  3  1  2        1  2
2  2  2  2  1  2  2  2  1  2  2  1  1  1 1  3  1  2        1  2
2  1  1  1  1  1  1  1  2  2  2  1  1  1 1  3  1  2        2  1
2  1  2  2  1  1  1  1  2  2  2  1  1  1 1  3  1  2        2  1
1  2  2  2  1  3  1  3  2  2  2  1  1  2    3  1  2        1  2
1  1  1  1  1  1  1  1  2  2  2  1  1  2    3  1  2        1  1
1  1  1  1  1  1  1  1  1  2  2  1  1  2    3  1  2        2  1
2  1  1  1  1  1  1  1  1  2  2  1  1  1 1  3  1  2        1  1
1  1  1  1  1  1  1  1  2  2  2  1  1  2    3  1  2        1  2
1  1  1  1  1  1  1  1  2  2  2  1  1  1 1  3  1  2        1  1
1  2  2  2  1  2  2  2  1  2  2  1  1  2    3  1  2        1  1
1  1  1  1  1  1  1  1  2  2  2  1  1  2    3  1  2        1  1
2  2  2  2  1  2  1  1  2  2  2  1  1  2    3  1  2        1  1
1  1  1  1  1  1  1  1  2  2  2  1  1  1 1  3  1  2        1  2
1  1  1  1  1  1  1  1  1  2  2  1  1  1 1  3  1  2        1  1
2  1  1  1  1  1  1  1  2  2  2  1  1  2    3  1  2        1  1
1  2  2  2  1  2  2  1  2  2  2  1  1  1 1  3  1  2        1  1
```

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 | C17 | C18 | | C19 | C20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 3 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 2 | 1 |
| 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 1 | 1 | 3 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 3 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 2 | 2 | 1 | 1 | 3 | 3 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 2 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 3 | 2 | 3 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 3 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | | 1 | 1 |

```
1   1   1   1   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   1
2   2   1   2   1   1   1   1   1   2   2   1   1   1 1   3   1   2          1   1
1   1   1   1   1   1   1   1   2   2   2   1   1   2     3   1   2          1   1
1   1   1   1   1   1   1   1   1   2   2   1   1   1 1   3   1   2          1   1
1   1   1   1   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   1
1   2   2   2   1   3   1   3   1   2   2   1   1   1 1   3   1   2          1   1
1   3   3   3   1   3   3   3   1   2   2   1   1   2     3   1   2          1   1
2   2   2   2   1   2   1   1   2   2   2   1   1   2     3   1   2          1   1
1   2   2   2   1   2   2   2   1   2   2   1   1   1 1   3   1   2          1   1
2   2   2   1   1   1   1   1   2   2   2   1   1   2     3   1   2          1   1
2   2   2   2   1   1   2   2   1   2   2   1   1   2     3   1   2          1   1
1   1   1   1   1   1   1   1   2   2   2   1   1   2     3   1   2          1   1
1   1   2   2   1   3   3   1   2   2   2   1   1   2     3   1   2          1   2
2   2   2   2   1   2   2   2   2   2   2   1   1   2     3   1   2          1   1
1   1   1   1   1   1   1   1   1   2   2   1   1   2     3   1   2          1   1
1   1   2   1   1   3   3   3   2   2   2   1   1   2     3   1   2          1   1
2   2   2   2   1   1   1   1   2   2   2   1   1   2     3   1   2          2   1
1   1   1   1   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   1
2   2   2   2   1   2   1   1   2   2   2   1   1   1 1   3   1   2          1   3
1   2   1   1   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   2
1   2   1   2   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   1
2   2   1   1   1   1   1   1   2   2   2   1   1   2     3   1   2          1   1
2   2   2   2   1   2   1   1   1   2   2   1   1   2     3   1   2          1   1
1   2   2   2   1   3   2   1   2   2   2   1   1   2     3   1   2          1   1
1   1   1   1   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   1
2   2   2   2   1   2   2   2   1   2   2   1   1   1 1   3   1   2          1   1
2   2   2   2   1   2   2   2   3   2   2   1   1   2     3   1   2          1   1
2   1   1   2   1   2   1   2   1   2   2   1   1   2     3   1   2          1   1
1   1   1   1   1   1   1   1   2   2   2   1   1   2     3   1   2          1   1
2   2   2   1   1   1   1   1   1   2   2   1   1   2     3   1   2          1   1
2   2   2   2   1   2   2   2   3   2   2   1   1   1 1   3   1   2          1   1
2   2   2   2   1   2   2   2   1   2   2   1   1   2     3   1   2          1   2
1   2   2   1   1   1   1   1   2   2   2   1   1   1 1   3   1   2          1   1
```

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 | C17 | | C18 | C19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 2 | 2 | 1 | 1 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 2 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |

| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 3 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 3 | 1 | 3 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 2 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 3 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 3 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 2 | 2 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 3 | 3 | 3 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 3 | 2 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 3 | 3 | 3 | 3 | 1 | 3 | 3 | 3 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 2 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 1 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 2 | 2 |
| 1 | 2 | 2 | 1 | 1 | 3 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 2 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 2 |
| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 2 | 1 |
| 3 | 3 | 1 | 1 | 1 | 3 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 2 | 3 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 3 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 1 | 2 | 1 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 3 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 2 |
