CALLIE A. BJURSTROM (State Bar No. 137816)
PETER K. HAHN (State Bar No. 165692)
MICHELLE A. HERRERA (State Bar No. 209842)
MATTHEW R. STEPHENS (State Bar No. 288223)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995
Email: callie.bjurstrom@pillsburylaw.com
       peter.hahn@pillsburylaw.com
       michelle.herrera@pillsburylaw.com
       matthew.stephens@pillsburylaw.com

Attorneys for Plaintiff
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:14-cv-01865 AJB (JMA)<br><br>**NOTICE OF APPLICATION AND APPLICATION BY PLAINTIFF SAN DIEGO COMIC CONVENTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH COURT ORDERS, AND WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANTS**<br><br>Date:      September 7, 2017<br>Time:      2:00 p.m.<br>Courtroom: 4A<br>Judge:     Hon. Anthony J. Battaglia |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 7, 2017, at 2:00 p.m. or as soon thereafter as counsel may be heard, in Courtroom 4A of the above-entitled Court located at 221 West Broadway, San Diego, California 92101, Plaintiff San Diego Comic Convention ("SDCC") will and hereby does move for an Order to Show Cause Why Sanctions Should Not be Imposed against Defendants Dan Farr Productions, LLC, Daniel Farr and Bryan Brandenburg for Failing to Comply with Court Orders.

By way of this application, SDCC asks this Court to find Defendants Dan Farr Productions, LLC, Daniel Farr, and Bryan Brandenburg (collectively, "Defendants") in contempt of Court for failing to comply with the Court's Orders dated July 18, 2017 (Dkt. No. 147), and July 21, 2017 (Dkt. No. 159.) Specifically, Defendants have failed to prominently place the disclaimer required by said Orders on their websites and social media sites. Further, Defendants' statements, comments, summaries and editorializing that the Orders prohibit continue to appear on the Salt Lake Comic Con website. SDCC further asks the Court to impose sanctions against Defendants in the form of a schedule of coercive civil fines should Defendants continue to fail to comply with the Court's Orders, require Defendants to provide a sworn affidavit of compliance, and award SDCC its attorneys' fees and costs incurred in bringing this matter to the Court's attention.

This application is made pursuant to the Court's inherent power to enforce compliance with its lawful orders through civil contempt and the imposition of sanctions, authority grounded in statute, and the Civil Local Rules of this Court. *See Shillitani v. United States*, 384 U.S. 364, 370 (1966); *International Union, United Mine Workers of America v. Bagwell,* 512 U.S. 821, 831-32 (1994); 18 U.S.C. §§ 401-402; S.D. Civ. L.R. 83.1.

1  This application is based upon this Notice of Application and Application,
2  and the accompanying Memorandum of Points and Authorities, the Declaration of
3  Michelle A. Herrera and the exhibits attached thereto, the records and files herein,
4  and such other and further documentary, demonstrative and oral evidence as may
5  be requested or permitted by the Court.

7  Dated: August 8, 2017         PILLSBURY WINTHROP SHAW PITTMAN LLP

            By:   /s/ Michelle A. Herrera
                  MICHELLE A. HERRERA
                  Attorneys for Plaintiff
                  SAN DIEGO COMIC CONVENTION,
                  a California non-profit corporation

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on August 8, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

                                               */s/ Michelle A. Herrera*
                                                      MICHELLE A. HERRERA