UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants. | Case No.: 14-cv-1865 AJB (JMA)<br><br>**AMENDED ORDER FOLLOWING MOTION HEARING ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH COURT ORDERS**<br><br>(Doc. No. 207) |

On September 21, 2017, the Court heard oral argument in regards to Plaintiff San Diego Comic Convention's motion for an order to show cause. Both parties at the hearing thoroughly discussed the matter and in lieu of restating all of the arguments presented at the hearing, the Court incorporates the record.

In sum, the Court finds that Defendants did violate the Court's previous orders. (*See* Doc. Nos. 147, 159, 215.) Thus, the Court imposes sanctions on Defendants. However, at this time, the Court finds that Defendants are not in contempt of court.

Accordingly, the Court **ORDERS** as follows:

(1) Defendants are to pay all costs and fees associated with the instant motion—Plaintiff's motion for an order to show cause why Defendants should not be found in contempt of court for failing to comply with Court orders, and why sanctions should not be imposed against Defendants, (Doc. No. 207);

(2) Plaintiff is to file a document listing the fees associated with said motion with the Court by **Thursday, October 5, 2017, at 4:00 P.M.** and Defendants are to file any opposition by **Thursday, October 19, 2017, 4:00 P.M.** No reply brief will be accepted and the Court will set any hearing, if necessary thereafter.

(3) Defendants—Dan Farr Productions, Dan Farr, and Bryan Brandenburg, are ordered to remove <u>all</u> references to the pending litigation, except the disclaimer ordered by the Court, on their websites and social media. This includes their personal Twitters and Facebooks and similar social media, as well as the Salt Lake Comic Con websites and associated social media platforms.[1]

Accordingly, Plaintiff's motion for an order to show cause is **GRANTED IN PART and DENIED IN PART**.

**IT IS SO ORDERED**.

Dated: September 25, 2017

Hon. Anthony J. Battaglia
United States District Judge

---

[1] The Court notes that Defendants informed the Court that the portion of the Salt Lake Comic Con website that violated the Court's previous three rulings was taken down on September 21, 2017, at around 5:50 P.M.