UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>                                   Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>                                   Defendants. | Case No.:  14-cv-1865 AJB (JMA)<br><br>**ORDER REGARDING A CHANGE IN THE TRIAL SCHEDULE** |

   Trial will commence on Tuesday, November 28, 2017 at 8:30 a.m., as previously scheduled, and go until 4:30 p.m. with one hour for lunch. All other days will follow the same schedule except for Tuesday, December 5, 2017. On December 5, 2017, the trial will proceed from 1:00 p.m. until 5:00 p.m. Counsel must to plan witnesses accordingly, and make sure we fully utilize each session. Unused time in any session will be assessed against the twenty hour per side time limit for the party failing to have witnesses ready to go.

**IT IS SO ORDERED**.

Dated:  November 20, 2017

Hon. Anthony J. Battaglia
United States District Judge