UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>  Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>  Defendants. | Case No.:  14-cv-1865 AJB (JMA)<br><br>**ORDER SETTING FILING DATE AND PAGE LIMITS FOR PLAINTIFF AND DEFENDANTS' POST-TRIAL MOTIONS** |

Based on the representations made by both parties following trial, the Court is anticipating that Plaintiff and Defendants will be filing various post-trial motions within the next thirty days. The parties agreed to a filing period of thirty days after the jury verdict of December 8, 2017, and waiving any issue as to timeliness therefore. Pursuant to Fed. R. Civ. P. 6, all post-trial motions must be filed by **January 8, 2018**. To advance and advocate judicial efficiency, the Court further **ORDERS** the following:

1. Any motions pursuant to Fed. R. Civ. P. 50(b), 59, 60 or for an award of attorney fees will not exceed **twenty-five (25) pages in length**. Oppositions will not exceed **twenty-five (25) pages** and Reply briefs will not exceed **ten (10) pages in length**.

2. If Defendants intend on filing motions related to the defenses of unclean hands, estoppel, and laches, each defense will be filed as a separate motion and must not exceed **ten (10) pages in length**. Oppositions to each defense will not exceed **ten (10) pages** and Reply briefs will not exceed **five (5) pages in length**.

3. Any motion relating to a permanent injunction or other equitable relief, will not exceed **ten (10) pages in length**. Oppositions to this motion will not exceed **ten (10) pages** and Reply briefs will not exceed **five (5) pages**.

Parties should note that if they wish to reference or point to any evidence, previously filed documents, exhibits, or transcripts of trial or other proceedings to support their motions, they need only cite to the CM/ECF Document Number and the CM/ECF Page number and lines. They do not need to attach the transcripts, documents or exhibits as exhibits to their motions.

**IT IS SO ORDERED**.

Dated: December 12, 2017

Hon. Anthony J. Battaglia
United States District Judge