CALLIE A. BJURSTROM (State Bar No. 137816)
PETER K. HAHN (State Bar No. 165692)
MICHELLE A. HERRERA (State Bar No. 209842)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995
Email: callie.bjurstrom@pillsburylaw.com
        peter.hahn@pillsburylaw.com
        michelle.herrera@pillsburylaw.com

Attorneys for Plaintiff
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:14-cv-01865 AJB (JMA)<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF SAN DIEGO COMIC CONVENTION FOR PERMANENT INJUNCTION AFTER JURY VERDICT**<br><br>Date: May 3, 2018<br>Time: 2:00 p.m.<br>Courtroom: 4A<br>Judge: Hon. Anthony J. Battaglia |

1  TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on May 3, 2018, at 2:00 p.m. or as soon
3  thereafter as may be heard, in Courtroom 4A of the above-entitled court located at
4  221 West Broadway, San Diego, California 92101, Plaintiff San Diego Comic
5  Convention ("SDCC") will and hereby does move the Court for a permanent
6  injunction after jury verdict.

7  This motion is based upon this Notice of Motion and Motion, the
8  accompanying Memorandum of Points and Authorities, the accompanying
9  Declaration of Michelle Herrera and the exhibits attached to and referenced in that
10 declaration, the records and files herein and such other and further documentary,
11 demonstrative and oral evidence as may be requested or permitted by the Court.

13 Dated:  January 16, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Michelle A. Herrera*
CALLIE A. BJURSTROM
PETER K. HAHN
MICHELLE A. HERRERA
Attorneys for Plaintiff
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on January 16, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

*/s/ Michelle A. Herrera*
MICHELLE A. HERRERA