CALLIE A. BJURSTROM (State Bar No. 137816)
PETER K. HAHN (State Bar No. 165692)
MICHELLE A. HERRERA (State Bar No. 209842)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995
Email: callie.bjurstrom@pillsburylaw.com
 peter.hahn@pillsburylaw.com
 michelle.herrera@pillsburylaw.com

Attorneys for Plaintiff
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SAN DIEGO COMIC CONVENTION, a California non-profit corporation, Plaintiff, v. DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual, Defendants. AND RELATED COUNTERCLAIM. | Case No. 3:14-cv-01865 AJB (JMA)<br><br>**DECLARATION OF MICHELLE A. HERRERA IN SUPPORT OF SAN DIEGO COMIC CONVENTION'S MOTION FOR PERMANENT INJUNCTION AFTER JURY VERDICT**<br><br>Date:       May 3, 2018<br>Time:      2:00 p.m.<br>Courtroom: 4A<br>Judge:     Hon. Anthony J. Battaglia |
|---|---|

4811-4247-0746.v1                                                   Case No. 3:14-cv-01865 AJB (JMA)

1  I, Michelle A. Herrera, declare and state as follows:

2  I am an attorney with the law firm of Pillsbury Winthrop Shaw Pittman LLP, and counsel to Plaintiff San Diego Comic Convention ("SDCC") in this case. If called as a witness I could and would testify competently to the matters set forth herein.

1. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of postings and comments made by Defendant Bryan Brandenburg following the jury's verdict issued on December 8, 2017, on his personal Facebook page and the "Rate that Comic Con" Facebook page. The postings were captured by either Sandra Edge, a Senior Legal Analyst at my firm, or personnel at SDCC. <u>Exhibit 1</u> also includes a true and correct copy of a December 13, 2017 article appearing on <u>www.techdirt.com</u>, with a comment by Mr. Brandenburg in response, and a true and correct copy of a December 15, 2017 article appearing on the Fox 13 website that includes a quote from Mr. Brandenburg.

2. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of postings and comments made by Mr. Brandenburg on the "Rate that Comic Con" Facebook page on December 18, 2017. The same was captured by Ms. Edge.

3. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of pages appearing on the websites <u>www.saltlakecomiccon.com</u> and <u>www.saltlakecomicconvention.com</u>.

4. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of email communications between Daniel Farr and David Glanzer during the period December 9, 2017 through December 20, 2017.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America and the State of California and that this declaration was executed on January 16, 2018, in San Diego, California.

Michelle A. Herrera

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on January 16, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

                                       */s/ Michelle A. Herrera*
                                            MICHELLE A. HERRERA

*San Diego Comic Convention. v. Dan Farr Productions, et al.*
USDC-Southern District of California Case No. 14-cv-1865 AJB (JMA)

# INDEX OF EXHIBITS TO DECLARATION OF MICHELLE A. HERRERA IN SUPPORT OF PLAINTIFF SAN DIEGO COMIC CONVENTION'S MOTION FOR PERMANENT INJUNCTION

| Exhibit | Description | Page No. |
|---|---|---|
| 1 | True and correct copy of postings and comments made by Defendant Bryan Brandenburg following the jury's verdict issued on December 8, 2017, on his personal Facebook page and the "Rate that Comic Con" Facebook page, and a true and correct copy of a December 13, 2017 article appearing on www.techdirt.com, and a true and correct copy of a December 15, 2017 article appearing on the Fox 13 website. | 1-28 |
| 2 | True and correct copy of postings and comments made by Mr. Brandenburg on the "Rate that Comic Con" Facebook page on December 18, 2017. | 29-32 |
| 3 | True and correct copy of pages appearing on the websites www.saltlakecomiccon.com and www.saltlakecomicconvention.com. | 33-52 |
| 4 | True and correct copy of email communications between Daniel Farr and David Glanzer during the period December 9, 2017 through December 20, 2017. | 53-57 |