CALLIE A. BJURSTROM (State Bar No. 137816)
PETER K. HAHN (State Bar No. 165692)
MICHELLE A. HERRERA (State Bar No. 209842)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995
Email:     callie.bjurstrom@pillsburylaw.com
           peter.hahn@pillsburylaw.com
           michelle.herrera@pillsburylaw.com

Attorneys for Plaintiff
SAN DIEGO COMIC CONVENTION,
a California non-profit corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; NEWSPAPER AGENCY COMPANY, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 14-cv-1865 AJB (JMA)<br><br>**DECLARATION OF CALLIE A. BJURSTROM IN SUPPORT OF PLAINTIFF SAN DIEGO COMIC CONVENTION'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      May 3, 2018<br>Time:      2:00 p.m.<br>Courtroom: 4A<br>Judge:     Hon. Anthony J. Battaglia |

I, Callie A. Bjurstrom, declare and state as follows:

1. I am a partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel to Plaintiff San Diego Comic Convention ("SDCC") in this case. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I am the lead trial attorney in charge of Pillsbury's representation of SDCC in this lawsuit. I am a member of the firm's Intellectual Property Section, and the Firmwide Co-Leader of Pillsbury's Intellectual Property Practice Section. I have over 29 years of experience and have successfully tried cases to verdict in both state and federal courts. My hourly rate charged to SDCC in this case ranged from $675.00 to $760.00 over the duration of the case.

3. Peter K. Hahn has also led Pillsbury's representation of SDCC in this lawsuit. Mr. Hahn is a partner and a member of the firm's Intellectual Property Section. Mr. Hahn is a litigation attorney with over 28 years of experience and has successfully tried intellectual property cases in federal courts. Mr. Hahn's hourly rate charged to SDCC in this case ranged from $675.00 to $760.00 over the duration of the case.

4. Michelle A. Herrera is the primary attorney who has worked with Mr. Hahn and myself on this matter. Ms. Herrera graduated from the University of San Diego School of Law in 2000. She is an attorney in Pillsbury's Intellectual Property Section and specializes in IP litigation. Ms. Herrera has over 16 years of litigation experience. Before entering private practice, Ms. Herrera served as a law clerk to the Honorable James F. Stiven in the U.S. District Court for the Southern District of California. Ms. Herrera's hourly rate charged to SDCC in this case ranged from $525.00 to $585.00 over the duration of the case.

5. Conor Civins also assisted with Pillsbury's representation of SDCC in this case. Mr. Civins is a partner and a member of the firm's Intellectual Property Section in Austin, Texas. Mr. Civins is a litigation attorney with over 14 years of

-1-

1  experience and has successfully tried intellectual property cases in federal courts.
2  Mr. Civin's hourly rate charged to SDCC in this case ranged from $550.00 to
3  $685.00 over the duration of the case.

4     6.   Kirsten Gallacher also assisted with Pillsbury's representation of
5  SDCC in this case. Ms. Gallacher graduated from the University of San Diego
6  School of Law in 2012. She was formerly an associate in Pillsbury's Intellectual
7  Property Section located in the San Diego office with an emphasis on IP litigation.
8  Before entering private practice, Ms. Gallacher served as a law clerk to the
9  Honorable Michael M. Anello, United States District Court Judge for the Southern
10 District of California, and to the Honorable Barry Ted Moskowitz, Chief United
11 States District Judge for the Southern District of California. Ms. Gallacher's
12 hourly rate charged to SDCC in this case ranged from $385.00 to $545.00 over the
13 duration of the case.

14    7.   Nathaniel Smith also assisted with Pillsbury's representation of SDCC
15 in this case. Mr. Smith graduated from the University of San Diego School of Law
16 in 2007. Before entering private practice, Mr. Smith served as a law clerk to the
17 Honorable Stephen M. McNamee in the United States District Court for the
18 District of Arizona. Mr. Smith is an attorney in Pillsbury's Litigation Section
19 located in the San Diego office. Mr. Smith's hourly rate charged to SDCC in this
20 case ranged from $550.00 to $730.00 over the duration of the case.

