UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COMIC CONVENTION, a California non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>DAN FARR PRODUCTIONS, a Utah limited liability company; DANIEL FARR, an individual; and BRYAN BRANDENBURG, an individual,<br><br>Defendants. | Case No.: 14-cv-1865 AJB (JMA)<br><br>**ORDER:**<br><br>**(1) DENYING PLAINTIFF'S EX PARTE APPLICATION TO CERTIFY JUDGMENT FOR REGISTRATION IN THE DISTRICT OF UTAH;**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR AN ORDER PERMITTING SAN DIEGO COMIC CONVENTION TO FILE DOCUMENT UNDER SEAL;**<br><br>**(3) DENYING DEFENDANTS' MOTION TO SEAL DECLARATION OF DANIEL FARR**<br><br>**(Doc. Nos. 555, 557, 564)** |

///

///

///

1

Presently before the Court are Plaintiff's ex parte application to certify judgment for registration in the district of Utah, (Doc. No. 557), Plaintiff's motion for an order permitting San Diego Comic Convention to file document under seal, (Doc. No. 555), and Defendants' motion to seal declaration of Daniel Farr, (Doc. No. 564). Defendants oppose the Plaintiff's ex parte application. (Doc. No. 563.) Per the Ninth Circuit's Order, enforcement of this Court's judgment is stayed pending appeal. (Doc. No. 576.)

Accordingly, the Court **DENIES** without prejudice Plaintiff's ex parte application to certify judgment for registration in the district of Utah as moot. (Doc. No. 557.) The Court **DENIES** Plaintiff's motion for an order permitting San Diego Comic Convention to file document under seal and Defendants' motion to seal declaration of Daniel Farr as moot. (Doc. Nos. 555, 564.) The Court hereby directs the Clerk of Court to **STRIKE** the Sealed Lodged Proposed Documents (Doc. Nos. 556, 565, 566) from the record.

**IT IS SO ORDERED.**

Dated: October 17, 2018

Hon. Anthony J. Battaglia
United States District Judge