| 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 3 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 1 | 1 | 1 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 3 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | | 3 | 1 | 2 | 1 | 2 |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 2 | 2 | 1 | 1 | 2 | 3 | 3 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 3 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 2 | 2 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 2 | 1 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 3 |
| 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 1 | 1 | 2 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 1 | 2 | 1 | 3 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 2 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 3 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | | 1 | 2 |

2 2 1 2 1 1 1 1 1 2 2 1 1 2 3 1 2          1 1
2 2 2 2 1 1 1 1 1 2 2 1 1 2 3 1 2          1 1
1 2 2 1 2 2 2 2 2 2 2 1 1 1 1 3 1 2        2 1
1 2 2 1 2 2 1 1 1 2 2 1 1 2 3 1 2          1 1
1 2 2 1 2 2 2 1 2 2 2 1 1 2 3 1 2          1 1
2 2 2 2 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1
2 2 2 2 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1
2 2 2 2 1 2 2 3 2 2 2 1 1 2 3 1 2          2 2
1 1 1 1 1 1 1 1 1 2 2 1 1 1 1 3 1 2        1 1
1 1 1 2 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1
1 1 1 2 1 1 1 3 2 2 2 1 1 2 3 1 2          1 1
1 1 2 2 1 1 2 1 2 2 2 1 1 1 1 3 1 2        2 1
1 2 1 2 1 3 1 1 2 2 2 1 1 2 3 1 2          1 1
2 2 1 1 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1
1 3 1 3 1 2 1 2 2 2 2 1 1 1 1 3 1 2        1 2
1 1 1 1 1 1 1 1 3 2 2 1 1 2 3 1 2          1 1
1 2 2 2 1 2 3 1 1 2 2 1 1 1 1 3 1 2        2 1
2 2 2 2 1 2 2 2 2 2 2 1 1 1 1 3 1 2        1 1
1 2 1 1 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1
1 1 2 2 1 1 2 2 2 2 2 1 1 1 1 3 1 2        1 1
1 1 1 1 1 1 1 1 1 2 2 1 1 2 3 1 2          1 2
2 2 2 2 1 3 3 1 2 2 2 1 1 2 3 1 2          2 1
2 2 2 2 1 1 1 1 2 2 2 1 1 2 3 1 2          2 1
1 2 2 2 1 2 2 2 2 2 2 1 1 1 1 3 1 2        1 1
1 2 1 2 1 2 1 2 2 2 2 1 1 1 1 3 1 2        1 1
2 2 2 2 1 1 1 3 1 2 2 1 1 2 3 1 2          1 1
1 1 1 2 1 1 1 2 2 2 2 1 1 2 3 1 2          1 2
2 2 2 1 1 2 2 1 2 2 2 1 1 2 3 1 2          2 1
1 2 2 1 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1
1 1 1 1 1 1 1 1 1 2 2 1 1 1 1 3 1 2        1 2
1 1 1 1 1 1 1 1 1 2 2 1 1 2 3 1 2          2 2
2 2 2 2 1 2 2 2 2 2 2 1 1 2 3 1 2          1 1
2 2 1 1 1 2 1 1 2 2 2 1 1 1 1 3 1 2        1 1
2 1 1 1 1 1 1 1 2 2 2 1 1 2 3 1 2          2 1
1 1 1 2 1 1 1 1 2 2 2 1 1 2 3 1 2          1 1

```
1 2 2 2 1 2 1 2 2 2 2 1 1 1 1 3 1 2        1 1
1 2 2 2 1 2 3 2 2 2 2 1 1 1 1 3 1 2        1 1
2 3 1 1 1 1 1 1 2 2 2 1 1 2   3 1 2        1 2
1 2 2 2 1 2 1 2 2 2 2 1 1 2   3 1 2        1 1
2 2 2 2 1 2 2 2 2 2 2 1 1 1 1 3 1 2        1 1
2 1 2 1 1 1 1 1 2 2 2 1 1 2   3 1 2        1 1
2 2 1 2 1 3 1 1 2 2 2 1 1 2   3 1 2        1 1
1 2 1 2 1 2 1 2 1 2 2 1 1 2   3 1 2        1 1
2 2 2 1 1 1 1 1 2 2 2 1 1 2   3 1 2        1 1
1 1 1 1 1 1 1 1 1 2 2 1 1 1 1 3 1 2        1 2
2 1 2 2 1 1 1 1 1 2 2 1 1 1 1 3 1 2        1 1
1 1 1 1 1 1 1 1 1 2 2 1 1 1 1 3 1 2        1 2
2 2 2 1 1 2 2 1 2 2 2 1 1 1 1 3 1 2        1 1
1 1 1 1 1 1 1 1 2 2 2 1 1 1 1 3 1 2        1 1
2 1 2 1 1 1 2 1 1 2 2 1 1 2   3 1 2        1 1
2 1 1 2 1 3 1 1 2 2 2 1 1 2   3 1 2        1 1
2 2 1 2 1 2 1 2 3 2 2 1 1 1 1 3 1 2        1 1
1 2 2 2 1 2 2 2 2 2 2 1 1 1 1 3 1 2        1 1
1 1 3 3 3 3 3 3 2 2 2 1 1 1 1 3 1 2        1 1
1 1 1 1 1 1 1 1 1 2 2 1 1 2   3 1 2        1 2
2 1 1 2 1 1 3 3 1 2 2 1 1 2   3 1 2        1 1
2 2 2 2 1 2 1 2 1 2 2 1 1 1 1 3 1 2        2 2
1 1 1 2 1 1 1 1 2 2 2 1 1 2   3 1 2        1 1
1 1 1 2 1 1 1 1 1 2 2 1 1 1 1 3 1 2        1 1
1 2 1 2 1 2 1 2 1 2 2 1 1 1 1 3 1 2        1 2
1 1 1 1 1 1 1 1 2 2 2 1 1 2   3 1 2        1 1
1 1 1 2 1 1 1 1 2 2 2 1 1 2   3 1 2        1 1
1 2 2 2 1 1 1 2 1 2 2 1 1 2   3 1 2        1 1
2 2 2 2 1 1 1 1 2 2 2 1 1 2   3 1 2        1 1
1 1 1 2 1 1 1 1 2 2 2 1 1 1 1 3 1 2        1 1
2 2 2 2 1 2 3 2 2 2 2 1 1 2   3 1 2        1 1
1 1 1 1 1 1 1 1 2 2 2 1 1 1 1 3 1 2        1 1
2 2 1 3 1 2 1 2 1 2 2 1 1 2   3 1 2        1 1
1 3 1 3 1 3 1 3 2 2 2 1 1 1 1 3 1 2        1 2
1 1 2 2 1 2 2 2 2 2 2 1 1 1 1 3 1 2        1 1
2 2 2 2 1 2 2 2 2 2 2 1 1 2   3 1 2        1 1
```

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 | C17 | C18 | C19 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|------|----|----|----|----|----|
| 1 | 2 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 2 | 2 |
| 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 1 | 1 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 3 | 2 |
| 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 2 |
| 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 2 | 2 |
| 1 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 2 | 2 |
| 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 2 | 2 | 1 | 1 | 1 | 3 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 2 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 3 | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 1 | 2 |
| 1 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 1 | 3 | 1 | 2 | 1 | 1 |

| REFRIGERAT | MARGARINE | AMERICAN_A | GAS_STATIO | DEMOCRATIC | POLITICAL_ | CONVENTION | ANIME_EXPO | COMICCON | CMS | RDATE | RDATECOMPL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 15:25:0 | 2016-03-15 15:26:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 15:24:0 | 2016-03-15 15:26:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 15:24:2 | 2016-03-15 15:27:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-03-15 15:25:4 | 2016-03-15 15:29:0 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 15:28:1 | 2016-03-15 15:31:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 15:35:4 | 2016-03-15 15:38:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 15:34:3 | 2016-03-15 15:39:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 15:37:1 | 2016-03-15 15:40:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 15:38:3 | 2016-03-15 15:41:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 15:40:3 | 2016-03-15 15:43:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 3 | 1 | 2016-03-15 15:40:5 | 2016-03-15 15:43:1 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-15 15:41:0 | 2016-03-15 15:47:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 3 | 1 | 2016-03-15 15:44:4 | 2016-03-15 15:50:5 |