21    8.   Matthew Stephens also assisted with Pillsbury's representation of
22 SDCC in this case. Mr. Stephens graduated from the University of San Diego
23 School of Law in 2012. He is an associate in Pillsbury's Intellectual Property
24 Section located in the San Diego office with an emphasis on IP litigation. Before
25 entering private practice, Mr. Stephens served as a law clerk to the Honorable
26 Christopher B. Latham in the U.S. Bankruptcy Court for the Southern District of
27 California. Mr. Stephens' hourly rate charged to SDCC in this case is $545.00.
28

9. Tim Rawson also assisted with Pillsbury's representation of SDCC in this case. Mr. Rawson graduated from Pepperdine University School of Law in 2014. Before entering private practice, Mr. Rawson served as a law clerk to the Honorable K. Nicole Mitchell in the United States District Court for the Eastern District of Texas. Mr. Rawson is an attorney in Pillsbury's Intellectual Property Section located in the Los Angeles office. Mr. Rawson's hourly rate charged to SDCC in this case is $545.00.

10. Lauren Wardle also assisted with Pillsbury's representation of SDCC in this case. Ms. Wardle graduated from the University of San Diego School of Law in 2014. Before entering private practice, Ms. Wardle served as a judicial extern to the Honorable Marilyn L. Huff in the U.S. District Court for the Southern District of California and the Honorable Margaret M. Mann in the U.S. Bankruptcy Court for the Southern District of California. She is an associate in Pillsbury's Intellectual Property Section located in the San Diego office with an emphasis on IP litigation. Ms. Wardle's hourly rate charged to SDCC in this case is $560.00.

11. Sandra Edge has also assisted with Pillsbury's representation of SDCC in this case. Ms. Edge is a Senior Legal Analyst in Pillsbury's Intellectual Property Section. She has over 30 years of experience as a litigation and intellectual property paralegal. Ms. Edge's hourly rate charged to SDCC in this case ranged from $285.00 to $315.00 over the duration of the case.

12. Cody Gartman also assisted with Pillsbury's representation of SDCC in this case. Mr. Gartman is a Trial Paralegal in Pillsbury's Intellectual Property Section of the Austin, Texas, office. He has over 7 years of experience as a litigation and intellectual property trial paralegal. Mr. Gartman's hourly rate charged to SDCC in this case is $245.00.

13. Louie Perez has also assisted with Pillsbury's representation of SDCC in this case. Mr. Perez is a Senior Legal Analyst in Pillsbury's Intellectual Property Section. He has over 5 years of experience as a litigation and intellectual

1  property paralegal.  Mr. Perez's hourly rate charged to SDCC in this case is
2  $295.00.
3       14.   Colin Drake also assisted with Pillsbury's representation of SDCC in
4  this case.  Mr. Drake is the Litigation Support Project Management Coordinator for
5  the Litigation Section located in Pillsbury's Los Angeles office.  Mr. Drake has
6  over 10 years of experience in performing technical tasks and project management
7  duties as a part of Pillsbury's litigation support and eDiscovery team.  Mr. Drake's
8  hourly rate in this case ranged from $275.00 to $305.00 over the duration of the
9  case.
10      15.   Val Trinidad also assisted with Pillsbury's representation of SDCC in
11 this case.  Mr. Trinidad is a Senior Litigation Support Analyst in the Litigation
12 Section located in Pillsbury's Los Angeles office.  Mr. Trinidad has over 9 years of
13 experience in performing technical tasks and project management duties as a part
14 of Pillsbury's litigation support and eDiscovery team.  Mr. Trinidad's hourly rate
15 in this case ranged from $295.00 to $305.00 over the duration of the case.
16      16.   John Monarrez also assisted with Pillsbury's representation of SDCC
17 in this case.  Mr. Monarrez is a Research Specialist in Pillsbury's San Diego office.
18 Mr. Monarrez's hourly rate in this case was $150.00.
19      17.   Pillsbury is an American Lawyer Top 100 law firm, with a large IP
20 and litigation practice.  Pillsbury has over 600 attorneys in twenty-one offices
21 around the world, focusing on global business, regulatory and litigation matters.
22 Pillsbury has been recognized as one of the Most Innovative Law Firms by
23 *Financial Times* three years running, and as one of the 25 law firms most
24 frequently recommended by general counsel, according to a 2016 BTI Consulting
25 Group survey.  Pillsbury's IP litigation practice was named in the Best Lawyers in
26 America for 2017.  Pillsbury leads AmLaw 100 firms with the twelfth highest
27 percentage of *Chambers*-ranked lawyers.  It is my understanding that Pillsbury's
28 clients have been awarded prevailing party attorneys' fees and costs based upon