| 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 15:52:3 | 2016-03-15 15:55:4 |
| 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-15 15:58:4 | 2016-03-15 16:00:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 15:56:3 | 2016-03-15 16:01:0 |
| 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 2016-03-15 15:58:2 | 2016-03-15 16:01:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:00:3 | 2016-03-15 16:02:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 15:58:1 | 2016-03-15 16:04:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-15 16:04:2 | 2016-03-15 16:06:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:05:1 | 2016-03-15 16:07:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-15 16:04:1 | 2016-03-15 16:07:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:05:2 | 2016-03-15 16:08:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2016-03-15 16:04:2 | 2016-03-15 16:08:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 16:00:4 | 2016-03-15 16:08:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 3 | 3 | 1 | 2016-03-15 16:02:4 | 2016-03-15 16:09:0 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-15 16:07:0 | 2016-03-15 16:09:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:05:0 | 2016-03-15 16:11:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:11:3 | 2016-03-15 16:13:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:12:3 | 2016-03-15 16:14:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:11:3 | 2016-03-15 16:15:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:16:0 | 2016-03-15 16:18:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 16:16:2 | 2016-03-15 16:19:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-15 16:16:1 | 2016-03-15 16:19:4 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 16:20:4 | 2016-03-15 16:23:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:22:3 | 2016-03-15 16:24:4 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:22:5 | 2016-03-15 16:25:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:22:2 | 2016-03-15 16:25:3 |
| 2 | 1 | 1 | 2 | 2 | 2 | 3 | 1 | 3 | 1 | 2016-03-15 16:24:3 | 2016-03-15 16:26:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:25:4 | 2016-03-15 16:28:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:30:2 | 2016-03-15 16:33:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:29:2 | 2016-03-15 16:33:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:12:5 | 2016-03-15 16:34:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:38:4 | 2016-03-15 16:41:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-15 16:39:5 | 2016-03-15 16:43:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:40:2 | 2016-03-15 16:44:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:43:1 | 2016-03-15 16:45:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 3 | 1 | 2016-03-15 16:38:4 | 2016-03-15 16:46:4 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:41:5 | 2016-03-15 16:49:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 16:47:2 | 2016-03-15 16:49:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:48:0 | 2016-03-15 16:52:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-15 16:51:0 | 2016-03-15 16:56:0 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-15 17:00:0 | 2016-03-15 17:03:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-15 17:03:2 | 2016-03-15 17:06:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 17:04:5 | 2016-03-15 17:08:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-15 15:36:2 | 2016-03-15 17:22:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-15 20:49:3 | 2016-03-15 20:51:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-15 23:21:2 | 2016-03-15 23:25:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 10:29:2 | 2016-03-16 10:32:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 10:53:3 | 2016-03-16 10:58:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 11:13:1 | 2016-03-16 11:16:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-16 11:17:2 | 2016-03-16 11:19:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 11:24:2 | 2016-03-16 11:26:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-16 11:33:2 | 2016-03-16 11:35:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2016-03-16 11:36:1 | 2016-03-16 11:38:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 11:34:1 | 2016-03-16 11:41:3 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 11:51:2 | 2016-03-16 11:57:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 12:11:0 | 2016-03-16 12:13:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 12:25:0 | 2016-03-16 12:28:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 12:31:3 | 2016-03-16 12:33:3 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 12:35:3 | 2016-03-16 12:37:0 |
| 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-16 12:48:0 | 2016-03-16 12:53:1 |
| 2 | 2 | 1 | 2 | 3 | 3 | 2 | 1 | 1 | 1 | 2016-03-16 13:15:4 | 2016-03-16 13:20:5 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2016-03-16 13:23:2 | 2016-03-16 13:26:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 13:25:0 | 2016-03-16 13:27:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 13:28:4 | 2016-03-16 13:32:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 13:53:3 | 2016-03-16 13:56:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 13:59:0 | 2016-03-16 14:01:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 14:06:1 | 2016-03-16 14:10:2 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 13:56:4 | 2016-03-16 14:12:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 14:44:1 | 2016-03-16 14:47:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 14:52:3 | 2016-03-16 14:55:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-16 14:54:0 | 2016-03-16 14:56:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 14:59:4 | 2016-03-16 15:02:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 14:51:4 | 2016-03-16 15:03:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 15:23:5 | 2016-03-16 15:26:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 16:55:5 | 2016-03-16 17:00:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 17:13:4 | 2016-03-16 17:15:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 17:32:0 | 2016-03-16 17:34:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-16 17:49:4 | 2016-03-16 17:52:2 |