1  Pillsbury's ordinary billing rates on many occasions in both federal and state courts
2  in this State and throughout the country.
3       18.    Within the last three years, two Judges in the United States District
4  Court for the Southern District of California have found the attorneys' fees charged
5  by me and other attorneys and paraprofessionals in our firm working with us to be
6  reasonable. True and correct copies of those decisions are attached hereto as
7  <u>Exhibit 1</u>.
8       19.    Mr. Hahn personally reviews all invoices that are sent to SDCC.
9  Mr. Hahn and I are familiar with all of the work performed in this case and
10 knowledgeable regarding the billing rates charged by Pillsbury attorneys,
11 paraprofessionals, and other personnel. Mr. Hahn has informed me that all of the
12 fees identified in SDCC's motion for attorneys' fees and costs, as reflected in the
13 spreadsheet attached hereto as <u>Exhibit 2</u>, are based on records maintained by
14 Pillsbury in the normal course of its business. Mr. Hahn and I believe the fees that
15 were billed to SDCC in connection with our firm's representation of SDCC are
16 appropriate, reasonable and well within the standard in our firm for cases of this
17 type and complexity. When setting Pillsbury's hourly rates, the firm necessarily
18 considers the rates being charged by competitor firms in the market for similar
19 legal services. The rates of our team are consistent with or lower than the rates
20 Pillsbury charges its clients in standard engagements, and are lower than, or at least
21 commensurate with, the rates charged by IP trial attorneys at like firms.
22       20.    A summary of the education and experience of the attorneys who
23 worked on this matter from Pillsbury appears at www.pillsburylaw.com. As
24 needed, and if the Court has any questions about our rates or experience, Mr. Hahn
25 and I are prepared to address them.
26       21.    For the purposes of this fee motion, Mr. Hahn personally reviewed all
27 of Pillsbury's invoices to SDCC line-by-line. Mr. Hahn has informed me that the
28 time spent on the individual tasks is reasonable.

22. Attached hereto as <u>Exhibit 2</u> is a spreadsheet reflecting all attorney, paraprofessional, and other personnel fees billed to SDCC from the beginning of Pillsbury's representation of SDCC in this case from August 1, 2014 until December 31, 2017. Certain portions of entries that reflect attorney-client privileged communications and attorney work product have been redacted. This spreadsheet was created by importing the time entries from the invoices that were sent to SDCC. Pillsbury's attorneys, paraprofessionals, and other personnel billed SDCC a total of $4,343,938.50 in fees from August 1, 2014 until December 31, 2017. Work performed after December 31, 2017 and other post-trial motion work are not included in this figure, but will be included with SDCC's reply brief in support of this motion.

23. Should the Court wish to review any of the invoices supporting the time entries and costs reflected in the exhibits attached hereto, they will be made available for *in camera* review.

24. In connection with this motion, SDCC also requests to recover certain non-taxable costs. In particular, SDCC requests $243,833.06 that SDCC paid to its two expert witnesses: Matthew G. Ezell and Patrick Kennedy (along with their assistants).