| 2 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2016-03-16 21:05:3 | 2016-03-16 21:07:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-16 22:29:1 | 2016-03-16 22:33:4 |
| 1 | 1 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-16 23:05:1 | 2016-03-16 23:13:5 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 1 | 2 | 1 | 2016-03-16 23:44:0 | 2016-03-16 23:51:0 |
| 2 | 2 | 2 | 2 | 3 | 2 | 2 | 3 | 1 | 1 | 2016-03-17 01:18:0 | 2016-03-17 01:20:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-17 02:15:1 | 2016-03-17 02:18:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-17 03:01:3 | 2016-03-17 03:03:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-17 07:10:0 | 2016-03-17 07:12:3 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 2016-03-17 10:44:4 | 2016-03-17 10:47:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-17 15:21:2 | 2016-03-17 15:23:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 2016-03-17 15:27:0 | 2016-03-17 15:29:3 |
| 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-17 20:56:3 | 2016-03-17 20:58:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 15:57:5 | 2016-03-30 16:00:3 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 15:59:4 | 2016-03-30 16:02:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 15:58:2 | 2016-03-30 16:02:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 16:03:5 | 2016-03-30 16:06:1 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:03:4 | 2016-03-30 16:07:5 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:01:3 | 2016-03-30 16:07:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 16:05:4 | 2016-03-30 16:07:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:04:3 | 2016-03-30 16:08:0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2016-03-30 16:03:2 | 2016-03-30 16:08:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 3 | 1 | 2016-03-30 16:04:5 | 2016-03-30 16:08:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:11:2 | 2016-03-30 16:14:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:12:3 | 2016-03-30 16:15:3 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-30 16:13:3 | 2016-03-30 16:16:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 16:11:4 | 2016-03-30 16:16:5 |
| 2 | 2 | 1 | 2 | 1 | 3 | 2 | 1 | 1 | 1 | 2016-03-30 16:14:3 | 2016-03-30 16:17:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:15:2 | 2016-03-30 16:19:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:18:1 | 2016-03-30 16:21:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 2 | 1 | 2016-03-30 16:19:0 | 2016-03-30 16:21:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 2 | 1 | 2016-03-30 16:19:4 | 2016-03-30 16:24:0 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:21:4 | 2016-03-30 16:24:5 |
| 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 16:05:2 | 2016-03-30 16:27:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:25:0 | 2016-03-30 16:30:5 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-30 16:28:1 | 2016-03-30 16:33:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:22:5 | 2016-03-30 16:34:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:38:1 | 2016-03-30 16:41:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 16:36:4 | 2016-03-30 16:42:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 2 | 1 | 2016-03-30 16:43:1 | 2016-03-30 16:45:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:42:0 | 2016-03-30 16:45:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-30 16:38:1 | 2016-03-30 16:46:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 16:44:4 | 2016-03-30 16:47:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 16:44:4 | 2016-03-30 16:47:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 16:43:3 | 2016-03-30 16:47:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:43:4 | 2016-03-30 16:47:5 |
| 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:44:5 | 2016-03-30 16:48:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 3 | 1 | 2016-03-30 16:44:0 | 2016-03-30 16:49:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-03-30 16:47:3 | 2016-03-30 16:50:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 16:46:2 | 2016-03-30 16:50:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 16:48:0 | 2016-03-30 16:50:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:46:0 | 2016-03-30 16:50:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:49:3 | 2016-03-30 16:52:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:51:2 | 2016-03-30 16:53:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:52:4 | 2016-03-30 16:55:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:50:4 | 2016-03-30 16:57:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:50:4 | 2016-03-30 16:57:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-30 16:56:1 | 2016-03-30 16:58:2 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:53:3 | 2016-03-30 16:58:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:55:3 | 2016-03-30 16:58:3 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 16:55:5 | 2016-03-30 16:58:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:55:2 | 2016-03-30 16:59:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 3 | 1 | 2016-03-30 16:57:2 | 2016-03-30 16:59:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 16:57:2 | 2016-03-30 16:59:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 16:58:1 | 2016-03-30 17:01:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:01:0 | 2016-03-30 17:03:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 16:45:0 | 2016-03-30 17:04:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 17:00:0 | 2016-03-30 17:05:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 17:04:5 | 2016-03-30 17:07:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 17:06:5 | 2016-03-30 17:09:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:09:0 | 2016-03-30 17:11:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:01:1 | 2016-03-30 17:12:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 17:13:3 | 2016-03-30 17:15:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 17:11:5 | 2016-03-30 17:16:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:16:0 | 2016-03-30 17:18:4 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 17:10:2 | 2016-03-30 17:20:0 |