25. SDCC engaged Mr. Ezell to conduct a survey to address the issue of the primary significance of COMIC-CON to the relevant public. In addition to conducting an extensive survey, Mr. Ezell performed substantive research and submitted a detailed expert report. Mr. Ezell also helped analyze and develop a response to the report prepared by Defendants' expert Jeffrey P. Kaplan, PhD. Mr. Ezell submitted, and received payment from SDCC on invoices totaling $92,323.56 for his work in connection with this matter.

26. SDCC engaged Mr. Kennedy to assess SDCC's damages remedies under the Lanham Act for Defendants' unlawful use of the COMIC-CON marks. Mr. Kennedy has regularly been qualified as a financial and economics expert.

1  Mr. Kennedy prepared and submitted a detailed expert report as well as a
2  supplemental report.  Mr. Kennedy submitted, and received payment from SDCC
3  on invoices totaling $151,509.50 for his work in connection with this matter.

4     27.   SDCC has paid each invoice in full and seeks to recover all fees paid
5  to Mr. Ezell and Mr. Kennedy, including their assistants, in this matter.  Attached
6  hereto as Exhibit 3 are copies of each invoice submitted by SDCC's two expert
7  witnesses (along with their assistants).  I have reviewed these invoices and believe
8  Mr. Ezell and Mr. Kennedy's charges to be reasonable and necessary in light of the
9  tasks to be completed for the litigation, and consistent with tasks performed for
10 other similar trademark litigations in which I have been involved.

11     28.   Attached hereto as Exhibit 4 is a true and correct copy of excerpts
12 from the November 14, 2017, hearing transcript on the parties' motions *in limine*.

13     29.   Attached hereto as Exhibit 5 is a true and correct copy of a common
14 interest agreement between Dan Farr Productions, LLC and a third party comic and
15 popular arts convention operator.

16     30.   Defendants identified multiple trademark survey experts that they
17 claimed would conduct a genericness survey on their behalf, but they never
18 produced any survey evidence.  (*See* Dkt. 398 at 36:2-24).  This is despite the fact
19 that SDCC had in hand compelling survey results from SDCC on brand
20 recognition for Comic-Con.  Instead, Defendants offered a "linguistics expert"
21 whose testimony was struck in its entirety.  (Dkt. 253).

22     I declare under penalty of perjury that the foregoing is true and correct under
23 the laws of the United States of America and the State of California and that this
24 declaration was executed on this 16th day of January, 2018, in San Diego,
25 California.

26
27
                                            _____
28                                          CALLIE A. BJURSTROM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 16, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: */s/ Michelle A. Herrera*
MICHELLE A. HERRERA

*San Diego Comic Convention. v. Dan Farr Productions, et al.*
USDC-Southern District of California Case No. 14-cv-1865 AJB (JMA)

**INDEX OF EXHIBITS TO DECLARATION OF CALLIE A. BJURSTROM IN SUPPORT OF PLAINTIFF SAN DIEGO COMIC CONVENTION'S MOTION FOR ATTORNEYS' FEES AND COSTS**

| Exhibit | Description | Page No. |
|---|---|---|
| 1 | True and correct copies of decisions made by two judges in the United States District Court, Southern District of California, regarding attorneys' fees charged by Callie Bjurstrom, Michelle Herrera, and other attorneys and paraprofessionals of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). | 10-34 |
| 2 | Spreadsheet reflecting all attorney, paraprofessional, and other personnel fees billed to SDCC from the beginning of Pillsbury's representation of SDCC in this case from August 1, 2014 until December 31, 2017.  **[FILED UNDER SEAL]** | 35-233 |
| 3 | Copies of each invoice submitted by Matthew G. Ezell and Patrick Kennedy reflecting fees billed to SDCC. | 234-276 |
| 4 | True and correct copy of the November 14, 2017, hearing transcript on the parties' motions *in limine*. | 277-291 |
| 5 | True and correct copy of a common interest agreement between Dan Farr Productions, LLC and a third party comic and popular arts convention operator.  **[FILED UNDER SEAL]** | 292-306 |

-9-