| 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2016-03-30 17:20:4 | 2016-03-30 17:22:2 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 17:14:1 | 2016-03-30 17:23:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:20:1 | 2016-03-30 17:25:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 17:23:0 | 2016-03-30 17:25:4 |
| 2 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 2016-03-30 17:22:4 | 2016-03-30 17:26:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:22:0 | 2016-03-30 17:27:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:38:3 | 2016-03-30 17:40:3 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:38:5 | 2016-03-30 17:41:5 |
| 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 2016-03-30 17:37:5 | 2016-03-30 17:41:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:39:2 | 2016-03-30 17:41:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 17:38:2 | 2016-03-30 17:42:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 17:26:4 | 2016-03-30 17:42:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 16:46:0 | 2016-03-30 17:42:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 17:48:2 | 2016-03-30 17:51:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 3 | 3 | 1 | 2016-03-30 17:47:2 | 2016-03-30 17:51:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 3 | 1 | 2016-03-30 17:49:1 | 2016-03-30 17:55:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 17:53:5 | 2016-03-30 17:56:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 17:56:0 | 2016-03-30 17:58:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 17:56:2 | 2016-03-30 18:00:4 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 17:58:1 | 2016-03-30 18:00:5 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 18:04:0 | 2016-03-30 18:06:4 |
| 2 | 3 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 18:09:4 | 2016-03-30 18:12:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 18:12:5 | 2016-03-30 18:14:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 18:09:5 | 2016-03-30 18:16:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 18:13:0 | 2016-03-30 18:19:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 18:14:5 | 2016-03-30 18:20:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 3 | 1 | 2016-03-30 18:16:0 | 2016-03-30 18:21:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 18:18:5 | 2016-03-30 18:23:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 19:19:0 | 2016-03-30 18:24:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 18:29:4 | 2016-03-30 18:34:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 18:40:1 | 2016-03-30 18:43:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 18:39:3 | 2016-03-30 18:45:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 18:42:3 | 2016-03-30 18:47:5 |
| 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 19:06:4 | 2016-03-30 19:08:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 19:03:2 | 2016-03-30 19:11:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 19:13:2 | 2016-03-30 19:15:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 19:27:5 | 2016-03-30 19:30:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 19:35:1 | 2016-03-30 19:37:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 19:39:0 | 2016-03-30 19:42:4 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 19:42:2 | 2016-03-30 19:45:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 19:46:1 | 2016-03-30 19:50:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 19:49:2 | 2016-03-30 19:51:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 3 | 1 | 2016-03-30 19:48:1 | 2016-03-30 19:52:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 20:10:0 | 2016-03-30 20:14:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 20:24:0 | 2016-03-30 20:26:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-03-30 20:27:3 | 2016-03-30 20:30:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 20:35:0 | 2016-03-30 20:36:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 20:37:0 | 2016-03-30 20:39:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 20:38:2 | 2016-03-30 20:42:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 19:06:0 | 2016-03-30 20:44:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-30 20:39:5 | 2016-03-30 20:44:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 20:42:4 | 2016-03-30 20:44:5 |
| 1 | 1 | 3 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 20:37:1 | 2016-03-30 20:46:3 |
| 2 | 2 | 3 | 2 | 3 | 3 | 2 | 3 | 1 | 1 | 2016-03-30 20:47:5 | 2016-03-30 20:53:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 20:56:3 | 2016-03-30 21:00:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 21:04:2 | 2016-03-30 21:07:4 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 21:07:4 | 2016-03-30 21:10:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 21:08:3 | 2016-03-30 21:10:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 21:15:4 | 2016-03-30 21:17:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-30 21:15:1 | 2016-03-30 21:18:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-30 21:21:4 | 2016-03-30 21:27:2 |
| 2 | 2 | 1 | 2 | 1 | 3 | 2 | 1 | 2 | 1 | 2016-03-30 21:31:4 | 2016-03-30 21:35:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-30 21:34:5 | 2016-03-30 21:39:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 21:35:4 | 2016-03-30 21:39:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 21:38:4 | 2016-03-30 21:41:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 21:48:1 | 2016-03-30 21:50:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-30 21:59:2 | 2016-03-30 22:04:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 22:01:2 | 2016-03-30 22:08:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 22:16:4 | 2016-03-30 22:19:3 |
| 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 22:29:0 | 2016-03-30 22:40:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 22:38:3 | 2016-03-30 22:41:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 22:38:5 | 2016-03-30 22:42:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-03-30 22:41:4 | 2016-03-30 22:49:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-30 22:53:0 | 2016-03-30 22:55:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 22:57:2 | 2016-03-30 23:00:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 23:04:2 | 2016-03-30 23:07:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-30 23:11:1 | 2016-03-30 23:24:3 |
| 2 | 2 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 2016-03-30 23:48:0 | 2016-03-30 23:50:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-30 23:06:2 | 2016-03-31 00:09:5 |
| 1 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2016-03-31 00:21:3 | 2016-03-31 00:23:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 00:32:1 | 2016-03-31 00:34:4 |
| 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2016-03-31 00:34:1 | 2016-03-31 00:37:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 00:46:1 | 2016-03-31 00:49:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2016-03-31 00:46:0 | 2016-03-31 00:49:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 00:50:0 | 2016-03-31 00:53:0 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 00:57:4 | 2016-03-31 01:00:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 01:06:5 | 2016-03-31 01:08:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 01:12:2 | 2016-03-31 01:16:2 |
| 2 | 2 | 1 | 2 | 1 | 3 | 2 | 1 | 1 | 1 | 2016-03-31 01:30:0 | 2016-03-31 01:33:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 01:38:5 | 2016-03-31 01:42:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 01:40:2 | 2016-03-31 01:43:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 01:50:2 | 2016-03-31 01:55:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-03-31 02:00:5 | 2016-03-31 02:04:1 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-31 02:07:5 | 2016-03-31 02:10:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 02:35:4 | 2016-03-31 02:38:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 02:46:1 | 2016-03-31 02:49:5 |
| 2 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 1 | 1 | 2016-03-31 03:03:5 | 2016-03-31 03:08:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-31 03:38:5 | 2016-03-31 03:41:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 03:33:1 | 2016-03-31 03:42:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-31 05:17:3 | 2016-03-31 05:43:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 06:27:3 | 2016-03-31 06:31:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 07:25:0 | 2016-03-31 07:26:5 |
| 2 | 2 | 1 | 2 | 1 | 3 | 2 | 3 | 1 | 1 | 2016-03-31 07:34:5 | 2016-03-31 07:38:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 07:46:2 | 2016-03-31 07:48:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 08:04:5 | 2016-03-31 08:08:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 2016-03-31 08:36:0 | 2016-03-31 08:38:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 08:47:3 | 2016-03-31 08:50:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 09:18:1 | 2016-03-31 09:24:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-31 09:23:3 | 2016-03-31 09:26:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 09:17:5 | 2016-03-31 09:27:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 09:36:1 | 2016-03-31 09:38:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-03-31 09:47:2 | 2016-03-31 09:49:0 |
| 2 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-31 09:47:4 | 2016-03-31 09:49:3 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2016-03-31 09:49:5 | 2016-03-31 09:52:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 09:51:0 | 2016-03-31 09:54:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 09:53:0 | 2016-03-31 09:55:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 09:54:4 | 2016-03-31 09:57:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-31 10:01:4 | 2016-03-31 10:03:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 10:00:2 | 2016-03-31 10:04:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 10:31:2 | 2016-03-31 10:35:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 10:44:2 | 2016-03-31 10:46:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 10:43:0 | 2016-03-31 10:47:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 10:48:2 | 2016-03-31 10:50:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-03-31 10:45:5 | 2016-03-31 10:53:0 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:02:1 | 2016-03-31 11:04:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:03:0 | 2016-03-31 11:07:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 10:45:5 | 2016-03-31 11:08:1 |
| 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-03-31 11:13:2 | 2016-03-31 11:15:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:15:2 | 2016-03-31 11:22:2 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:20:0 | 2016-03-31 11:23:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:25:1 | 2016-03-31 11:27:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 11:36:0 | 2016-03-31 11:39:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:34:1 | 2016-03-31 11:39:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 11:36:5 | 2016-03-31 11:40:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 11:43:3 | 2016-03-31 11:46:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 11:43:3 | 2016-03-31 11:47:5 |
| 2 | 2 | 1 | 2 | 3 | 3 | 2 | 2 | 1 | 1 | 2016-03-31 11:42:5 | 2016-03-31 11:48:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 11:49:3 | 2016-03-31 11:54:1 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 11:50:2 | 2016-03-31 11:54:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 11:58:3 | 2016-03-31 12:00:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 12:02:5 | 2016-03-31 12:06:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 12:05:1 | 2016-03-31 12:08:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 12:08:0 | 2016-03-31 12:12:1 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 2016-03-31 12:09:2 | 2016-03-31 12:17:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 12:35:2 | 2016-03-31 12:37:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 12:50:5 | 2016-03-31 12:52:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 2016-03-31 13:09:0 | 2016-03-31 13:12:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 13:10:0 | 2016-03-31 13:13:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 14:09:0 | 2016-03-31 14:10:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2016-03-31 14:14:5 | 2016-03-31 14:16:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 14:27:3 | 2016-03-31 14:29:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 15:36:5 | 2016-03-31 15:39:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 18:47:2 | 2016-03-31 18:49:4 |
| 2 | 2 | 1 | 2 | 3 | 3 | 2 | 1 | 1 | 1 | 2016-03-31 19:02:5 | 2016-03-31 19:05:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 20:12:1 | 2016-03-31 20:14:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-03-31 21:00:4 | 2016-03-31 21:03:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2016-03-31 21:00:3 | 2016-03-31 21:04:4 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-03-31 21:11:0 | 2016-03-31 21:14:4 |
| 2 | 2 | 1 | 2 | 2 | 3 | 2 | 1 | 1 | 1 | 2016-03-31 21:13:4 | 2016-03-31 21:30:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 3 | 1 | 1 | 2016-03-31 22:45:3 | 2016-03-31 22:49:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 23:18:3 | 2016-03-31 23:20:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-03-31 23:20:1 | 2016-03-31 23:22:4 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 3 | 1 | 1 | 2016-03-31 23:33:5 | 2016-03-31 23:42:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-01 00:19:0 | 2016-04-01 00:20:5 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-01 00:28:3 | 2016-04-01 00:31:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-01 00:55:4 | 2016-04-01 00:58:4 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-04-01 01:10:3 | 2016-04-01 01:12:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-04-01 01:11:0 | 2016-04-01 01:31:3 |
| 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2016-04-01 01:29:1 | 2016-04-01 01:32:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-01 02:15:5 | 2016-04-01 02:18:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-01 02:17:3 | 2016-04-01 02:21:2 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-01 04:05:1 | 2016-04-01 04:08:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2016-04-01 07:07:0 | 2016-04-01 07:09:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-01 08:00:3 | 2016-04-01 08:04:0 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-04-01 08:25:5 | 2016-04-01 08:28:2 |
| 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2016-04-01 08:36:2 | 2016-04-01 08:38:5 |
| 2 | 2 | 1 | 2 | 1 | 3 | 2 | 1 | 1 | 1 | 2016-04-01 08:54:5 | 2016-04-01 09:04:2 |
| 2 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-01 09:14:3 | 2016-04-01 09:16:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-01 09:46:4 | 2016-04-01 09:49:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-01 10:16:5 | 2016-04-01 10:20:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-04-01 10:16:5 | 2016-04-01 10:22:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-04-01 10:46:0 | 2016-04-01 11:03:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-01 11:37:1 | 2016-04-01 11:40:5 |
| 2 | 2 | 1 | 2 | 1 | 3 | 2 | 2 | 1 | 1 | 2016-04-01 11:36:2 | 2016-04-01 11:41:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 2016-04-01 13:04:2 | 2016-04-01 13:27:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-01 16:26:2 | 2016-04-01 16:28:4 |
| 2 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2016-04-01 18:49:1 | 2016-04-01 18:52:0 |
| 2 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 2016-04-02 06:45:4 | 2016-04-02 06:50:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-02 07:44:0 | 2016-04-02 07:47:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-02 08:22:2 | 2016-04-02 08:25:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-02 11:59:5 | 2016-04-02 12:07:2 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-02 15:00:4 | 2016-04-02 15:05:1 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-04-02 15:04:0 | 2016-04-02 15:06:3 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-02 17:59:3 | 2016-04-02 18:03:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-03 00:56:5 | 2016-04-03 01:03:0 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-03 02:46:0 | 2016-04-03 02:48:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-04-03 04:11:4 | 2016-04-03 04:18:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-04-03 09:06:0 | 2016-04-03 09:08:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-03 11:34:3 | 2016-04-03 11:37:2 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2016-04-03 11:57:3 | 2016-04-03 12:00:4 |
| 2 | 3 | 1 | 2 | 2 | 1 | 2 | 3 | 1 | 1 | 2016-04-03 15:21:5 | 2016-04-03 15:24:5 |
| 2 | 2 | 1 | 2 | 3 | 1 | 2 | 1 | 1 | 1 | 2016-04-03 16:18:2 | 2016-04-03 16:21:2 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-03 17:45:3 | 2016-04-03 17:47:5 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-04-03 18:40:2 | 2016-04-03 18:42:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-03 18:40:2 | 2016-04-03 18:43:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-03 21:17:0 | 2016-04-03 21:19:0 |
| 2 | 3 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-04-03 21:33:3 | 2016-04-03 21:36:1 |
| 1 | 2 | 2 | 1 | 3 | 3 | 2 | 2 | 2 | 1 | 2016-04-03 21:33:3 | 2016-04-03 21:49:4 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-03 22:58:0 | 2016-04-03 23:00:4 |
| 2 | 2 | 1 | 2 | 3 | 3 | 2 | 1 | 2 | 1 | 2016-04-04 00:48:2 | 2016-04-04 00:51:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-04 10:51:0 | 2016-04-04 10:53:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-04 12:42:1 | 2016-04-04 12:44:1 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-04 13:01:1 | 2016-04-04 13:04:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 2016-04-04 17:42:0 | 2016-04-04 17:44:5 |
| 2 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-04 18:18:2 | 2016-04-04 18:21:3 |
| 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2016-04-04 19:52:4 | 2016-04-04 19:55:4 |
| 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-04-04 20:40:3 | 2016-04-04 20:42:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-04 20:41:4 | 2016-04-04 20:45:0 |
| 2 | 3 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 1 | 2016-04-04 23:46:1 | 2016-04-04 23:48:5 |
| 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-05 07:32:3 | 2016-04-05 07:35:3 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-04-05 09:33:3 | 2016-04-05 10:01:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-05 12:10:3 | 2016-04-05 12:13:5 |
| 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2016-04-05 12:20:2 | 2016-04-05 12:26:3 |
| 2 | 3 | 1 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2016-04-05 12:26:0 | 2016-04-05 12:29:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-05 12:38:2 | 2016-04-05 12:41:3 |
| 2 | 2 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-05 12:32:4 | 2016-04-05 12:42:2 |
| 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2016-04-05 13:02:4 | 2016-04-05 13:04:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-05 13:06:2 | 2016-04-05 13:09:1 |
| 2 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 2016-04-05 13:30:4 | 2016-04-05 13:34:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-05 13:35:2 | 2016-04-05 13:37:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-05 13:38:1 | 2016-04-05 13:45:0 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-05 13:41:2 | 2016-04-05 13:47:5 |
| 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2016-04-05 13:46:1 | 2016-04-05 13:49:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-05 13:45:4 | 2016-04-05 13:50:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2016-04-05 13:59:5 | 2016-04-05 14:03:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2016-04-05 14:02:1 | 2016-04-05 14:04:5 |
| 2 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2016-04-05 14:02:5 | 2016-04-05 14:05:4 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 3 | 1 | 1 | 2016-04-05 14:12:0 | 2016-04-05 14:13:5 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2016-04-05 14:21:2 | 2016-04-05 14:24:1 |
| 2 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2016-04-05 15:13:1 | 2016-04-05 15:17:5 |

# Exhibit B



Publications Since 2007
Authored or Co-Authored
By Matthew G. Ezell

ARTICLES

These articles are available @ www.fordbubala.com/articles

"Intellectual Property Surveys: 2016" will be electronically published on the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998–2015" was electronically published on the INTA website.

"Intellectual Property Surveys: Mid 2014 – 2015" was electronically published on the INTA website.

"Intellectual Property Surveys: 2013 – Mid 2014" was electronically published on the INTA website.

CHAPTERS

*Survey Evidence in U.S. Dilution Cases*, *in* International Trademark Dilution 533-561 (Daniel R. Bereskin 2016).

# Exhibit C

Matthew G. Ezell
**Ford Bubala & Associates**
Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867
Email matte@fordbubala.com



EDUCATION

Graduate Certificate in Survey Research
University of Connecticut, 2016

Master of Arts Linguistics (M.A.)
California State University Long Beach, 2010

Bachelor of Arts (B.A.)
California State University Fullerton, 2002

PROFESSIONAL AFFILIATIONS

American Association for Public Opinion Research (AAPOR)
The Insights Association (Merger of The Marketing Research Association (MRA)
    and the Council of American Survey Research Organizations (CASRO))
International Trademark Association (INTA)
The Trademark Reporter (TMR) Committee, 2016 – 2017 term
Teachers of Japanese in Southern California, President and Board Member,
    2009 – 2012

PROFESSIONAL EXPERIENCE

Ford Bubala & Associates (Partner), 2015 – Present

Responsible for questionnaire design and execution, including identifying
appropriate universe, relevant questions and methodology; coding and data analysis;
Rule 26 Declaration and report generation and testimony; and communication with
clients.

Ford Bubala & Associates (Senior Research Associate), 2010 – 2015

Ford Bubala & Associates (Research Associate), 1997 – 2002; 2007 – 2010

Ford Bubala & Associates is a marketing and management consulting firm which
provides a variety of consulting services in the areas of marketing management,
marketing research, marketing planning, competitive evaluation, economic analysis,
and strategy development.

Ford Bubala & Associates has been retained to provide consulting assistance for a
diverse base of companies in consumer products, industrial products, and service
sectors of the economy.

PRIOR EXPERIENCE

Fullerton College, Lecturer, Japanese language, 2014

Irvine Valley College, Lecturer, Japanese language, 2011 – 2012

Hanno Municipal Board of Education, Saitama, Japan, English teacher 2002 – 2005